IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Bankruptcy Case No. 03-12872 |
| Debtor. | : |
| | : |
| MAGTEN ASSET MANAGEMENT | : |
| CORPORATION and LAW DEBENTURE | : |
| TRUST COMPANY OF NEW YORK, | : |
| | : Adversary No. 04-53324 |
| Plaintiffs, | : |
| | : Civil Action No. 04-1494 JJF |
| v. | : |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
| Defendant. | : |

O R D E R

WHEREAS, Defendant NorthWestern Corporation filed a Motion For Leave To File Request To Take Judicial Notice Of Bankruptcy Court Order (D.I. 7);

WHEREAS, The Court has scheduled a status conference in the above captioned matter for **Friday, October 21, 2005** at **9:30 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Leave To File Request To Take Judicial Notice Of Bankruptcy Court Order (D.I. 7) is **DENIED WITH LEAVE TO RENEW** at the October 21, 2005 status conference.

September 21, 2005                            /s/ Joseph J. Farnan Jr.
      DATE                                UNITED STATES DISTRICT JUDGE