IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
IN RE:                                  :
                                        : Chapter 11
NORTHWESTERN CORPORATION,               :
                                        : Bankruptcy Case No. 03-12872
          Debtor.                       :
_____:_____
MAGTEN ASSET MANAGEMENT                 :
CORPORATION & LAW DEBENTURE TRUST       :
COMPANY OF NEW YORK,                    :
                                        :
                                        : Adversary No. 04-53324
          Plaintiffs,                   :
                                        : Civil Action No. 04-1494 JJF
     v.                                 :
                                        :
NORTHWESTERN CORPORATION,               :
                                        :
          Defendant.                    :
```

## O R D E R

At Wilmington, this 22nd day of September 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The Motion Of Magten Asset Management Corporation And Law Debenture Trust Company Of New York To Withdraw The Reference To Bankruptcy Court (D.I. 1) is **GRANTED**.

2. The Motion For Consolidation With Civil Action Number 04-1256-JJF (D.I. 1) is **DENIED WITH LEAVE TO RENEW** at the October 21, 2005 status conference.

3. A status conference for both cases, Civil Action Nos.

04-1494-JJF and 04-1256-JJF, will take place on **Friday, October 21, 2005** at **9:30 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE