IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Debtor.<br><br>MAGTEN ASSET MANAGEMENT CORPORATION & LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | Chapter 11<br><br>Bankruptcy Case No. 03-12872 (JLP)<br><br>Civil Action No. 04-1494 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Miriam Harwood, Esquire, of Curtis, Mallet-Prevost, Colt & Mosle LLP, to represent NorthWestern Corporation in the above-referenced case.

Dated: October 10, 2005

**GREENBERG TRAURIG, LLP**

_____
William E. Chipman, Jr. (No. 3818)
Dennis A. Meloro (No. 4435)
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
(302) 661-7000

Attorneys for NorthWestern Corporation

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_/s/ Miriam Harwood_
Miriam Harwood
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue New York
New York, 10178-0061
(212) 696-6000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October ____, 2005

_____
Joseph J. Farnan, Jr.
United States District Court Judge