IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | Civil Action No. 04-1494(JJF) |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that on the 11 day of October 2005, I caused (2) copies of the following:

1. *Motion for Pro Hac Vice Appearance of Attorney Miriam Harwood*

    *[Docket No. 14, Filed 10/10/05]*

2. *Motion for Pro Hac Vice Appearance of Attorney Nancy E. Delaney*

    *[Docket No. 15, Filed 10/10/05]*

3. *Motion for Pro Hac Vice Appearance of Attorney Joseph D. Pizzurro*

    *[Docket No. 16, Filed 10/10/05]*

4. *Motion for Pro Hac Vice Appearance of Attorney Steven J. Reisman*

    *[Docket No. 17, Filed 10/10/05]*

to be served via Hand Delivery on local counsel and first class mail upon all others listed on the attached Service List.

Dated: October 11, 2005

Dennis A. Meloro (ID 4435)

**VIA HAND DELIVERY**
Blank Rome LLP
Elio Battista, Jr.,
1201 Market Street, Suite 800
Wilmington, DE 19801

Fried, Frank, Harris, Shriver & Jacobson LLP
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004

**VIA HAND DELIVERY**
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
Attn: Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Unsecured Creditors Committee

Alan W. Kornberg, Esq.
Ephraim I. Diamond
Talia Gil
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**VIA HAND DELIVERY**
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Thomas J. Knapp, Vice President and General Counsel
NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, SD 57104-6403

Devora L. Nealy, Paralegal
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

**VIA HAND DELIVERY**
Ian Connor Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kathleen M. Miller
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899