IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>NORTHWESTERN CORPORATION, )<br>)<br>                       Debtor. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ )<br>MAGTEN ASSET MANAGEMENT )<br>CORPORATION & LAW DEBENTURE TRUST )<br>COMPANY OF NEW YORK, )<br>)<br>                       Plaintiffs, )<br>)<br>           v. )<br>)<br>NORTHWESTERN CORPORATION, )<br>)<br>                       Defendant. ) | Chapter 11<br><br>Bankruptcy Case No. 03-12872 (JLP)<br><br><br><br>Civil Action No. 04-1494 (JJF) |

**NOTICE OF CHANGE OF ADDRESS AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that effective October 17, 2005, Greenberg Traurig, LLP, the undersigned counsel for NorthWestern Corporation, has changed locations from 1000 West Street, Suite 1540, Wilmington, Delaware to the address below.

PLEASE TAKE FURTHER NOTICE that NorthWestern Corporation, hereby requests that all notices given or required to be given in these proceedings to be served upon its counsel of record at the following address:

| | |
|---|---|
| Victoria W. Counihan, Esq.<br>counihanv@gtlaw.com<br>William E. Chipman, Jr., Esq.<br>chipmanw@gtlaw.com<br>Dennis A. Meloro, Esq.<br>melorod@gtlaw.com<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, Delaware 19801<br>(302) 661-7000 – telephone<br>(302) 661-7360 – facsimile | Steven J. Reisman, Esq.<br>sreisman@cm-p.com<br>Miriam Harwood, Esq.<br>mharwood@cm-p.com<br>Nancy E. Delaney, Esq.<br>ndelaney@cm-p.com<br>Joseph D. Pizzurro, Esq.<br>jpizzurro@cm-p.com<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue New York<br>New York, 10178-0061<br>(212) 696-6000 – telephone<br>(212) 697-1559 – facsimile |

Dated: October 19, 2005

GREENBERG TRAURIG, LLP

_____
Victoria W. Counihan (No. 3488)
William E. Chipman, Jr. (No. 3818)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
(302) 661-7000

Counsel for NorthWestern Corporation