



Phone:  (302) 425-6467
Fax:    (302) 425-6464
Email:  dube@blankrome.com

October 31, 2005

**VIA CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   **Magten Asset Management Corp.** (*In re: NorthWestern Corporation*)

Your Honor:

This will confirm the message left with Chambers on Friday, October 28, 2005, that Magten and Northwestern are jointly requesting that the Court extend by one week – until November 4, 2005 – the date by which the parties may select a settlement mediator.

Counsel is available by telephone, should Your Honor have any questions.

Respectfully submitted,

/s/ Dale R. Dubé
Dale R. Dubé  (I.D. #2863)

- and -

/s/ William E. Chipman, Jr.
William E. Chipman, Jr.  (I.D. #3818)
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

SO ORDERED, this  1  day of  November  2005.

Joseph J. Farnan, Jr., USDJ



The Honorable Joseph J. Farnan, Jr.
October 31, 2005
Page 2

DRD:pb
cc:    Clerk of Court (via CMF)
       Bonnie Steingart, Esquire
       Gary L. Kaplan, Esquire
       David A. Jenkins, Esquire  (via hand delivery)
       Kathleen M. Miller, Esquire  (via hand delivery)
       Bijan Amini, Esquire  (via Federal Express)
       William E. Chipman, Jr., Esquire  (via hand delivery)
       Jessie H. Austin, III, Esquire  (via Federal Express)
       Karol K. Denniston, Esquire  (via Federal Express)
       Neil B. Glassman, Esquire  (via hand delivery)
       Charlene D. Davis, Esquire  (via hand delivery)
       Adam G. Landis, Esquire  (via hand delivery)
       Robert J. Dehney, Esquire (via hand delivery)
       Curtis S. Miller, Esquire  (via hand delivery)
       David L. Finger, Esquire  (via hand delivery)
       Amanda Darwin, Esquire  (via Federal Express)
       John V. Snellings, Esquire  (via Federal Express)
       Alan W. Kornberg, Esquire  (via Federal Express)
       Margaret A. Phillips, Esquire  (via Federal Express)
       Stanley T. Kaleczyc, Esquire  (via Federal Express)
       Denise Seastone Kraft, Esquire  (via hand delivery)
       Office of the United States Trustee  (via hand delivery)