## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 04-1494(JJF) |

### CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that on the 19th day of December 2005, a true and correct copy of the *Letter from Dennis A. Meloro, Esq. on behalf of Northwestern Corporation to the Honorable Joselph J. Farnan, Jr., dated December 19, 2005*, was served upon the parties on the attached Exhibit A in the manner indicated thereon.

Dated: December 22, 2005

Dennis A. Meloro (No. 4435)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

## EXHIBIT A

Clerk of Court (*Via* CMF)
Alan Miller, Esq. (*Via* E-Mail: alan.miller@weil.com)
Bonnie Steingart, Esq. (*Via* E-Mail: steinbo@friedfrank.com)
Gary L. Kaplan, Esq. (*Via* E-Mail: kaplaga@friedfrank.com)
Alan Miller, Esq. (*Via* E-Mail: alan.miller@weil.com)
David A. Jenkins, Esq. (*Via* E-Mail: daj@skfdelaware.com)
Kathleen M. Miller, Esq. (*Via* E-Mail: kmiller@skfdelaware.com)
Bijan Amini, Esq. (*Via* E-Mail: bamini@samlegal.com)
Neil B. Glassman, Esq. (*Via* E-Mail: nglassman@bayardfirm.com)
Charlene D. Davis, Esq. (*Via* E-Mail: cdavis@bayardfirm.com)
Adam G. Landis, Esq. (*Via* E-Mail: landis@lrclaw.com)
Robert J. Dehney, Esq. (*Via* E-Mail: rdehney@mnat.com)
Curtis S. Miller, Esq. (*Via* E-Mail: cmiller@mnat.com)
David L. Finger, Esq. (*Via* E-Mail: dfinger@delawgroup.com)
Jesse H. Austin, III, Esq. (*Via* E-Mail: jessaustin@paulhastings.com)
Karol K. Denniston, Esq. (*Via* E-Mail: karoldenniston@paulhastings.com)
Amanda Darwin, Esq. (*Via* E-Mail: adarwin@nixonpeabody.com)
John V. Snellings, Esq. (*Via* E-Mail: jsnellings@nixonpeabody.com)
Alan W. Kornberg, Esq. (*Via* E-Mail: akornberg@paulweiss.com)
Margaret A. Phillips, Esq. (*Via* E-Mail: mphillips@paulweiss.com)
Stanley T. Kaleczyc, Esq. (*Via* E-Mail: stan@bkbh.com)
Denise Seastone Kraft, Esq. (*Via* E-Mail: dkraft@edwardsangell.com)
Paul Spagnoletti, Esq. (*Via* E-Mail: paul.spagnoletti@dpw.com)
Joseph D. Pizzurro, Esq. (*Via* E-Mail: jpizzurro@cm-p.com)
Steven J. Reisman, Esq. (*Via* E-Mail: sreisman@cm-p.com)
Miriam K. Harwood, Esq. (*Via* E-Mail: mharwood@cm-p.com)
Office of the United States Trustee (*Via* Hand Delivery)