# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT             :
CORPORATION and LAW DEBENTURE       :
TRUST COMPANY OF NEW YORK,          :
                                    :
          Plaintiffs,               :
                                    :
     v.                             :        C.A. No. 04-1494-JJF
                                    :
NORTHWESTERN CORPORATION,           :
                                    :
          Defendant.                :
                                    :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 18, 2006, **PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** were served upon the counsel listed below, in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

David A. Jenkins, Esquire
Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
Wilmington, DE 19801
kmm@skfdelaware.com
daj@skfdelaware.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Denise Seastone Kraft, Esquire
EDWARDS & ANGELL LLP
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

120087.01600/40159284v.1

## BY E-MAIL AND FEDERAL EXPRESS

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Bijan Amini, Esquire
Avery Samet, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
bamini@samlegal.com
asamet@samlegal.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
  & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
stan@bkbh.com
kim@bkbh.com

Dale R. Dubé  (I.D. No. 2863)
Elio Battista, Jr.  (I.D. No. 3814)
BLANK ROME LLP
1201 Market Street
Suite 800
(302) 425-6400
dube@blankrome.com

2

120087.01600/40159284v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2006, I electronically filed the Notice of

Service using CM/ECF which will send notification of such filing(s) to the following:

### BY E-MAIL AND HAND DELIVERY

David A. Jenkins, Esquire
Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
Wilmington, DE 19801
kmm@skfdelaware.com
daj@skfdelaware.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Denise Seastone Kraft, Esquire
EDWARDS & ANGELL LLP
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

I also certify that, on this 18th day of January 19, 2006, I served the aforementioned

document, by facsimile and Federal Express, upon the following non-registered participants:

### BY E-MAIL AND FEDERAL EXPRESS

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

Bijan Amini, Esquire
Avery Samet, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
bamini@samlegal.com
asamet@samlegal.com

120087.01600/40159284v.1

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
   & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
stan@bkbh.com
kim@bkbh.com


_Dale R. Dubé_
Dale R. Dubé  (I.D. No. 2863)
dube@blankrome.com

2