IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN CORPORATION<br>　　　　Defendant. | C.A. No. 04-1494-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 18, 2006, **PLAINTIFF LAW DEBENTURE TRUST COMPANY OF NEW YORK'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** and this **NOTICE OF SERVICE** were served upon the counsel listed below, in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com;cmiller@mnat.com
adavis@mnat.com

Dale R. Dubé
Elio Battista, Jr.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gt1aw.com

EDWARDS & ANGELL LLP
Denise Seastone Kraft, Esquire
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

10010363.WPD

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Steven J. Reisman, Esquire | |
| Joseph D. Pizzurro, Esquire | Stanley T. Kaleczyc, Esquire |
| Nancy E. Delaney, Esquire | Kimberly A. Beatty, Esquire |
| Miriam Harwood, Esquire | BROWNING, KALECZYC, BERRY |
| CURTIS, MALLET-PREVOST, COLT & | &HOVEN,P.C. |
| MOSLE LLP | 139 North Last Chance Gulch |
| 101 Park Avenue | P.O. Box 1697 |
| New York, New York 10178-0061 | Helena, Mt 59624 |
| sreisman@cm-p.com | stan@bkbh.com |
| jpizzurro@cm-p.com | kim@bkbh.com |
| ndelaney@cm-p.com | |
| mharwood@cm-p.com | |

| | |
|---|---|
| Bijan Amini, Esquire | Dennis E. Glazer, Esquire |
| Avery Samet, Esquire | Paul Spagnoletti, Esquire |
| STORCH AM1NI & MUNVES PC 2 | DAVIS POLK & WARDWELL 4 |
| Grand Central Tower | 50 Lexington Avenue |
| 140 East 45th Street, 25th Floor New York, New York 10017 | New York, NY 10017 |
| bamini@samlegal.com | dennis.glazer@dpw.com |
| asamet@samlega1.com | paul.spagnoletti@dpw.com |

_____
Kathleen M. Miller (I.D. No. 2898)

10010363.WPD