IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>    Plaintiffs,<br><br>       v.<br><br>NORTHWESTERN CORPORATION<br>       Defendant. | C.A. No. 04-1494-JJF |

## AMENDED NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 18, 2006, **PLAINTIFF LAW DEBENTURE TRUST COMPANY OF NEW YORK'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** and this **NOTICE OF SERVICE** were served upon the counsel listed below, in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com;cmiller@mnat.com
adavis@mnat.com

Dale R. Dubé
Elio Battista, Jr.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gt1aw.com

EDWARDS & ANGELL LLP
Denise Seastone Kraft, Esquire
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

10010363.WPD

**BY E-MAIL AND FEDERAL EXPRESS**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY &HOVEN,P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
stan@bkbh.com
kim@bkbh.com

Bijan Amini, Esquire
Avery Samet, Esquire
STORCH AM1NI & MUNVES PC 2 Grand Central Tower
140 East 45th Street, 25th Floor New York, New York 10017
bamini@samlegal.com
asamet@samlega1.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL 4
50 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

**Added:

Bonnie Steingart
Gary L. Kaplan
John W. Brewer
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

_____
Kathleen M. Miller (I.D. No. 2898)

10010363.WPD