**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : <br> : <br> : <br> : |
| Plaintiffs, | :     C.A. No. 04-1494-JJF |
| v. | : |
| NORTHWESTERN CORPORATION, | : |
| Defendant. | : |

**NOTICE OF SERVICE OF DISCOVERY**

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant, and that on the 20th of January 2006, I caused to be served copies of *Northwestern Corporation's Initial Disclosures* upon the parties on the attached service list via Hand Delivery upon Local Counsel and via First Class, United States Mail upon the remaining parties. I also hereby certify, that on January 22, 2006, I served the aforementioned document via electronic mail upon the following:

| | |
|---|---|
| dube@blankrome.com | steinbo@friedfrank.com |
| brewejo@friedfrank.com | kaplaga@friedfrank.com |
| nadrijo@ffhsj.com | joanna.palacios@ffhsj.com |
| jsnellings@nixonpeabody.com | adarwin@nixonpeabody.com |
| bamini@samlegal.com | asamet@samlegal.com |
| kmm@skfdelaware.com | daj@skfdelaware.com |
| sreisman@cm-p.com | jpizzurro@cm-p.com |
| ndelaney@cm-p.com | mharwood@cm-p.com |
| dennis.glazer@dpw.com | paul.spagnoletti@dpw.com |
| stan@bkbh.com | kim@bkbh.com |
| dkraft@edwardsangell.com | battista@blankrome.com |

Date: January 24, 2006

GREENBERG TRAURIG, LLP

_____
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000

\\ATL-SRV02\367879v01

**Via Hand Delivery**
Elio Batista, Esq.
Dale Dube, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington DE 19801
((Magten)

Jesse H. Austin, Esq.
Karol Denniston, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Road, N.E.
Atlanta, GA 30308

Bijon Amini
Avery Samet
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017-2131

**Via Hand Delivery**
Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Dennis E. Glazer
Paul Spagnoletti
Davis Polk & Wardwell
450 Lexington Avenue, Room 3004
New York, NY 10017

Gary Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

**Via Hand Delivery**
Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801

John V. Snellings, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman
Joseph D. Pizzurro
Nancy E. Delaney
Miriam Harwood
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061