

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:*   *(302) 425-6467*
*Fax:*     *(302) 425-6464*
*Email:*   *dube@blankrome.com*

January 25, 2006

**VIA CMF AND HAND DELIVERY**

Dr. Peter D. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

       **Re:**
- *Magten Asset Management Corp. and Law Debenture Trust Co. of New York v. Northwestern Corp.*; C.A. No. 04-1494-JJF
- *Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker, LLP*; C.A. No. 04-1256-JJF
- *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; C.A. No. 05-0499-JJF

Dear Dr. Dalleo:

    The parties in the above-captioned matters hereby submit to the Court a courtesy copy of the current contact list being utilized by the parties for service of consolidated discovery, should the Court need to contact counsel.

                                Respectfully,

                                Dale R. Dubé  (#2863)

DRD:pb
Attachment
cc:    Bijan Amini, Esquire  (via e-mail)
       Elio Battista, Jr., Esquire
       Kimberly A. Beatty, Esquire  (via e-mail)
       John W. Brewer, Esquire  (via e-mail)
       Victoria W. Counihan, Esquire  (via e-mail)



Dr. Peter D. Dalleo
January 25, 2006
Page 2

    Amanda Darwin, Esquire  (via e-mail)
    Robert J. Dehney, Esquire  (via e-mail)
    Nancy E. Delaney, Esquire  (via e-mail)
    Dennis E. Glazer, Esquire (via e-mail)
    Miriam K. Harwood, Esquire  (via e-mail)
    David A. Jenkins, Esquire  (via e-mail)
    Stanley T. Kaleczyc, Esquire  (via e-mail)
    Gary L. Kaplan, Esquire  (via e-mail)
    Denise Seastone Kraft, Esquire  (via e-mail)
    Dennis A. Meloro, Esquire  (via e-mail)
    Curtis S. Miller, Esquire  (via e-mail)
    Kathleen M. Miller, Esquire  (via e-mail)
    Jordanna L. Nadritch, Esquire  (via e-mail)
    Joanna I. Palacios, Esquire  (via e-mail)
    Joseph D. Pizzurro, Esquire  (via e-mail)
    Steven J. Reisman, Esquire  (via e-mail)
    Avery Samet, Esquire  (via e-mail)
    John V. Snellings, Esquire  (via e-mail)
    Paul Spagnoletti, Esquire  (via e-mail)
    Bonnie Steingart, Esquire  (via e-mail)