IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>NORTHWESTERN CORPORATION,<br><br>    Debtor. | :<br>: Chapter 11<br>:<br>: Bankruptcy Case No. 03-12872<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.<br>Suing individually and<br>derivatively on behalf of CLARK<br>FORK AND BLACKFOOT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL HASTINGS JANOFSKY & WALKER<br>LLP,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1256-JJF<br>:<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP. and<br>LAW DEBENTURE TRUST COMPANY OF<br>NEW YORK,<br><br>    Plaintiffs,<br><br>  v.<br><br>NORTHWESTERN CORPORATION,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1494-JJF<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE J. HANSON and ERNIE J.<br>KLINDT,<br><br>    Defendants. | :<br>:<br>:<br>: Civil Action No. 05-499-JJF<br>:<br>:<br>:<br>: |

O R D E R

WHEREAS, the Court anticipates the appointment of John E. James, Esquire, of Potter Anderson & Corroon, LLC, as Special Master in the above-captioned matters;

WHEREAS, the Court has received a letter from John E. James, Esquire presenting a disclosure regarding his possible appointment as Special Master;

NOW THEREFORE, IT IS HEREBY ORDERED that Counsel in the above-captioned matters shall review the attached letter and shall submit any objections regarding Mr. James' possible appointment no later than **Monday, February 6, 2006.**

_January 25, 2006_
       DATE

_[signature]_
UNITED STATES DISTRICT JUDGE