## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey, the United States District Court for the District of New Jersey, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the Eastern District of Michigan, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: January 31, 2006                Signed: _____
                                              Gary L. Kaplan
                                              **FRIED, FRANK, HARRIS, SHRIVER**
                                              **& JACOBSON LLP**
                                              One New York Plaza
                                              New York, New York 10004
                                              Tel: (212) 859-8000
                                              Fax: (212) 859-4000