IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | C.A. No. 04-1494-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of John W. Brewer, Esquire, of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP to represent Plaintiff Magten Asset Management Corporation in this matter. Payment of Mr. Brewer's $25.00 annual fee, in accordance with the Standing Order for District Court Fund, is being submitted upon the filing of this motion.

BLANK ROME LLP

Dated: January 31, 2006

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
dube@blankrome.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:_____

_____
The Honorable Joseph J. Farnan, Jr.

120087.01600/40159572v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2006, I electronically filed the Motion and Order for Admission *Pro Hac Vice* using CM/ECF which will send notification of such filing(s) to the following:

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
kmm@skfdelaware.com

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
counihanv@gtlaw.com
melorod@gtlaw.com

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER &
  DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

David A. Jenkins, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899
daj@skfdelaware.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@mnat.com
cmiller@mnat.com

I also certify that, on this 31st day of January, 2006, I served the aforementioned document, by e-mail and U.S. Mail, upon the following non-registered participants:

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

Bijan Amini, Esquire
Avery Samet, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
bamini@samlegal.com
asamet@samlegal.com

120087.01600/40159572v.1

| | |
|---|---|
| Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>CURTIS, MALLET-PREVOST,<br>  COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>sreisman@cm-p.com<br>jpizzurro@cm-p.com<br>ndelaney@cm-p.com<br>mharwood@cm-p.com | Dennis E. Glazer, Esquire<br>Paul Spagnoletti, Esquire<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue, Room 3004<br>New York, NY 10017<br>dennis.glazer@dpw.com<br>paul.spagnoletti@dpw.com<br><br>Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>BROWNING, KALECZYC, BERRY<br>  & HOVEN, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624<br>stan@bkbh.com<br>kim@bkbh.com |

*/s/ Dale R. Dubé*
Dale R. Dubé (I.D. No. 2863)
BLANK ROME LLP
1201 Market Street, Suite 800
(302) 425-6400
dube@blankrome.com