# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Courts for the Southern, Eastern and Western Districts of New York, and the United States Courts of Appeals for the 3rd and 11th Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: January 31, 2006            Signed: _____
                                           John W. Brewer
                                           **FRIED, FRANK, HARRIS, SHRIVER**
                                           **& JACOBSON LLP**
                                           One New York Plaza
                                           New York, New York 10004
                                           Tel: (212) 859-8000
                                           Fax: (212) 859-4000