## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the Eastern District of Michigan, the United States Courts of Appeals for the 2nd and 4th Circuits, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. helpful

Date: January 31, 2006         Signed: /s/ Bonnie Steingart
                                      Bonnie Steingart
                                      FRIED, FRANK, HARRIS, SHRIVER
                                          & JACOBSON LLP
                                      One New York Plaza
                                      New York, New York 10004
                                      Tel: (212) 859-8000
                                      Fax: (212) 859-4000