## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT
CORPORATION and LAW DEBENTURE
TRUST COMPANY OF NEW YORK,
                    Plaintiffs,

            v.                                C.A. No. 04-1494-JJF

NORTHWESTERN CORPORATION
                    Defendant.

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF AMANDA D. DARWIN

Kathleen M. Miller, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Amanda D. Darwin, Esquire of the firm Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 to represent Law Debenture Trust Company of New York in this action.   The Admittee is admitted, practicing and in good standing in the State of Massachusetts, the State of Tennessee and the State of New York.

Dated: **Feb. 1**             , 2006    SMITH, KATZENSTEIN & FURLOW LLP

                                    Kathleen M. Miller (I.D. No. 2898)
                                    800 Delaware Avenue, 7th Floor
                                    P.O. Box 410
                                    Wilmington, DE  19899
                                    Courier 19801
                                    Phone: (302) 652-8400
                                    Fax: (302) 652-8405
                                    E-mail: Kmiller@skfdelaware.com

                                    Attorneys for Law Debenture Trust Company of New York

{10010753.DOC}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of the State of Massachusetts, the State of Tennessee and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: _1_/_30_/_06_

Amanda D. Darwin
(BBO No. 547654)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1000
adarwin@nixonpeabody.com

BY THE COURT:

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006

_____
**Honorable Joseph J. Farnan**
United States District Court Judge

{10010753.DOC}