IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION<br>Defendant. | C.A. No. 04-1494-JJF |

**MOTION AND ORDER FOR ADMISSION
PRO HAC VICE OF JOHN V. SNELLINGS**

Kathleen M. Miller, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of John V. Snellings, Esquire of the firm Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 to represent Law Debenture Trust Company of New York in this action. The Admittee is admitted, practicing and in good standing in the State of Massachusetts, the Supreme Judicial Court of Massachusetts, the U.S. District Court for the District of Massachusetts, and the U.S. Court of Appeals for the First Circuit.

Dated: Feb. 1, 2006          SMITH, KATZENSTEIN & FURLOW LLP

_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Courier 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
E-mail: Kmiller@skfdelaware.com

Attorneys for Law Debenture Trust Company of New York

{10010752.DOC}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, practicing and in good standing as a member of the State of Massachusetts, the Supreme Judicial Court of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 1/30/06

John V. Snellings
(BBO No. 548791)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1202
jsnellings@nixonpeabody.com

BY THE COURT:

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006      _____
**Honorable Joseph J. Farnan**
United States District Judge