## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **February, 2006**, a copy of the foregoing *Motion for Pro Hac Vice Appearance of Attorney John V. Snellings on behalf of Law Debenture Trust Company of New York* was served on the following by first class mail:

| | |
|---|---|
| Bonnie Steingart<br>John Brewer<br>Gary L. Kaplan<br>Jordanna Nadritch<br>Joanna Palacios<br>FRIED, FRANK, HARRIS, SHRIVER<br>  & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004-1980 | Bijan Amini<br>Avery Samet<br>STORCH AMINI & MUNVES PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017-2131 |
| Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam Harwood, Esquire<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Victoria Watson Counihan, Esquire<br>Dennis A. Meloro, Esquire<br>GREENBERG TRAURIG LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801 |
| Dennis E. Glazer, Esquire<br>Paul Spagnoletti, Esquire<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017 | Robert J. Dehney, Esquire<br>Curtis S. Miller, Esquire<br>Alicia B. Davis, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 Market Street<br>Wilmington, DE 19801 |
| Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>BROWNING, KALECZYC, BERRY<br>& HOVEN, P.C.<br>139 North Last Chance Gulch<br>Helena, MT 59601 | Denise Seastone Kraft, Esquire<br>EDWARDS ANGELL PALMER<br>& DODGE LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 |

| | |
|---|---|
| Neil B. Glassman, Esquire | Alan W. Kornberg, Esquire |
| Charlene D. Davis, Esquire | Margaret A. Phillips, Esquire |
| Eric M. Sutty, Esquire | Ephraim I. Diamond, Esquire |
| THE BAYARD FIRM | PAUL, WEISS, RIFKIND, WHARTON |
| 222 Delaware Avenue, Suite 900 | & GARRISON LLP |
| Wilmington, DE 19801 | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |

Dale R. Dubé
Elio Battista, Jr.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

/s/ Kathleen M. Miller
Kathleen M. Miller

*10010872.WPD*