# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>          Reorganized Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 03-12872 (JLP) <br> ) |
| MAGTEN ASSET MANAGEMENT<br>CORPORATION AND LAW DEBENTURE<br>TRUST COMPANY OF NEW YORK,<br><br>          Plaintiffs,<br><br>      v.<br><br>NORTHWESTERN CORPORATION,<br><br>          Defendant. | ) <br> ) <br> ) <br> ) Adversary No. 04-53324 <br> ) <br> ) Civil Action No. 04-1494-JJF <br> ) <br> ) Re: Docket No. __ <br> ) |

## ORDER ALLOWING THE PLAN COMMITTEE TO
## INTERVENE IN AN ADVERSARY PROCEEDING

Upon the motion (the "Motion") of the Plan Committee[1] for entry of an order allowing the Plan Committee to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding"); and it appearing that the Plan Committee has a right to intervene; and due and proper notice having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Plan Committee is hereby allowed to intervene in the Adversary Proceeding; and it is further

---

[1] Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Motion.

ORDERED, that the above-captioned parties shall serve all papers filed in the Adversary Proceeding upon counsel for the Plan Committee; and it is further

ORDERED, that counsel for the Plan Committee shall be permitted to participate in and have access to all discovery; and it is further

ORDERED, that the Plan Committee shall be a mandatory party for purposes of any and all settlement negotiations concerning the Adversary Proceeding.

Dated: _____, 2006

_____
UNITED STATES DISTRICT JUDGE