# EXHIBIT "E"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| NORTHWESTERN CORPORATION, | ) |
| | ) Case No. 03-12872 (JLP) |
| Debtor. | ) |
| | ) |
| MAGTEN ASSET MANAGEMENT CORPORATION & LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 05-50866 (JLP) |
| | ) |
| NORTHWESTERN CORPORATION, GARY G. DROOK, MICHAEL J. HANSON, BRIAN B. BIRD, THOMAS J. KNAPP and ROGER P. SCHRUM, | ) |
| | ) |
| Defendants. | ) |

## ORDER ALLOWING THE PLAN COMMITTEE TO INTERVENE IN AN ADVERSARY PROCEEDING

Upon the motion (the "Motion") of the Plan Committee (the "Plan Committee") for entry of an Order allowing the Plan Committee to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding"), and it appearing that the Plan Committee has a right to intervene, and due and proper notice having been given; it is hereby

ORDERED, that the Motion is granted; and it is further

Doc #:NY6:999099.1

ORDERED, that the Plan Committee is hereby allowed to intervene in the Adversary Proceeding.

Dated: July 1, 2005

HONORABLE JOHN L. PETERSON
United States Bankruptcy Judge

Doc #:NY6:999099.1