IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>          Reorganized Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 03-12872 (JLP) <br> ) |
| MAGTEN ASSET MANAGEMENT<br>CORPORATION AND LAW DEBENTURE<br>TRUST COMPANY OF NEW YORK<br><br>          Plaintiffs,<br><br>          v.<br><br>NORTHWESTERN CORPORATION, *et al.*<br><br>          Defendant. | ) <br> ) <br> ) <br> ) Adversary No. 04-53324 <br> ) <br> ) Civil Action No. 04-1494-JJF <br> ) <br> ) Re: Docket Item No. [____] <br> ) <br> ) |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF
MOTION OF THE PLAN COMMITTEE FOR AN ORDER SUBSTITUTING THE
PLAN COMMITTEE FOR THE OFFICIAL COMMITTEE OR IN THE
<u>ALTERNATIVE TO INTERVENE IN ADVERSARY PROCEEDING</u>**

Upon the Motion (the "<u>Motion</u>")[1] for Expedited Consideration of the Motion of the Plan Committee for an Order Substituting the Plan Committee for The Official Committee or In the Alternative to Intervene in Adversary Proceeding (the "<u>Motion to Substitute</u>"); and it appearing that this Court has jurisdiction in this matter; and upon due deliberation, and sufficient cause appearing therefor, it is hereby

    ORDERED, that the Motion is granted; and it is further

    ORDERED, that any response to the Motion to Substitute shall be filed and served upon counsel to the Plan Committee by no later than February __, 2006 at 4:00 p.m.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings assigned to such terms in the Motion.

615862v1

   ORDERED, that a hearing on the Motion to Substitute will be held on February \_\_, 2006 at \_\_\_:\_\_\_ \_.m.

_____, 2006

                _____
                UNITED STATES DISTRICT JUDGE