## CERTIFICATE OF SERVICE

I, Eric M. Sutty, do hereby certify that on this 1st day of February, 2006, I caused a true and correct copy of the attached **Motion for Expedited Consideration of Motion of the Plan Committee for an Order Substituting the Plan Committee for the Official Committee, or in the Alternative, to Intervene in Adversary Proceeding** to be served upon the following parties in the manner indicated.

### Via Hand Delivery

Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Dale R. Dube, Esquire
Elio Batista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Kathleen M. Miller, Esquire
David A. Jenkins, David A. Jenkins, Esquire
Smith Katzenstein & Furlow
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, 15th Fl.
Wilmington, DE 19801

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Morris Nichols Arsht & Tunnell
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

John E. James, Esquire
Potter Anderson Corroon
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

### Via U.S. First Class Mail

Amanda Darwin, Esquire
John V. Snellings, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Bonnie Steingart, Esquire
John W. Brewer, Esquire
Gary L. Kaplan, Esquire
Jordanna L. Nadritch, Esquire
Joanna I. Palacios, Esquire
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10064

616249v1

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
Talia Gil, Esquire
Paul, Weiss, Rifkind, Wharton &
 Garrison LLP
1285 Avenue of the Americas
New York, NY  10019

Bijon Amini, Esquire
Avery Samet, Esquire
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Flr.
New York, NY  10017-2131

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT  59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Hardwood, Esquire
Curtis, Mallet-Prevost Colt & Mosle
101 Park Avenue
New York, NY  10178-0061

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
Davis Polk & Wardell
450 Lexington Avenue, Rm. 3004
New York, NY  10017

Eric M. Sutty (No. 4007)