UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1494-JJF |
| v. | : : | |
| NORTHWESTERN CORPORATION, | : : | |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : : | |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON & ERNIE J. KINDT, | : : | |
| Defendants. | : : | |

**DEFENDANT NORTHWESTERN CORPORATION'S
MOTION FOR A PROTECTIVE ORDER**

NorthWestern Corporation ("NorthWestern"), defendant in the above-captioned

action styled *Magten Asset Management Corp. et al. v. NorthWestern Corp.*, C.A. 04-1494-JJF,

by and through its counsel, Greenberg Traurig, LLP and Curtis, Mallet-Prevost, Colt & Mosle

LLP, hereby moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a

Protective Order limiting discovery in connection with the above-captioned actions, for the

reasons set forth in NorthWestern's Memorandum of Law and accompanying Affidavit of Joseph

D. Pizzurro, both filed contemporaneously herewith.

Dated: Wilmington, Delaware
        February 2, 2006

**GREENBERG TRAURIG, LLP**

By :   /s/ Victoria W. Counihan
        Victoria Counihan (No. 3488)
        Dennis Meloro (No. 4435)
        The Nemours Building
        1007 North Orange Street
        Suite 1200
        Wilmington, Delaware 19801
        Tel:  (302) 661-7000
        Fax:  (302) 661-7360

            -and-

**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**

        Joseph D. Pizzuro, Esq.
        Steven J. Reisman, Esq.
        Nancy E. Delaney, Esq.
        Miriam K. Harwood, Esq.
        101 Park Avenue
        New York, New York  10178-0061
        Tel:  (212) 696-6000
        Fax:  (212) 697-1559

        *Counsel for Defendant
        NorthWestern Corporation*