UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1494-JJF |
| v. | : : : | |
| NORTHWESTERN CORPORATION, | : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON & ERNIE J. KINDT, | : : : | |
| Defendants. | : | |

### **AFFIDAVIT OF JOSEPH D. PIZZURRO**

State of New York  )
                   ) ss:
County of New York )

Joseph D. Pizzurro, Esq., being duly sworn, deposes and says:

1. I am a member of the firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for defendant NorthWestern Corporation ("NorthWestern") in the above-captioned action styled *Magten Asset Management Corp. et al. v. NorthWestern Corp.*, C.A. 04-1494-JJF

(the "Magten/NorthWestern Action"). I submit this Affidavit in support of NorthWestern's motion, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a Protective Order limiting discovery sought by Plaintiffs Magten Asset Management Corp. ("Magten") and Law Debenture Trust Company of New York ("Law Debenture") (collectively, "Plaintiffs") in connection with the Magten/NorthWestern Action and the other above-captioned actions.

2. Attached hereto are true and correct copies of the following documents:

| **Exhibit** | **Description** |
|---|---|
| 1 | Under Advisement Decision, dated August 20, 2004, issued in *Magten Asset Management Corp. and Law Debenture Co. of New York v. NorthWestern Corp.*, Adv. Pro. No. 04-53324 (U.S. Bankruptcy Court, District of Delaware) (Hon. Charles G. Case). |
| 2 | Plaintiffs' First Request for Production of Documents For Defendant NorthWestern Corporation, in C.A. No. 04-1494-JJF, dated January 24, 2006. |
| 3 | Plaintiff's First Request for Production of Documents For Defendant Mike J. Hanson, in C.A. No. 05-0499-JJF, dated January 24, 2006. |
| 4 | Plaintiff's First Request for Production of Documents For Defendant Ernie J. Kindt, in C.A. No. 05-0499-JJF, dated January 24, 2006. |
| 5 | Plaintiff Magten Asset Management Corporation's First Request for Production of Documents Directed to Defendant Paul Hastings Janofsky & Walker LLP, in C.A. No. 04-1256-JJF, dated January 23, 2006. |
| 6 | Plaintiff Magten Asset Management Corp.'s Subpoena Duces Tecum Directed Arthur Andersen LLP in C.A. No. 04-1256-JJF, dated January 27, 2006, with attachment. |
| 7 | Plaintiff Magten Asset Management Corp.'s Subpoena Duces Tecum Directed to Lazard Freres & Co. LLC in C.A. No. 04-1256-JJF, dated January 27, 2006, with attachment. |

2

| Exhibit | Description |
|---|---|
| 8 | Plaintiff Magten Asset Management Corp.'s Subpoena Duces Tecum Directed to Houlihan Lokey Howard & Zukin Financial Advisors, Inc. in C.A. No. 04-1256-JJF, dated January 27, 2006, with attachment. |
| 9 | Plaintiff Magten Asset Management Corp.'s Subpoena Duces Tecum Directed to Deloitte & Touche LLP in C.A. No. 04-1256-JJF, dated January 27, 2006, with attachment. |
| 10 | Plaintiff Magten Asset Management Corp.'s Subpoena Duces Tecum Directed to The Bank of New York in C.A. No. 04-1256-JJF, dated January 27, 2006, with attachment. |
| 11 | Plaintiff Magten Asset Management Corp.'s Notice of Deposition Duces Tecum of The Bank of New York, Lazard Freres & Co. LLC, Arthur Andersen LLP, Houlihan Lokey Howard & Zukin Financial Advisors, Inc., and Deloitte & Touche LLP in C.A. No. 04-1256-JJF, dated January 27, 2006. |

Dated: New York, New York
February 2, 2006

_____
Joseph D. Pizzurro

Subscribed and sworn to before me this 2nd day of February, 2006

_____
Lynn M. Mooney
Notary Public, State of new York
My Commission Expires 2007

LYNN M. MOONEY
Notary Public, State of New York
No. 41-4841073
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 2007