# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street   Wilmington, DE 19801   302.777.7770   *fax* 302.777.7263   eapdlaw.com

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@eapdlaw.com

February 6, 2006

Honorable Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE  19801

> RE:   Magten Asset Management Corp., et al. v. NorthWestern Corp.
> C.A. No. 04-1494-JJF
> Magten Asset Management Corp., et al. v. Paul Hastings Janofsky &
> Walker, PLLC,
> C.A. No. 04-1256-JJF
> Magten Asset Management Corp., et al. v. Mike J. Hanson and Ernie J. Kindt
> C.A. No. 05-0499-JJF

Dear Judge Farnan:

This firm is co-counsel to Mike J. Hanson and Ernie J. Kindt (Messrs. Hanson and Kindt), along with the firm of Browning, Kaleczyc, Berry & Hoven, P.C., in connection with C.A. No. 05-0499-JJF, referenced above. Pursuant to this Court's Order dated January 25, 2006, we write to confirm that the appointment of John E. James, Esquire as Special Master in connection with the three above-referenced actions is acceptable to Messrs. Hanson and Kindt.

Should this Court have any questions with regard to the foregoing, please contact me, Stanley T. Kaleczyc, Esquire, 406-443-6820 or Kimberly A. Beatty, Esquire 406-443-6820.

Respectfully,

Denise Seastone Kraft (Bar No. 2778)

DSK/rrj

cc:   Clerk of Court (Via ECF)
      Dale R. Dube, Esq. (Via E-mail: dube@blankrome.com)
      Bonnie Steingart, Esq. (Via E-mail: steinbo@friedfrank.com)

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

# Edwards Angell Palmer & Dodge LLP

Honorable Joseph J. Farnan, Jr.
February 6, 2006
Page 2

      Gary L. Kaplan, Esq. (Via E-mail: kaplaga@friedfrank.com)
      Kathleen M. Miller, Esq. (Via E-mail: kmiller@skfdelaware.com)
      Bijan Amini, Esq. (Via E-mail: bamini@samlegal.com)
      Amanda Darwin, Esq. (Via E-mail: adarwin@nixonpeabody.com)
      John V. Snellings, Esq. (Via E-mail: jsnellings@nixonpeabody.com)
      Stanley T. Kaleczyc, Esq. (Via E-mail: stan@bkbh.com)
      Kimberly Beatty, Esq. (Via E-mail: kim@bkbh.com)
      Paul Spagnoletti, Esq. (Via E-mail: paul.spagnoletti@dpw.com)
      Joseph D. Pizzurro, Esq. (Via E-mail: jpizzurro@cm-p.com)
      Steven J. Reisman, Esq. (Via E-mail: sreisman@cm-p.com)
      Victoria W. Counihan (Via E-mail: counihanv@gtlaw.com)