IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | : | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HASTINGS JANOFSKY & WALKER LLP,<br><br>Defendant. | : | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON & ERNIE J. KINDT,<br><br>Defendants. | : | C.A. No. 05-0499-JJF |

## CERTIFICATE OF SERVICE

Victoria Watson Counihan, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Defendant, Northwestern Corporation, and on the 2nd day of February, 2006, caused copies of the following documents to be served upon the attached Service List via First Class, United States Mail. I also hereby certify that the aforementioned documents were served via Electronic Mail upon the addresses listed below.

- Motion for a Protective Order [Docket No. 55];

- Memorandum of Law in Support of Motion for a Protective Order [Docket No. 56];

- Affidavit of Joseph D. Pizzurro [Docket No. 57]

dube@blankrome.com
steinbo@friedfrank.com
brewejo@friedfrank.com
kaplaga@friedfrank.com
nadrijo@ffhsj.com
joanna.palacios@ffhsj.com
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com
bamini@samlegal.com
asamet@samlegal.com
kmm@skfdelaware.com
daj@skfdelaware.com
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com
stan@bkbh.com
kim@bkbh.com
dkraft@edwardsangell.com
battista@blankrome.com

Dated: February 6, 2006

_____
Victoria Watson Counihan (DE No. 3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
(302) 661-7000

Counsel for Defendant, Northwestern Corporation