**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION       :
AND LAW DEBENTURE TRUST COMPANY OF        :
NEW YORK,                                 :
                                          :
                      Plaintiffs,         :
                                          :
         v.                               :      C.A. No. 04-1494 JJF
                                          :
NORTHWESTERN CORPORATION,                 :
                                          :
                      Defendant.          :
-----------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION       :
                                          :
                      Plaintiff,          :
                                          :
         v.                               :      C.A. No. 04-1256 JJF
                                          :
PAUL, HASTINGS, JANOFSKY & WALKER LLP,    :
                                          :
                      Defendant.          :
-----------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION       :
                                          :
                      Plaintiff,          :
                                          :
         v.                               :      C.A. No. 05-0499 JJF
                                          :
MIKE J. HANSON & ERNIE J. KINDT,          :
                                          :
                      Defendants.         :
```

**MIKE J. HANSON & ERNIE J. KINDT'S JOINDER
TO DEFENDANT NORTHWESTERN CORPORATION'S
<u>MOTION FOR A PROTECTIVE ORDER</u>**

Mike J. Hanson & Ernie J. Kindt ("Hanson & Kindt") hereby joins (the "Joinder") in

Defendant Northwestern Corporation's Motion for a Protective Order and Memorandum of Law

in Support of its Motion for a Protective Order dated February 2, 2006 (D.I. 55, 56 in C.A. No.

04-1494) (together, the "Motion"), and requests the relief sought therein, for substantially the

same reasons set forth in the Motion.[1]  Hanson & Kindt expressly reserve all rights to participate

in additional briefing or argument on this matter.

Dated: February 13, 2006          EDWARDS ANGELL PALMER & DODGE LLP
       Wilmington, Delaware

                                   _____
                                   Denise Seastone Kraft (No. 2778)
                                   919 N. Market Street, Suite 1500
                                   Wilmington, DE 19801
                                   Phone: (302) 777-7770
                                   Fax:    (302) 777-7263

                                             - and -

                                   Stanley T. Kaleczyc, Esquire
                                   Kimberly A. Beatty, Esquire
                                   BROWNING KALECZYC BERRY & HOVEN P.C.
                                   139 North Last Chance Gulch
                                   P.O. Box 1697
                                   Helena, Montana 59624
                                   Phone: (406) 443-6820
                                   Fax:    (406) 443-6883

                                   *Counsel for Mike J. Hanson & Ernie J. Kindt*

---

[1]    Hanson & Kindt is filing this Joinder in the three above-captioned civil actions because, although no order has formally been entered, it understands that these cases have been consolidated for the purpose of discovery.