## Service of Process:

1:04-cv-01494-JJF Magten Asset Mgt., et al v. Northwestern Corp

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Counihan, Victoria entered on 2/17/2006 at 10:59 AM EST and filed on 2/17/2006

**Case Name:**  Magten Asset Mgt., et al v. Northwestern Corp
**Case Number:**  1:04-cv-1494
**Filer:**  Northwestern Corporation
**Document Number:** 70

**Docket Text:**
CERTIFICATE OF SERVICE of Memorandum of Law in Opposition to the Motion of the Plan Committee for an Order Substituting the Plan Committee for the Official Committee, or in the Alternative, to Intervene in Adversary Proceedings [Docket No. 69] by Northwestern Corporation (Counihan, Victoria)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/17/2006] [FileNumber=171129-0]
[2ae99ba2ef72ad0c0ab4a704dd366ddc64f6c6e10b4d00425019641f7e07517fa1cbd
f585f25b6f5a05b0bded772e1367e95a2e98100cdb5a8a22aa1c330eed95]]

**1:04-cv-1494 Notice will be electronically mailed to:**

Elio Battista , Jr   battista@blankrome.com

Victoria Watson Counihan   districtcourtdel@gtlaw.com, melorod@gtlaw.com; foxp@gtlaw.com; msherman@careventures.com; dsager@pitneyhardin.com

Dale R. Dube   dube@blankrome.com, berry@blankrome.com

Miriam K. Harwood   mharwood@cm-p.com

Kathleen M. Miller   kmiller@skfdelaware.com, tlc@skfdelaware.com

Steven J. Reisman   sreisman@cm-p.com

Eric Michael Sutty   bankserve@bayardfirm.com, esutty@bayardfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN CORPORATION,<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:　C.A. No. 04-1494-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

Victoria Watson Counihan, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Defendant, Northwestern Corporation, and on the 14th day of February, 2006, caused copies of the *Memorandum of Law in Opposition to the Motion of the Plan Committee for an Order Substituting the Plan Committee for the Official Committee, or in the Alternative, to Intervene in Adversary Proceedings* [Docket No. 69] to be served upon the attached Service List via First Class, United States Mail. I also hereby certify that the aforementioned documents were served via Electronic Mail upon the addresses listed below.

dube@blankrome.com
steinbo@friedfrank.com
brewejo@friedfrank.com
kaplaga@friedfrank.com
nadrijo@ffhsj.com
joanna.palacios@ffhsj.com
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com
bamini@samlegal.com
asamet@samlegal.com
kmm@skfdelaware.com
daj@skfdelaware.com
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

dennis.glazer@dpw.com
paul.spagnoletti@dpw.com
stan@bkbh.com
kim@bkbh.com
dkraft@edwardsangell.com
battista@blankrome.com
esutty@bayardfirm.com
nglassman@bayardfirm.com
cdavis@bayardfirm.com
akornberg@paulweiss.com
mphillips@paulweiss.com
ediamond@paulweiss.com

Dated: February 16, 2006

_____
Victoria Watson Counihan (DE No. 3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware  19801
(302) 661-7000

Counsel for Defendant, Northwestern Corporation

Elio Batista, Esq.
Dale Dube, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington DE 19801
((Magten)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Joanna Palacios, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North market Street
Wilmington DE 19801
(PHJW)

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(M Hanson/E Kindt)

Bijon Amini
Avery Samet
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017-2131
(Magten re case no. 04-1256)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
(M Hanson/E Kindt)

Dennis E. Glazer
Paul Spagnoletti
Davis Polk & Wardwell
450 Lexington Avenue, Room 3004
New York, NY 10017
(PHJW)

Steven J. Reisman
Joseph D. Pizzurro
Nancy E. Delaney
Miriam Harwood
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
(Northwestern)

David Jenkins, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Magten re case no. 04-1256)

Neil Glassman, Esq.
Charlene Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington DE 19801
(NW Plan Committee)

Alan Kornberg, Esq.
Margaret Phillips, Esq.
Ephraim Diamond, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York NY 10019
(NW Plan Committee)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1210 Market Street
Wilmington DE 19801
(PHJW)

Neil Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Del. 19899

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Ephraim I. Diamond, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019