Exhibit F

## Appendix of Pleadings Filed by the Plan Committee

## United States Bankruptcy Court for the District of Delaware

### Bankruptcy Court Case No. 03-12872

- Plan Committee's Objection to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedures dated March 2, 2005 [03-12872 Bankr. Docket No. 2866];

- Response and Request for Additional Forms of Relief of the Plan Committee in Support of Debtor's Motion for Order Compelling Master Ballot Agents to (I) Identify Holders of Classes 7, 8(a) and 8(b) Claims that Voted Against Releases; and (II) Disclose Beneficial Holders of Class 8(b) Claims and Whether Such Holder Elected Option 1 or Option 2 dated March 29, 2005 [03-12872 Bankr. Docket No. 2946];

- Appellee Designation of Additional Items to be Included in the Record on Appeal and Counter-Statement of the Issues to be Presented on Appeal of Magten Assets Management Corporation and Law Debenture Trust Company of New York, as Trustee dated April 7, 2005 [03-12872 Bankr. Docket No. 2969];

- Joinder of the Plan Committee in the Debtor's Motion for Order Compelling the Depository Trust Company to Distribute Shares to Holders of Allowed Claims in Class 7 Pursuant to Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated April 14, 2005 [03-12872 Bankr. Docket No. 2983];

- Motion for Leave to File a Reply to Objection of Magten Asset Management Corporation to NorthWestern's Motions Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Stipulations of Settlement dated July 8, 2005 [03-12872 Bankr. Docket No. 3177];[1]

- Motion for Leave to File an Omnibus Reply to Objections of Magten Asset Management Corporation to NorthWestern's Motions Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Stipulations of Settlement dated August 5, 2005 [03-12872 Bankr. Docket No. 3230];[2]

- Motion of the Plan Committee in Aid of Consummation and Implementation for Order Authorizing and Directing NorthWestern to Distribute Surplus Distributions dated September 29, 2005 [03-12872 Bankr. Docket No. 3308];

---

[1] By order of the Bankruptcy Court dated July 11, 2005 [03-12872 Bankr. Docket No. 3183], the Motion of the Plan Committee for Leave to File a Reply was granted.

[2] By order of the Bankruptcy Court dated August 5, 2005 [03-12872 Bankr. Docket No. 3233], the Motion of the Plan Committee for Leave to File an Omnibus Reply was granted.

- Motion of Franklin Mutual Advisors, LLC and the Plan Committee in Aid of Consummation and Implementation of the Plan for Order (1) Compelling Law Debenture to Instruct Depository Trust Company to Distribute Shares to Holders of Class 8(b) Claims Electing Option 1, and (2) Claims Electing Option 1 and 2 dated September 29, 2005 [03-12872 Bankr. Docket No. 3309];

- Motion for Leave to File an Omnibus Reply to (I) Joint Objection of Magten Asset Management Corporation and Law Debenture Trust Company and (II) NorthWestern Corporation's Response to Motion of Plan Committee In Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions dated January 4, 2006 [03-12872 Bankr. Docket No. 3410];[3]

- Joint Motion of Franklin Mutual Advisors, LLC and the Plan Committee for Leave to File a Reply to Objection dated January 4, 2006 [03-12872 Bankr. Docket No. 3411];[4]

- Notice of Appeal of Order denying Motion of the Plan Committee in Aid of Consummation and Implementation for Order Authorizing and Directing NorthWestern to Distribute Surplus Distributions dated February 7, 2006 [03-12872 Bankr. No. 3441]; and

- Appellant Designation of Contents for Inclusion in Record on Appeal and Statement of Issue to be Presented on Appeal dated February 16, 2006 [03-12872 Bankr. No. 3446]

### Bankruptcy Court Adv. Proc. 04-53324

- Joinder of the Plan Committee in Reorganized Debtor's Brief in Opposition to Motion and Memorandum of Law of Magten Asset Management Corporation and Law Debenture Trust Company of New York in Support of Motion for Stay of Adversary Proceedings Pending Resolution of Motion to Withdraw the Reference to the Bankruptcy Court dated December 3, 2004 [04-53324 Bankr. Docket No. 46].

---

[3]   By order of the Bankruptcy Court dated January 5, 2006 [03-12872 Bankr. Docket No. 3415], the Motion of the Plan Committee for Leave to File an Omnibus Reply was granted.

[4]   By order of the Bankruptcy Court dated January 5, 2006 [03-12872 Bankr. Docket No. 3416], the Joint Motion of Franklin Mutual Advisors, LLC and the Plan Committee for Leave to File a Reply was granted.

### Bankruptcy Court Adv. Proc. 05-50866

- Motion of the Plan Committee to Intervene in Adversary Proceeding dated June 21, 2005 [05-50866 Bankr. Docket No. 8];[5] and

- Joinder of the Plan Committee in Support of NorthWestern's Reply Brief in Further Support of Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order or, In the Alternative, to Dismiss Complaint [05-50866 Bankr. Docket No. 13].

## United States District Court for the District of Delaware

### District Court Civil Action 04-1389

- Joinder of the Plan Committee in Support of NorthWestern's Motion to Dismiss Consolidated Appeals of Magten Asset Management Corporation dated June 10, 2005 [04-1389 Docket No. 57];

- Plan Committee's Reply to and Joinder in Support of NorthWestern's Reply to Magten Asset Management Corporation's Memorandum of Law in Support of Opposition to Motion to Dismiss and Joinder of Plan Committee dated July 12, 2005 [04-1389 Docket No. 62]; and

- Joinder of the Plan Committee in Support of NorthWestern's Reply Brief dated August 12, 2005 [04-1389 Docket No. 69].

### District Court Civil Action 04-1494

- Motion of the Plan Committee for an Order Substituting the Plan Committee for the Official Committee, or in the Alternative, to Intervene in Adversary Proceeding dated February 1, 2006 [04-1494 Docket No. 53]; and

- MOTION to Expedite Consideration of Motion of the Plan Committee for an Order Substituting the Plan Committee for the Official Committee, or in the Alternative, to Intervene in Adversary Proceeding dated February 1, 2006 [04-1494 Docket No. 54].

### District Court Civil Action 05-209

- Designation of Additional Items to be Included in the Record and Reformulation of Statement of Issues on Appeal dated April 11, 2005 [05-209 Docket No. 4]; and

- Brief of Appellee, the Plan Committee in opposition to Appellants dated August 8, 2005 [05-209 Docket No. 15].

---

[5] By order of the Bankruptcy Court dated July 1, 2005 [05-50866 Bankr. Docket No. 11], the Motion of the Plan Committee to Intervene in Adversary Proceeding was granted.