UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1494-JJF |
| v. | : : | |
| NORTHWESTERN CORPORATION, | : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON & ERNIE J. KINDT, | : : | |
| Defendants. | : | |

### SUPPLEMENTAL AFFIDAVIT OF JOSEPH D. PIZZURRO

State of New York  )
                              ) ss:
County of New York  )

Joseph D. Pizzurro, Esq., being duly sworn, deposes and says:

1. I am a member of the firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for defendant NorthWestern Corporation ("NorthWestern") in the above-captioned action styled *Magten Asset Management Corp. et al. v. NorthWestern Corp.*, C.A. 04-1494-JJF

(the "Magten/NorthWestern Action").  I submit this Supplemental Affidavit in further support of NorthWestern's motion, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a Protective Order limiting discovery sought by Plaintiffs Magten Asset Management Corp. and Law Debenture Trust Company of New York in connection with the Magten/NorthWestern Action and the other above-captioned actions.

2. Attached hereto as Exhibit A is a true and correct copy of the Indenture, dated November 1, 1996, between The Montana Power Company and The Bank of New York.

Dated: New York, New York
February 21, 2006

_____
Joseph D. Pizzurro

Subscribed and sworn to before me this 21st day of February, 2006

_____
Lynn M. Mooney
Notary Public, State of New York
My Commission Expires 06-30-07

LYNN M. MOONEY
Notary Public, State of New York
No. 41-4841073
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 20_07_

2721439v1

2