IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 04-1494-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Defendant, Northwestern Corporation, and on the 21st day of February, 2006, caused copies of the following documents to be served via Electronic Mail upon the addresses listed below. I also hereby certify that on the 22nd day of February, 2006, the aforementioned documents were served on attached Service List via First Class, United States Mail.

- Reply Memorandum of Law in Further Support of Motion for Protective Order [Docket No. 72];
- Notice of Completion of Briefing and Request for Oral Argument [Docket No. 73]

dube@blankrome.com
steinbo@friedfrank.com
brewejo@friedfrank.com
kaplaga@friedfrank.com
nadrijo@ffhsj.com
joanna.palacios@ffhsj.com
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com
bamini@samlegal.com
asamet@samlegal.com
kmm@skfdelaware.com
daj@skfdelaware.com
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

dennis.glazer@dpw.com
paul.spagnoletti@dpw.com
stan@bkbh.com
kim@bkbh.com
dkraft@edwardsangell.com
battista@blankrome.com
esutty@bayardfirm.com
nglassman@bayardfirm.com
cdavis@bayardfirm.com
akornberg@paulweiss.com
mphillips@paulweiss.com
ediamond@paulweiss.com

Dated: February 20, 2006

_____
Victoria Watson Counihan (DE No. 3488)
Dennis A. Meloro (DE No. 4435)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
(302) 661-7000

Counsel for Defendant, Northwestern Corporation

Elio Batista, Esq.
Dale Dube, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington DE 19801
((Magten)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North market Street
Wilmington DE 19801
(PHJW)

Bijon Amini
Avery Samet
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017-2131
(Magten re case no. 04-1256)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Dennis E. Glazer
Paul Spagnoletti
Davis Polk & Wardwell
450 Lexington Avenue, Room 3004
New York, NY 10017
(PHJW)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Joanna Palacios, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(M Hanson/E Kindt)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
(M Hanson/E Kindt)

Steven J. Reisman
Joseph D. Pizzurro
Nancy E. Delaney
Miriam Harwood
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
(Northwestern)

David Jenkins, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Magten re case no. 04-1256)

Neil Glassman, Esq.
Charlene Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington DE 19801
(NW Plan Committee)

Alan Kornberg, Esq.
Margaret Phillips, Esq.
Ephraim Diamond, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York NY 10019
(NW Plan Committee)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1210 Market Street
Wilmington DE 19801
(PHJW)