**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : | |
| Plaintiffs, | : : | |
| v. | : | C.A. No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : | |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : | C.A. No. 04-1256-JJF |
| PAUL HASTINGS JANOFSKY & WALKER, LLP, | : : : | |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | : : | |
| Plaintiff, | : : | |
| v. | : | C.A. No. 05-0499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : | |
| Defendants. | : : | |

## ORDER

AND NOW, having considered Magten Asset Management Corporation's request for

relief from Local Rule 30.2 due to the change of circumstance outlined in its letter of June 5,

2006 with respect to the pending sale of NorthWestern Corporation to Babcock & Brown Infrastructure Ltd.;

IT IS HEREBY ORDERED that the stay of discovery pursuant to Local Rule 30.2 is hereby lifted and the parties are directed to proceed with discovery in the captioned cases, pending the Court's final determination on the various motions of the defendants for protective orders.

ENTERED THIS ____ DAY OF JUNE, 2006.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

2