UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN CORPORATION,<br><br>　　　　　Defendant. | : : : : : : : : : : : : | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL HASTINGS JANOFSKY & WALKER, LLP,<br><br>　　　　　Defendant. | : : : : : : : : : : : : | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>　　　　　Defendants. | : : : : : : : : : : : : | C.A. No. 05-0499-JJF |

**AFFIDAVIT OF SERVICE**

I hereby certify that on June 6, 2006, a true and correct copy of the *Letter from Joseph D. Pizzurro, Esq. on behalf of Northwestern Corporation to the Honorable Joseph J. Farnan, Jr.,*

*dated June 6, 2006,* was served upon the parties on the attached list in the manner indicated thereon:

Sworn to before me this
6th day of June 2006

/s/ James V. Drew
  Notary Public

**JAMES V. DREW**
**Notary Public, State of New York**
**No. 02DR6079092**
**Qualified in Kings County**
**Commission Expires August 12, 2006**

                                                        /s/ Virginia Guzman
                                                        **Virginia Guzman**

**SERVICE LIST**

Gary L. Kaplan
Bonnie Steingart
John W. Brewer
Jordanna L. Nadritch
Joanna Palacios
Fried, Frank, Harris, Shriver &
 Jacobson LLP
By Email:
kaplaga@friedfrank.com
steinbo@friedfrank.com
brewejo@friedfrank.com
nadrijo@friedfrank.com
joanna.palacios@friedfrank.com

Kathleen M. Miller
David A. Jenkins
Smith, Katzenstein & Furlow LLP
By Email:
daj@skfdelaware.com
kmiller@skfdelaware.com

Bijan Amini
Avery Samet
Storch, Amini & Munves PC
By Email:
bamini@samlegal.com
asamet@samlegal.com

Dale Dube
Elio Battista, Jr.
Blank Rome LLP
By Email:
dube@blankrome.com
battista@blankrome.com

Neil B. Glassman
Charlene D. Davis
The Bayard Firm
By E-Mail:
nglassman@bayardfirm.com
cdavis@bayardfirm.com

Adam G. Landis
Landis Rath & Cobb LLP
By E-Mail:
landis@lrclaw.com

Robert J. Dehney
Curtis S. Miller
Morris, Nichols, Arsht & Tunnell
By E-Mail:
rdehney@mnat.com
cmiller@mnat.com

David L. Finger
Finger & Slanina LLC
By E-Mail:
dfinger@delawgroup.com

| | |
|---|---|
| Karol K. Denniston<br>Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky &<br>  Walker LLP<br>By E-Mail:<br>karoldenniston@paulhastings.com<br>jessaustin@paulhastings.com | Amanda Darwin<br>John V. Snellings<br>Nixon Peabody LLP<br>By E-Mail:<br>adarwin@nixonpeabody.com<br>jsnellings@nixonpeabody.com |
| Alan W. Kornberg<br>Kelley A. Cornish<br>Margaret Phillips<br>Paul, Weiss, Rifkind, Wharton<br>  & Garrison LLP<br>By E-Mail:<br>akornberg@paulweiss.com<br>kcornish@paulweiss.com<br>mphillips@paulweiss.com | Stanley T. Kaleczyc<br>Kimberly Beatty<br>Browning, Kaleczyc, Berry &<br>  Hoven, P.C.<br>By E-Mail:<br>stan@bkbh.com<br>kim@bkbh.com |
| Denise Seastone Kraft<br>Edwards & Angell<br>By E-Mail:<br>dkraft@edwardsangell.com | Victoria W. Counihan<br>Dennis A. Meloro<br>Greenberg Traurig LLP<br>By E-Mail:<br>counihanv@gtlaw.com<br>melorod@gtlaw.com |
| Paul Spagnoletti<br>Dennis E. Glazer<br>Davis Polk & Wardwell<br>By E-Mail:<br>paul.spagnoletti@dpw.com<br>dennis.glazer@dpw.com | |