IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| NORTHWESTERN CORPORATION, | : Chapter 11 |
| Reorganized Debtor | : Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK | : |
| Plaintiffs, | : Adversary No. 04-53324 |
| v. | : Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION | : |
| Defendant. | : |

**ORDER**

At Wilmington, this 29 day of September 2006, for the reasons set forth in the Memorandum Opinion to be issued at a later date;

IT IS HEREBY ORDERED that the Motion Of The Plan Committee For An Order Substituting The Plan Committee For The Official Committee, Or In The Alternative, To Intervene In Adversary Proceeding (D.I. 53) is **DENIED**.

*[Signature]*
UNITED STATES DISTRICT JUDGE