IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| NORTHWESTERN CORPORATION, | : Chapter 11 |
| Reorganized Debtor | : Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK | : |
| Plaintiffs, | : Adversary No. 04-53324 |
| v. | : Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION | : |
| Defendant. | : |

**ORDER**

WHEREAS, on February 2, 2006, the Plan Committee filed a Motion For Expedited Consideration Of The Motion Of The Plan Committee For An Order Substituting The Plan Committee For The Official Committee, Or In The Alternative, To Intervene In Adversary Proceeding (D.I. 54);

WHEREAS, on September 29, 2006, the Court entered an Order (D.I. 84) denying the Motion Of The Plan Committee For An Order Substituting The Plan Committee For The Official Committee, Or In The Alternative, To Intervene In Adversary Proceeding;

NOW THEREFORE IT IS HEREBY ORDERED that the Motion For Expedited Consideration (D.I. 54) is **DENIED** as moot.

September 29, 2006

_____
UNITED STATES DISTRICT JUDGE