

Phone:   (302) 425-6467
Fax:     (302) 425-6464
Email:   dube@blankrome.com

October 3, 2006

**VIA CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: • *Magten Asset Management Corp. and Law Debenture Trust Co. v. Northwestern Corp.*; C.A. No. 04-1494-JJF; and
> • *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; C.A. No. 05-0499-JJF

Your Honor:

We write on behalf of Magten Asset Management Corporation and Law Debenture Trust Company of New York, the Plaintiffs in the above-captioned actions. On September 29, 2006, the Court entered its Orders denying Northwestern's Motions for Protective Orders (D.I. 86 in 04-1494; D.I. 115 in 05-499). Accordingly, Plaintiffs plan to proceed with discovery, including the discovery previously stayed by operation of Local Rule 30.2.

Because many of the dates originally proposed for the scheduling orders have been overtaken during consideration of these motions, Plaintiffs respectfully request that the Court schedule a conference in order to set or reset dates, as applicable, for finalizing a scheduling order in the above cases. We will, of course, seek to discuss suggested dates with the other parties in advance of the requested conference.

Counsel is available by telephone, should the Court have any questions.

Respectfully submitted,

Dale Dubé

Dale R. Dubé
I.D. No. 2863

- and -



The Honorable Joseph J. Farnan, Jr.
October 3, 2006
Page 2

                                     Bonnie Steingart
                                     FRIED, FRANK, HARRIS, SHRIVER &
                                     JACOBSON LLP
                                     One New York Plaza
                                     New York, NY 10004

**DRD/pb**
cc:    Clerk of Court (via hand delivery)
        John E. James, Esquire (courtesy copy, via hand delivery)
        Bijan Amini, Esquire  (via e-mail and Federal Express)
        Jesse H. Austin, III, Esquire  (via e-mail and Federal Express)
        Kimberly A. Beatty, Esquire  (via e-mail and Federal Express)
        Philip Bentley, Esquire  (via e-mail and Federal Express)
        John W. Brewer, Esquire
        Rebecca L. Butcher, Esquire (via e-mail and hand delivery)
        Brenda Cooke, Esquire
        Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
        Amanda Darwin, Esquire  (via e-mail and Federal Express)
        Robert J. Dehney, Esquire  (via e-mail and hand delivery)
        Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
        Karol K. Denniston, Esquire  (via e-mail and Federal Express)
        Bonnie Glantz Fatell, Esquire
        Dennis E. Glazer, Esquire  (via e-mail and Federal Express)
        Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
        David A. Jenkins, Esquire  (via e-mail and hand delivery)
        Stanley T. Kaleczyc, Esquire (via e-mail and Federal Express)
        Gary L. Kaplan, Esquire
        Denise Seastone Kraft, Esquire (via e-mail and hand delivery)
        Adam G. Landis, Esquire (via e-mail and hand delivery)
        Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
        Curtis S. Miller, Esquire  (via e-mail and hand delivery)
        Kathleen M. Miller, Esquire  (via e-mail and hand delivery)
        Kerri K. Mumford, Esquire (via e-mail and hand delivery)
        Jordanna L. Nadritch, Esquire
        Joanna I. Palacios, Esquire



The Honorable Joseph J. Farnan, Jr.
October 3, 2006
Page 3

      Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
      Steven J. Reisman, Esquire  (via e-mail and Federal Express)
      Avery Samet, Esquire  (via e-mail and Federal Express)
      John V. Snellings, Esquire  (via e-mail and Federal Express)
      Paul Spagnoletti, Esquire  (via e-mail and Federal Express)
      Matthew J. Williams, Esquire  (via e-mail and Federal Express)