UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>           Plaintiffs,<br><br>    v.<br><br>NORTHWESTERN CORPORATION,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 04-1494-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant, and that on the 27th of October 2006, I caused to be served copies of *Defendant Northwestern Corporation's Responses and Objections To Plaintiffs' First Request For Production Of Documents* upon the parties on the attached service list via Hand Delivery upon Local Counsel and via First Class, United States Mail upon the remaining parties and via Electronic Mail to the addresses below.

| | |
|---|---|
| dube@blankrome.com | steinbo@friedfrank.com |
| brewejo@friedfrank.com | kaplaga@friedfrank.com |
| nadrijo@ffhsj.com | joanna.palacios@ffhsj.com |
| jsnellings@nixonpeabody.com | adarwin@nixonpeabody.com |
| bamini@samlegal.com | asamet@samlegal.com |
| kmm@skfdelaware.com | daj@skfdelaware.com |
| sreisman@cm-p.com | jpizzurro@cm-p.com |
| ndelaney@cm-p.com | mharwood@cm-p.com |
| dennis.glazer@dpw.com | paul.spagnoletti@dpw.com |
| stan@bkbh.com | kim@bkbh.com |
| dkraft@edwardsangell.com | battista@blankrome.com |

Date: October 27, 2006

GREENBERG TRAURIG, LLP

_____
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000

\\ATL-SRV02\367879v01