## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and<br>LAW DEBENTURE TRUST COMPANY OF NY,<br>Plaintiffs,<br>v.<br>NORTHWESTERN CORPORATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br>Plaintiff,<br>v.<br>PAUL HASTINGS JANOFSKY & WALKER, LLP,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP.,<br>Plaintiff,<br>v.<br>MICHAEL J. HANSON, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-CV-499 JJF |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on November 9, 2006, a subpoena in the form attached hereto at Tab 1 was served upon PricewaterhouseCoopers LLP, 1300 SW Fifth Avenue, Suite 3100, Portland, Oregon 97201 by leaving a copy of the subpoena with its agent Kristy Jackson.

BLANK ROME LLP

Dale R. Dubé (DE No. 2863)
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

- and -

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:   (212) 859-4000

Dated:  November 21, 20006

Counsel for Magten Asset Management
Corporation

2