IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., and ) <br> LAW DEBENTURE TRUST COMPANY OF NY, ) <br>       Plaintiffs, ) <br>     v. ) <br> NORTHWESTERN CORPORATION, ) <br>       Defendant. ) <br> _____) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., ) <br>       Plaintiff, ) <br>     v. ) <br> PAUL HASTINGS JANOFSKY & WALKER LLP,) <br>       Defendant. ) <br> _____) | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP., ) <br>       Plaintiff, ) <br>     v. ) <br> MICHAEL J. HANSON, *et al.*, ) <br>       Defendants. ) <br> _____) | C.A. No. 05-CV-499 JJF |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that on January 31, 2006, a subpoena in the form attached hereto at Tab 1 was served upon Deloitte & Touche LLP, 120 South 6th Street, Suite 400, Minneapolis, MN 55402, by handing to and leaving a copy of the subpoena with Patrick Prunty, Partner.

SMITH, KATZENSTEIN & FURLOW, LLP

_____
David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405

-And-

10020094.WPD

> Bijan Amini, Esq.
> Storch Amini & Munves PC
> 2 Grand Central Tower
> 140 East 45th Street, 25th Floor
> New York, NY 10017
>
> *Attorneys for Magten Asset Management Corporation*

Dated: November 30, 2006