IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., and ) <br> LAW DEBENTURE TRUST COMPANY OF NY, ) <br> Plaintiffs, ) <br> v. ) <br> NORTHWESTERN CORPORATION, ) <br> Defendant. ) <br> _____ ) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., ) <br> Plaintiff, ) <br> v. ) <br> PAUL HASTINGS JANOFSKY & WALKER LLP,) <br> Defendant. ) <br> _____ ) | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP., ) <br> Plaintiff, ) <br> v. ) <br> MICHAEL J. HANSON, et al., ) <br> Defendants. ) <br> _____ ) | C.A. No. 05-CV-499 JJF |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on January 31, 2006, a subpoena in the form attached hereto at Tab 1 was served upon Houlihan Lokey Howard & Zukin Financial Advisors, 225 South 6th Street, #4950, Minneapolis, MN 55402, by handing to and leaving a copy of the subpoena with Luke Beltnick, Associate.

SMITH, KATZENSTEIN & FURLOW, LLP

David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405

-And-

10020095.WPD

> Bijan Amini, Esq.
> Storch Amini & Munves PC
> 2 Grand Central Tower
> 140 East 45th Street, 25th Floor
> New York, NY 10017
>
> *Attorneys for Magten Asset Management Corporation*

Dated: November 30, 2006