# **<u>Exhibit B</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT CORPORATION
and LAW DEBENTURE TRUST COMPANY OF NEW
YORK,

    Plaintiffs,       :    C.A. No. 04-1494-JJF

    v.

NORTHWESTERN CORPORATION,

    Defendant.

---

MAGTEN ASSET MANAGEMENT CORPORATION,

    Plaintiff,

    v.

PAUL HASTINGS JANOFSKY & WALKER LLP,  :    C.A. No. 04-1256-JJF

    Defendant.

---

MAGTEN ASSET MANAGEMENT CORPORATION,

    Plaintiff,

    v.         :    C.A. No. 05-0499-JJF

MIKE J. HANSON & ERNIE J. KINDT,

    Defendants.

---

**DEFENDANT NORTHWESTERN CORPORATION'S
MOTION FOR A PROTECTIVE ORDER**

    NorthWestern Corporation ("NorthWestern"), defendant in the above-captioned

action styled *Magten Asset Management Corp. et al. v. NorthWestern Corp.*, C.A. 04-1494-JJF,

by and through its counsel, Greenberg Traurig, LLP and Curtis, Mallet-Prevost, Colt & Mosle

LLP, hereby moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a

Protective Order limiting discovery in connection with the above-captioned actions, for the

reasons set forth in NorthWestern's Memorandum of Law and accompanying Affidavit of Joseph

D. Pizzurro, both filed contemporaneously herewith.

Dated: Wilmington, Delaware
   February 2, 2006

         **GREENBERG TRAURIG, LLP**

        By :  /s/ Victoria W. Counihan
           Victoria Counihan (No. 3488)
           Dennis Meloro (No. 4435)
           The Nemours Building
           1007 North Orange Street
           Suite 1200
           Wilmington, Delaware 19801
           Tel: (302) 661-7000
           Fax: (302) 661-7360

           -and-

       **CURTIS, MALLET-PREVOST,
        COLT & MOSLE LLP**

         Joseph D. Pizzuro, Esq.
         Steven J. Reisman, Esq.
         Nancy E. Delaney, Esq.
         Miriam K. Harwood, Esq.
         101 Park Avenue
         New York, New York  10178-0061
         Tel: (212) 696-6000
         Fax: (212) 697-1559

         *Counsel for Defendant
         NorthWestern Corporation*