# Greenberg Traurig

December 20, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Magten Asset Management Corp. and Law Debenture Trust Co. v. NorthWestern Corp.*; C.A. No. 04-1494-JJF;
*Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt;* C.A. No. 05-0499-JJF; and
*Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker, LLP* C.A. No. 04-1256-JJF.

Dear Judge Farnan:

We are in receipt of Ms. Dubé's letter to you of December 19, 2006, in the above referenced actions, as well her letter to Mr. James of like date. While plaintiffs attempt to create an issue regarding the appointment of a Special Master, we note that defendant NorthWestern Corp. has not opposed, and does not oppose, the appointment of a Special Master in these cases.

The issue was raised during a meet and confer telephone conference with counsel for plaintiffs on November 20, 2006. At that time, we noted that Your Honor's Rule 16 Scheduling Order of November 3, 2006 states, in paragraph 3(g), that "Any discovery dispute shall be submitted to the Court . . .". and that therefore it was unclear whether the Court intends to appoint a Special Master in these actions. We also raised the issue of apportionment of the costs associated with the appointment of a Special Master and made clear that we needed agreement that the plaintiffs would bear half of these expenses. These discussions went no further because at that time we understood that plaintiffs' counsel undertook to contact the Court to resolve the ambiguity created by the Order. Apparently counsel never did so.

We intend to respond to plaintiffs' Rule 37 Motion, which is entirely without merit, in due course.

Respectfully submitted,

Victoria W. Counihan (No. 3488)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com

3324347v1

cc:   Clerk of Court (Via CM/ECF and Hand Delivery)
      Dale R. Dube, Esq. (Via Electronic Mail and Hand Delivery)
      Bonnie Steingart, Esq. (Via Electronic Mail and U.S. Mail)
      Gary L. Kaplan, Esq. (Via Electronic Mail and U.S. Mail)
      Kathleen M. Miller, Esq. (Via Electronic Mail and Hand Delivery)
      Bijan Amini, Esq. (Via Electronic Mail and U.S. Mail)
      Amanda Darwin, Esq. (Via Electronic Mail and U.S. Mail)
      John V. Snellings, Esq. (Via Electronic Mail and U.S. Mail)
      Stanley T. Kaleczyc, Esq. (Via Electronic Mail and U.S. Mail)
      Kimberly Beatty, Esq. (Via Electronic Mail and U.S. Mail)
      Denise Seastone Kraft, Esq. (Via Electronic Mail and Hand Delivery)
      Paul Spagnoletti, Esq. (Via Electronic Mail and U.S. Mail)
      Joseph D. Pizzurro, Esq. (Via Electronic Mail and U.S. Mail)
      Steven J. Reisman, Esq. (Via Electronic Mail and U.S. Mail)
      David A. Jenkins, Esq. (Via Electronic Mail and Hand Delivery)
      Robert J. Dehney, Esq. (Via Electronic Mail and Hand Delivery)
      Curtis S. Miller, Esq. (Via Electronic Mail and Hand Delivery)
      Jesse H. Austin, III, Esq. (Via Electronic Mail and U.S. Mail)
      Karol K. Denniston, Esq. (Via Electronic Mail and U.S. Mail)
      Kerri K. Mumford, Esq. (Via Electronic Mail and Hand Delivery)
      Philip Bentley, Esq. (Via Electronic Mail and U.S. Mail)
      Bonnie Fatell, Esq. (Via Electronic Mail and Hand Delivery)
      John E. James, Esq. (Via Electronic Mail and Hand Delivery)
      John W. Brewer, Esq. (Via Electronic Mail and U.S. Mail)
      Rebecca Butcher, Esq. (Via Electronic Mail and Hand Delivery)
      Nancy Delaney, Esq. (Via Electronic Mail and U.S. Mail)
      Dennis E. Glazer, Esq. (Via Electronic Mail and U.S. Mail)
      Adam G. Landis, Esq. (Via Electronic Mail and Hand Delivery)
      Avery Samet, Esq. (Via Electronic Mail and U.S. Mail)
      Bradley Silverman, Esq. (Via Electronic Mail and U.S. Mail)
      Matthew Williams, Esq. (Via Electronic Mail and U.S. Mail)