IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MIKE J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | Civil Action No. 05-499-JJF |
| MAGTEN ASSET MANAGEMENT CORP Suing individually and derivatively on behalf of CLARK FORK and BLACKFOOT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HASTINGS JANOFSKY & WALKER LLP, <br><br> Defendant. | Civil Action No. 04-1256-JJF |

UPON the Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York (the "Plaintiffs") to Compel the Production of Documents and For Expenses (the "Motion"); and the Plaintiffs having filed supporting memoranda and other papers; and defendants NorthWestern Corporation, Michael J. Hanson and Ernie J. Kindt (the

"NorthWestern Defendants") having filed responsive memoranda and other papers in opposition to the Motion; and the Court being of the opinion that the Motion should be denied, it is hereby

ORDERED that the Motion is DENIED; and it is further

ORDERED that the Plaintiffs and their attorneys in this action shall pay monetary sanctions in the amount of $_____ to the NorthWestern Defendants for their expenses, including reasonable attorneys' fees incurred in responding to the Motion; and it is further

ORDERED that, pursuant to the Court's Rule 16 Scheduling Order [Docket No. 94], Plaintiffs shall be permitted to submit one more Rule 37 motion during the course of discovery in the above captioned actions.


Dated: January __, 2007

                                              _____
                                              Honorable Joseph J. Farnan, Jr.
                                              United States District Judge