Dale Dube, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington DE 19801
((Magten)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North market Street
Wilmington DE 19801
(PHJW)

Bijon Amini, Esq.
Avery Samet, Esq.
Brad Silverman, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017-2131
(Magten re case no. 04-1256)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Dennis E. Glazer
Paul Spagnoletti
Davis Polk & Wardwell
450 Lexington Avenue, Room 3004
New York, NY 10017
(PHJW)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Joanna Palacios, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(M Hanson/E Kindt)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
(M Hanson/E Kindt)

Steven J. Reisman
Joseph D. Pizzurro
Nancy E. Delaney
Miriam Harwood
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
(Northwestern)

David Jenkins, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE  19801
(Magten re case no. 04-1256)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1210 Market Street
Wilmington DE 19801
(PHJW)

Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington DE 19801
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)

Jesse H. Austin, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Road, N.E.
Atlanta, GA 30308
(PHJW)

John E. James, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19801
(Special Master)

Philip Bentley, Esquire
Matt Williams, Esq.
Rebecca Butcher, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
   (Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)