UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT CORPORATION
and LAW DEBENTURE TRUST COMPANY OF NEW YORK,

            Plaintiffs,

v.

NORTHWESTERN CORPORATION,

           Defendant.

C.A. No. 04-1494-JJF

## NOTICE OF SERVICE OF DISCOVERY

    I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Defendant, and that on the 22nd of January 2007, I caused to be served copies of *Defendant Northwestern Corporation's Responses And Objections To Plaintiffs' Second Request For Production Of Documents* upon the parties on the attached service list via Hand Delivery upon Local Counsel and via First Class, United States Mail upon the remaining parties and via Electronic Mail to the addresses below.

dube@blankrome.com
brewejo@friedfrank.com
nadrijo@ffhsj.com
jsnellings@nixonpeabody.com
bamini@samlegal.com
kmm@skfdelaware.com
sreisman@cm-p.com
ndelaney@cm-p.com
dennis.glazer@dpw.com
stan@bkbh.com
dkraft@edwardsangell.com
bsilverman@samlegal.com
jessaustin@paulhastings.com
mwilliams@kramerlevin.com
rdehney@mnat.com

steinbo@friedfrank.com
kaplaga@friedfrank.com
joanna.palacios@ffhsj.com
adarwin@nixonpeabody.com
asamet@samlegal.com
daj@skfdelaware.com
jpizzurro@cm-p.com
mharwood@cm-p.com
paul.spagnoletti@dpw.com
kim@bkbh.com
cmiller@mnat.com
landis@lrclaw.com
mumford@lrclaw.com
pbentley@kramerlevin.com

Date: January 22, 2007

GREENBERG TRAURIG, LLP

Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000

\\ATL-SRV02\367879v01

Dale Dube, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington DE 19801
((Magten)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Joanna Palacios, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 North market Street
Wilmington DE 19801
(PHJW)

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street
15th Floor
Wilmington, DE 19801
(M Hanson/E Kindt)

Bijon Amini, Esq.
Avery Samet, Esq.
Brad Silverman, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017-2131
(Magten re case no. 04-1256)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
(M Hanson/E Kindt)

Dennis E. Glazer
Paul Spagnoletti
Davis Polk & Wardwell
450 Lexington Avenue, Room 3004
New York, NY 10017
(PHJW)

Steven J. Reisman
Joseph D. Pizzurro
Nancy E. Delaney
Miriam Harwood
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
(Northwestern)

David Jenkins, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Magten re case no. 04-1256)

Robert Dehney, Esq.
Curtis Miller, Esq.
Morris Nichols Arsht & Tunnell LLP
1210 Market Street
Wilmington DE 19801
(PHJW)

Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington DE 19801
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)

Jesse H. Austin, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Road, N.E.
Atlanta, GA 30308
(PHJW)

Philip Bentley, Esquire
Matt Williams, Esq.
Rebecca Butcher, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
   (Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)