IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and ) <br> LAW DEBENTURE TRUST COMPANY OF NY, ) <br> Plaintiffs, ) <br> v. ) <br> NORTHWESTERN CORPORATION, ) <br> Defendant. ) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., ) <br> Plaintiff, ) <br> v. ) <br> MICHAEL J. HANSON, *et al.*, ) <br> Defendants. ) | C.A. No. 05-CV-499 JJF |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on January 25, 2007, a subpoena in the form attached hereto at Tab 1 was served upon Paul Hastings Janofsky & Walker LLP, 75 East 55th Street, 1st Floor, New York, NY 10022, by leaving a copy of the subpoena with its agent Ira Sampson.

BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (DE No. 2863)
Bonnie G. Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:   (302) 425-6464

- and -

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile:  (212) 859-4000

Dated: January 26, 20007

Counsel for Magten Asset Management
Corporation

120087.01600/40166833v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2007, I served by hand delivery and filed electronically the attached NOTICE OF SERVICE OF SUBPOENA using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

David A. Jenkins, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 26th day of January, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following non-registered participants:

Jesse H. Austin, III, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Bijan Amini, Esquire
Avery Samet, Esquire
Bradley F. Silverman, Esquire
STORCH AMINI & MUNVES PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue, Room 3004
New York, NY 10017

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-1832

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

_____
Dale R. Dubé (I.D. No. 2863)

2