IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, Plaintiffs, v. NORTHWESTERN CORPORATION Defendant. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, Plaintiffs, v. PAUL HASTINGS JANOFSKY & WALKER, LLP, Defendant. | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, Plaintiffs, v. MIKE J. HANSON and ERNIE J. KINDT, Defendants. | C.A. No. 05-0499-JJF |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Kathleen M. Miller, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, moves the admission *pro hac vice* of Christopher Desiderio, Esquire of the firm Nixon Peabody LLP, 437 Madison Avenue, New York, NY 10022 to represent Law Debenture Trust Company of New York in this action. The Admittee is

{04168}

admitted, practicing and in good standing in the Bars of New York, and Connecticut. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                Kathleen M. Miller (I.D. No. 2898)
                                                SMITH, KATZENSTEIN & FURLOW, LLP
                                                800 Delaware Avenue, 10th Floor
                                                P.O. Box 410
                                                Wilmington, DE 19899
                                                Telephone:   (302) 652-8400
                                                Facsimile:    (302) 652-8405

Date:  April 9, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                                United States District Judge

Date: _____

104168

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022-7001
Tel: (212) 940-3000
Fax: (212) 940-3111

W34361.1