UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1494-JJF<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DISCOVERY**

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the NorthWestern Corporation, and that on the 13th of April 2007, I caused to be served copies of following upon the parties on the attached service list via (i) Electronic Mail upon all parties, (ii) Hand Delivery upon Local Counsel and (iii) First Class, United States Mail upon the remaining parties.

- *RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF INTERROGATORIES*
- *RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS*

Date: April 13, 2007

GREENBERG TRAURIG, LLP

Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000

\\ATL-SRV02\367879v01

Dale Dube, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801
(Magten)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
(M Hanson/E Kindt)

Philip Bentley, Esquire
Matt Williams, Esq.
Rebecca Butcher, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)

John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624
(M Hanson/E Kindt)

Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb
919 Market Street, Suite 600
Wilmington DE 19801
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)