## Exhibit A

### Designated Documents

| | |
|---|---|
| NOR 371624-372806 | NOR 063216-7 |
| NOR 413446-413500 | NOR 067845-86 |
| NOR 414057-414114 | NOR 072813-14 |
| NOR 053296-97 | NOR 072815-16 |
| NOR 066670-71 | NOR 073773-74 |
| NOR 075185-86 | NOR 076260-61 |
| NOR 086411-12 | NOR 077858-59 |
| NOR 086481-501 | NOR 081375-76 |
| NOR 088303-05 | NOR 088910-11 |
| NOR 121152-73 | NOR 092308-09 |
| NOR 131455 | NOR 087633-34 |
| NOR 135865-67 | NOR 117952-953 |
| NOR 142061 | NOR 119158-9 |
| NOR 149263-64 | NOR 124686-87 |
| NOR 160675-76 | NOR 160675-76 |
| NOR 173136-38 | NOR 366792-809 |
| NOR 184691-94 | NOR 367014-041 |
| NOR 184858-59 | NOR 367140-151 |
| NOR 185818-820 | NOR 368029-037 |
| NOR 187057-058 | NOR 368234-261 |
| NOR 192884-893 | NOR 368363-70 |
| NOR 193851-53 | NOR 405402-03 |
| NOR 240045-46 | NOR 405928-930 |
| NOR 265143 | NOR 406074-075 |
| NOR 275785 | NOR 406175-180 |
| NOR 371624-2806 | NOR 406416-55 |
| NOR 374782-92 | NOR 458032-035 |
| NOR 374829-5523 | NOR 469466 |
| NOR 411358-1450 | NOR 479145-146 |
| NOR 413446-500 | NOR 481065-066 |
| NOR 414057-114 | NOR 374460-374530 |
| NOR 441828-32 | NOR 067847-067849 |
| NOR 452810-11 | NOR 086481-086559 |
| NOR 452812 | NOR 367071-367073 |
| NOR 452820 | NOR 367124-367130 |
| NOR 458221-26 | NOR 368038-368101 |
| NOR 459119-20 | NOR 405532-405536 |
| NOR 458213-215 | NOR 405683-405684 |
| NOR 463654 | NOR 405703 |
| NOR 481063-64 | NOR 405713-405718 |
| NOR 481065-66 | NOR 405789-405791 |
| NOR 481073 | NOR 405850-405851 |
| NOR 482791-93 | NOR 405857-405859 |

3580481v1

-2-

NOR 405920-405923
NOR 317953-317970
NOR 317980-317984
NOR 365676-365677
NOR 367925-367929
NOR 352700-352711
NOR 352712-352713
NOR 352714-352722
NOR 405298-405308
NOR 406097-406099
NOR 406065-406066
NOR 406103-406104
NOR 406165-406169
NOR 406170-406174
NOR 406759-406797
NOR 440103-440107