# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT<br>CORPORATION and LAW DEBENTURE<br>TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1494 (JJF) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-499 (JJF) |

## (PROPOSED) ORDER

AND NOW upon the Joint Motion of Defendants NorthWestern Corporation ("NorthWestern"), Michael J. Hanson and Ernie J. Kindt (collectively the "Defendants") for the entry of a Protective Order, pursuant to the Fed. R. Civ. P. 26(c) and Local Rule 30.2;

IT IS HEREBY ORDERED THAT:

1.     Plaintiffs shall take the depositions of the Defendants, and any other directors, officers or employees of NorthWestern, only in Sioux Falls, South Dakota; and

2.     Neither the Defendants nor any director, officer or employee of NorthWestern shall be required to be deposed on more than one day.

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.
U.S.D.J.