# EXHIBIT A

Case 1:04-cv-01494-JJF     Document 154-2     Filed 04/20/2007     Page 1 of 2

## CERTIFICATION PURSUANT TO DELAWARE LOCAL RULE 7.1.1

The undersigned counsel hereby certifies, pursuant to Delaware Local Rule 7.1.1, that counsel for the parties have engaged in multiple communications (as outlined in the Motion and evidenced in the Exhibits appended to the Declaration of Bonnie Steingart, filed concurrently herewith) in attempts to resolve the matters outlined in the Motion, to no avail.

Dated: April 20, 2007

_Dale R. Dubé_
Dale R. Dubé (DE No. 2863)