# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : | |
| Defendant. | : | |
| MAGTEN ASSET MANAGEMENT CORP., Plaintiff, | : : : | |
| v. | : : | Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : | |
| Defendants. | : : | |

### ORDER GRANTING MOTION OF MAGTEN ASSET MANAGEMENT CORPORATION FOR A PROTECTIVE ORDER WITH RESPECT TO THE DEPOSITION OF TALTON R. EMBRY

Upon consideration of the motion for a protective order (the "Motion") of Plaintiff

Magten Asset Management Corporation ("Magten") for the entry of a protective order, pursuant

to Rule 26(c) of the Federal Rules of Civil Procedure and Delaware Local Rule 30.2, relieving

Magten's principal and Managing Director, Talton R. Embry, from appearing for a deposition on

April 23, 2007, pursuant to that notice of deposition issued by or on behalf of counsel for Mike J.

Hanson and Ernie J. Kindt on April 11, 2007;

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED and any objections thereto are overruled;

2.    Mr. Embry is not required to appear to be deposed on April 23, 2007;

3.    Mr. Embry is not required to appear for deposition on more than one day, either individually or on behalf of Magten;

4.    Counsel for NorthWestern Corporation and counsel for Messrs. Mike J. Hanson and Ernie J. Kindt will cooperate to reschedule Mr. Embry's deposition at a time and place that is convenient for all parties;

5.    This Order shall take effect immediately upon entry; and

6.    The Court retains jurisdiction to hear and determine all matters arising from implementation of this order.


SO ORDERED this _____ day of _____, 2007.


_____