# EXHIBIT 1

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT   MUSCAT
HOUSTON   PARIS
LONDON   STAMFORD
MEXICO CITY   WASHINGTON, D.C.
MILAN

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: 212-696-6939

April 3, 2007

## VIA EMAIL

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

> Re:   *Magten Asset Management Corp. and Law*
> *Debenture Trust Co. v. NorthWestern Corp.*;
> C.A. No. 04-1494-JJF

Dear Bonnie:

Following up on our telephone conversation of today regarding grouping depositions in cities to minimize travel and expense, we discussed the following schedule for the party depositions you have indicated you may be taking and the third parties who have been subpoenaed:

| Atlanta | April 12, 2007 | Kipp Orme |
|---|---|---|
| Minneapolis | April 17, 2007 | Merle Lewis |
| | April 18, 2007 | Michael Hanson |
| | April 19, 2007 | Kendall Kliewer |
| | April 20, 2007 | Ernie Kindt |
| Chicago | April 24, 2007 | American Appraisal Associates |
| | April 25, 2007 | Gary Drook |
| Minneapolis | May 1, 2007 | Bart Thielbar |
| | May 2, 2007 | Richard Hylland |
| New York | May 4, 2007 | Talton Embry |
| | Week of May 7 | Deloitte & Touche |
| | Week of May 7 | Bank of New York |

3534858v1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

Bonnie Steingart, Esq.
April 3, 2007

     We did not arrive at a date for Rich Fresia who has been subpoenaed for a deposition on May 1, 2007 in Denver, Colorado. John Brewer or Gary Kaplan will follow up with his attorney.

     Let me know as soon as possible if this schedule is firm. I have not had a chance to discuss this proposed schedule with counsel for Mr. Hanson and Mr. Kindt.

Very truly yours,

Nancy E. Delaney

cc: Stanley T. Kaleczyc, Esq.
    Kimberly A. Beatty, Esq.

# EXHIBIT 2

-----Original Message-----
From: KIM Beatty [mailto:KIM@bkbh.com]
Sent: Thursday, April 05, 2007 6:27 PM
To: ndelaney@cm-p.com; Brewer, John W.
Cc: STAN Kaleczyc; Kaplan, Gary; Steingart, Bonnie; jsnellings@nixonpeabody.com
Subject: RE: Orme Deposition

Counsel:

In light of John Snelling's email of a few days ago indicating he could only attend
depositions the week of April 16 "at great expense" and as supplemented by Bonnie's email
indicating the names of three witnesses she might not want to depose afterall, we took the
initiative to try to come up with a proposal that (1) minimizes the number of depositions
to be conducted during the week of April 16 and (2) switch the order of the depositions so
that the depositions that John and Bonnie indicated were "key" depositions requiring
John's participation could be scheduled during the weeks John was available.

Therefore, after consulting with NorthWestern's counsel as to the available dates for
their witnesses, we propose the following schedule:

| | | |
|---|---|---|
| Atlanta: | April 12, 2007 | Kip Orme |
| | | |
| Chicago: | | April 18, 2007 American Appraisal (Chicago) |
| | April 19, 2007 | Drook (Chicago) |
| | | |
| Minn/Denver: | April 24, 2007 | Hylland |
| | April 25, 2007 | Kindt |
| | April 26, 2007 | Hanson |
| | April 27, 2007 | Friesa (Denver) |
| | | |
| New York: | May 1, 2007 | Deloitte & Touche |
| | May 2, 2007 | Bank of New York |
| | May 3, 2007 | Talton Embry |
| | | |
| Minneapolis: | May 8, 2007 | Lewis |
| | May 9, 2007 | Thielbar |
| | May 10, 2007 | Kliewer |

However, not wanting to suggest a schedule where other witnesses would not be available,
we tried to contact counsel for Hylland, Drook, Thielbar, and Lewis to see if they would
each be amenable to the switch in deposition dates. Thielbar's counsel agreed to a
deposition during the week of May 7; Hylland's counsel is on vacation this week; Drook's
counsel has not returned the message left; and Lewis' counsel responded that Lewis was not
available at any time between mid-April and the end of May and therefore would only appear
on the date set forth in the Subpoena sent by Magten: April 17 in Minneapolis.

Therefore, we are at a loss as to what schedule to propose that will accommodate the needs
of all counsel. Mr. Hanson and Mr. Kindt are available only on the dates we have
previously suggested (April 18 and 19) and the dates set forth in the above proposal
(April 25 and 26). We would like to cluster depositions in appropriate cities to minimize
travel which cris-crosses the country. Due to our other trial schedules in May, we cannot
push depositions past May 10; and we are not agreeable to conducting multiple depositions
in several different cities on the same day. Because time is now running very short and
we would all like to finalize the deposition schedule, we await input and suggestions from
each of you.

Sincerely,

Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.

1

139 North Last Chance Gulch
Helena, MT  59601
phone: (406) 443-6820
fax:  (406) 443-6883
email: kim@bkbh.com
web site: www.bkbh.com

The information contained in this communication is intended only for the use of the
addressee and may contain confidential information or information legally privileged as an
attorney-client communication.  Unauthorized use, disclosure or copying is strictly
prohibited.  If you have received this communication in error, please immediately delete
the communication and call us at the above referenced numbers.

# EXHIBIT 3

-----Original Message-----
From: Delaney, Nancy E. [mailto:ndelaney@cm-p.com]
Sent: Tuesday, April 10, 2007 4:07 PM
To: Steingart, Bonnie; John V. Snellings Esq. (E-mail); Kaplan, Gary; Brewer, John W.
Cc: Stanley T. Kaleczyc Esq. (E-mail); Kimberly A. Beatty Esq. (E-mail); Pizzurro, Joseph
D.; Bagnato, Jennifer A.
Subject:

After speaking with counsel for Hanson and Kindt, the following is a proposed deposition
schedule:

April 12      Orme      Atlanta

April 17      Lewis       Minneapolis
April 18      Hanson      Minneapolis

April 25      Drook      Chicago

May 1      Embry            NY
May 2      Bank of NY  NY
May 3      Deloitte         NY
May 4      American Appraisal  NY

Bonnie mentioned Lewis may not go forward.  If he does not we could put Kindt in on April
17.

Remaining unscheduled are Hylland and Fresia which we understand do not yet have firm
dates.  We are waiting to hear as to whether you will want Thielbar
or a  30(b)(6) witness.

Nancy E. Delaney
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
212-696-6939 (Phone)
212-697-1559 (Fax)
ndelaney@cm-p.com

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO
BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED
UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law
as privileged and confidential, and is transmitted for the sole use of the intended
recipient.  If you are not the intended recipient, you are hereby notified that any use,
dissemination, copying or retention of this e-mail or the information contained herein is
strictly prohibited.  If you have received this e-mail in error, please immediately notify
the sender by telephone or reply e-mail, and permanently delete this e-mail from your
computer system.  Your privacy is very important to our firm.  Therefore, if this message
contains unsolicited commercial content, you may forward this e-mail to unsubscribe@cm-
p.com or click here (www.cm-p.com/unsubscribe.htm) if you do not want to receive further
messages of this nature.  Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

# EXHIBIT 4

-----Original Message-----
From: Steingart, Bonnie
Sent: Tuesday, April 10, 2007 9:05 PM
To: 'Delaney, Nancy E.'; John V. Snellings Esq. (E-mail); Kaplan, Gary; Brewer, John W.
Cc: Stanley T. Kaleczyc Esq. (E-mail); Kimberly A. Beatty Esq. (E-mail); Pizzurro, Joseph
D.; Bagnato, Jennifer A.
Subject: RE:

Our comments on your most recently proposed schedule are as follows:

1.     We will not be going forward with Lewis on the 17th, and will be contacting his
counsel to that effect.
2.     We would accept Hanson on the 18th and perhaps Kindt on the 17th , but only in
Wilmington (or New York, by mutual agreement), since we will not otherwise be in
Minnesota.  However, it must be agreed that going forward with those depositions before we
have resolution on outstanding disputes such as the hundreds and hundreds of documents you
have improperly withheld as privileged (many not privileged in the first instance; others
waived by voluntary disclosure to the SEC) will require the depositions to be subsequently
resumed if and when we receive those documents.
3.     Hylland was subpoenaed for May 2 as a firm date that was acceptable to Mr. Hylland
and his counsel.  We're not sure where you got the notion that that date was up in the
air.  We are working on an alternate date for Friesa; April 30 is a possibility.
4.     We will check Deloitte and American Appraisal's availability for the dates
suggested.
5.     Especially given that five depositions may already be occurring during the week
beginning 4/30, we cannot do Embry on 5/1.  We would suggest Tuesday 5/8.
6.     We think it would be helpful to nail down firm dates for that following week for
Thielbar and a 30b6 designee.

1

# EXHIBIT 5

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT   MUSCAT
HOUSTON    PARIS
LONDON     STAMFORD
MEXICO CITY  WASHINGTON, D.C.
MILAN

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: 212-696-6196

April 11, 2007

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

> Re: *Magten Asset Management Corp. and Law*
> *Debenture Trust Co. v. NorthWestern Corp.*;
> C.A. No. 04-1494-JJF

Dear Bonnie:

We write as counsel to NorthWestern and on behalf of counsel for Messrs. Hanson and Kindt, in response to your email of last evening. It's unfortunate that we seem to have reached an impasse on some of the scheduling issues for the depositions. However, the problems that have arisen are entirely the fault of Plaintiffs.

John Brewer wrote to Defendants' counsel on March 14 stating that Plaintiffs intended to take the depositions of Messrs. Hanson and Kindt as well as NorthWestern employees Thielbar and Kliewer during the weeks of April 16 and 23 and asked for convenient dates in those two weeks. Subsequently you and I had a conversation where you suggested that those depositions, as well as the depositions of the various non-parties subpoenaed by Plaintiffs, be clustered during those weeks in cities to avoid travel as much as possible. I agreed with that approach and subsequently suggested that, because Plaintiffs had noticed Mr. Lewis in Minneapolis on April 17 that the defendants, as a concession to Plaintiffs, would be willing to bring Messrs. Hanson, Kindt and Kliewer to Minneapolis that same week, and not insist that they be deposed in Sioux Falls, South Dakota. I made it clear that Mr. Hanson's availability that week was limited to the 18th. I proposed that we try to cluster other depositions the following week in Chicago because you had subpoenaed Mr. Drook for April 25 in Chicago. I also suggested that many of the remaining depositions, including Talton Embry, Bank of New York and Deloitte & Touche, could be done the week of April 30 in New York. You were generally agreeable with this approach and told me that you were not sure whether you would be taking the depositions of Mr. Thielbar, Mr. Kliewer or the Bank of New York and asked if we could move those depositions to the end of the schedule. However, last week we were informed for the first time that this schedule would not work because John Snelling was not available for most of the

two weeks you originally suggested and which are the two weeks prior to the close of fact discovery. Since then the deposition scheduling process and your cooperation have gone down hill. All alternative schedules proposed by Defendants' counsel have been met with resistance from your side.

Plaintiffs may take Mr. Hanson's deposition in Sioux Falls, South Dakota, the corporate headquarters of NorthWestern, on April 18 and Mr. Kindt's there as well on April 19. As you are aware, the case law is clear that, regardless of the place of the forum, a corporate defendant is entitled to have its corporate representatives deposed at the corporate headquarters. However, we are still willing to make Mr. Hanson available in Minneapolis on April 18. As I told you earlier, as chief executive officer of NorthWestern he is quite busy these days and has no time to travel to the east coast. Mr. Kindt will also be made available in Minneapolis on April 19. Mr. Snelling's scheduling issue with this latter date should not pose a problem in as much as his client has asserted no claim against Mr. Kindt.

We do not agree that any of the depositions will remain open until the issue of privilege is resolved. The issue of whether documents which may have been produced to the SEC are still subject to a claim of privilege is one in which was raised in correspondence between you and me as early as December, and was mentioned again in front of the Special Master in January. You have had our privilege log now for over two weeks. This issue could have been raised by Plaintiffs in a motion long ago.

Counsel for Messrs. Hanson and Kindt have suggested several dates for Mr. Embry's deposition. Each time, we have all been told that he is not available on the date suggested. As you have previously been informed, Mr. Kaleczyc, lead trial counsel for Messrs. Hanson and Kindt, is not available the weeks of May 7, 14 or 21 due to other trial schedules, and therefore, Mr. Embry's deposition must take place before that time. In a last effort to be cooperative, counsel for Messrs. Hanson and Kindt were prepared to offer to depose Mr. Embry in New York City on either April 23 or April 30 at your election; however, as we were preparing this letter to you, we received John Brewer's email informing us that you have now unilaterally scheduled Mr. Fresia's deposition for April 30. Therefore, Mr. Embry's deposition will be noticed for April 23.

Finally, we must address the other eight witnesses that you have indicated you want to depose, some of whom you have previously noticed for depositions. You have informed us that Mr. Fresia, currently scheduled for May 1 in Denver, is not available that date and therefore must be rescheduled; we now understand that you have unilaterally rescheduled this deposition for April 30, which again is contrary to the notion that we would attempt to cluster depositions in various cities. We are also informed that the American Appraisal witness, to the extent you still want to depose him, is located in New Jersey, and therefore must be rescheduled. Richard Hylland's deposition is currently set for May 2 in Minneapolis, and is set simultaneously with the date for the deposition of the Bank of New York which is scheduled for New York. You have informed us that you will be canceling Mr. Lewis' deposition for April 17, but have not suggested an alternative date or location. You have also informed us that you may want to reschedule the Deloitte & Touche deposition for a later date to allow you time to review their

3564737v1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 3

Bonnie Steingart, Esq.
April 11, 2007

documents. You have also indicated that you are not sure whether you want to depose Mr. Thielbar or a 30(b)(6) representative of NorthWestern, but that if you do, you want to move them to the end of the schedule. Provided we can work out the scheduling of the above witnesses, we would be willing to extend the close of fact discovery by one week to schedule two depositions during the week of May 6 in Minneapolis.

Yours truly,

Joseph D. Pizzurro

cc: Gary L. Kaplan, Esq.
    John W. Brewer, Esq.
    Victoria W. Counihan, Esq.
    Denise Seastone Kraft, Esq.
    Dennis A. Meloro, Esq.
    John V. Snellings, Esq.
    Dale R. Dubé, Esq.
    Stanley T. Kaleczyc, Esq.
    Kimberly A. Beatty, Esq.

3564737v1

# EXHIBIT 6

-----Original Message-----
From: Brewer, John W. [mailto:BreweJo@friedfrank.com]
Sent: Wednesday, April 11, 2007 9:19 PM
To: Pizzurro, Joseph D.; Steingart, Bonnie; Kaplan, Gary; Victoria W.
Counihan Esq. (E-mail); Denise Seastone Kraft Esq. (E-mail); Dennis A.
Meloro Esq. (E-mail); John V. Snellings Esq. (E-mail); Dale Dubè Esq.
(E-mail); Stanley T. Kaleczyc Esq. (E-mail); Kimberly A. Beatty Esq.
(E-mail)
Cc: Delaney, Nancy E.; Reisman, Steven J.; Bagnato, Jennifer A.
Subject: RE: PDF


Dear Joe:

        We will respond to the numerous other points in your letter to Bonnie later, but we
need to make two immediate points.

        First, we were told in an email by Nancy Delaney at 4 pm yesterday, based on
consultation with counsel for Hanson and Kindt, that Kindt could be available on the 17th.
The 19th was not mentioned nor was any other witness suggested for that date.  In reliance
on that email, Bonnie has now scheduled another commitment on the 19th which cannot be
moved, in addition to John Snellings' preexisting conflict.  Hanson and Kindt transferred
the action against them from the District of Montana to the District of Delaware, over our
opposition.  Having done so (and also considering that it was NorthWestern which selected
the forum by choosing for its own self-interest to file its chapter 11 case in Delaware),
they cannot refuse to give testimony in Delaware, and we will tomorrow be serving
deposition notices for them for the 17th (Kindt) and 18th (Hanson) in Wilmington.

        Second, defendants' counsel have been told consistently and repeatedly that Mr.
Embry is not available on the 23rd.  At no time during the lengthy prior discussions has
any date for his deposition during that week been suggested by us.  We are, however,
willing to revisit making him available during the week beginning April 30.

# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT<br><br>     Defendants. | Civil Action No. 05-499-JJF |

## NOTICE OF DEPOSITION OF TALTON EMBRY

**TO:    TALTON EMBRY, and his attorneys, Bonnie Steingart and John W. Brewer with FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP, One New York Plaza, NY 10004-1980 and Dale R. Dubé and Bonnie Glanz Fatell with BLANK ROME LLP, 1201 Market Street, Suite 800, Wilmington , DE 19801.**

PLEASE TAKE NOTICE that Defendants, Mike J. Hanson and Ernie J. Kindt, through

their attorneys, Browning, Kaleczyc, Berry & Hoven, P.C. and Edwards Angell Palmer &

Dodge, LLP, will take the deposition of **TALTON EMBRY,** beginning at **9:30 a.m.**, Eastern

Time on April 23, 2007 at the offices of **Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park**

**Avenue, New York, NY 10178-0061.** The deposition will be taken before a court reporter

authorized to administer oaths and videographer. The examination will continue from day to day

until completed. You are invited to attend and examine the deponent.

DATED April 11, 2007

Edwards Angell Palmer & Dodge, LLP

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)
919 North Market Street
Wilmington, DE 19801
Telephone: (302) 425-7106

and

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
Counsel to Michael J. Hanson and Ernie J.
Kindt

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on the 11th day of April, 2007, I caused true and correct copies of the Notice of Deposition of Talton Embry to be served upon the counsel listed below in the manner indicated:

### VIA E-MAIL

Dale R. Dubé, Esquire
Mark J. Packel, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

### VIA E-MAIL

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004

*/s/ Denise Seastone Kraft*
Denise Seastone Kraft (No. 2778)

# EXHIBIT 8

-----Original Message-----
From: Pizzurro, Joseph D. [mailto:jpizzurro@cm-p.com]
Sent: Wednesday, April 11, 2007 9:26 PM
To: Brewer, John W.; Steingart, Bonnie; Kaplan, Gary; Victoria W. Counihan Esq. (E-mail);
Denise Seastone Kraft Esq. (E-mail); Dennis A. Meloro Esq. (E-mail); John V. Snellings
Esq. (E-mail); Dale Dubè Esq. (E-mail); Stanley T. Kaleczyc Esq. (E-mail); Kimberly A.
Beatty Esq. (E-mail)
Cc: Delaney, Nancy E.; Reisman, Steven J.; Bagnato, Jennifer A.
Subject: RE: PDF

John,
We can discuss the 17th vs. the 19th. We can't discuss Wilmington. When will Embry be
available the week of April 30?

Joseph D.Pizzurro
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Tel:  212 696 6196
Fax: 212 697 1559
Email: jpizzurro@cm-p.com

1

# EXHIBIT 9

-----Original Message-----
From: Brewer, John W.
Sent: Thursday, April 12, 2007 11:24 AM
To: 'Pizzurro, Joseph D.'; Steingart, Bonnie; Kaplan, Gary; Victoria W. Counihan Esq. (E-mail); Denise Seastone Kraft Esq. (E-mail); Dennis A. Meloro Esq. (E-mail); John V. Snellings Esq. (E-mail); Dale Dubè Esq. (E-mail); Stanley T. Kaleczyc Esq. (E-mail); Kimberly A. Beatty Esq. (E-mail)
Cc: Delaney, Nancy E.; Reisman, Steven J.; Bagnato, Jennifer A.
Subject: RE: PDF

Mr. Embry will be available for deposition on May 4.

# EXHIBIT 10

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8004
Fax: 212.859.4000
steinbo@ffhsj.com

April 18, 2007

## VIA EMAIL

Joseph Pizzurro
Nancy Delaney
Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Stanley T. Kaleczyc
Kimberly A. Beatty
Browning, Kaleczyc, Berry & Hoven P.C.
139 North Last Chance Gulch
Helena, MT 59601

### Re: Deposition of Talton R. Embry

Dear Counsel:

I am writing with respect to the Notice of Deposition of Talton R. Embry served last Wednesday, April 11 by counsel for Messrs. Hanson and Kindt. Pursuant to the notice, counsel for Messrs. Hanson and Kindt have scheduled Mr. Embry's deposition for Monday, April 23. While there has been much correspondence back and forth regarding deposition scheduling, it was never suggested that Mr. Embry's deposition would be scheduled during the week of April 23. In fact, as we indicated in numerous conversations and correspondence between counsel, Mr. Embry is not available to be deposed on April 23 or any time during that week.

We would like, however, to resolve the date for Mr. Embry's deposition in an amicable fashion. Based on our previous discussions and correspondence, it is understood that we agreed that the deposition of Mr. Embry would go forward during the week of April 30. We had previously suggested May 4, and, as set forth in a letter from Nancy Delaney dated April 3, Ms. Delaney proposed May 4 as the date for Mr. Embry's deposition. Following further back and forth discussions necessitated by the complexity of coordinating all of the various depositions that need to be scheduled, we again confirmed by email on Thursday, April 12 that Mr. Embry could be made available for deposition on May 4. Accordingly, Mr. Embry can be available for deposition on May 4 or, alternatively, at a date during the week of May 7.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris. Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

     Given all of this, we would appreciate confirmation from counsel for Messrs. Hanson and Kindt by noon tomorrow, April 19, that they do not seek to go forward on April 23 so that wasteful motion practice will not be necessary.

     We are available if you would like to discuss.

                      Sincerely,

                      Bonnie Steingart

cc:    Gary Kaplan
       John W. Brewer
       Dale Dube