## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2007, I served by hand delivery and electronic filing the Public Version of the Memorandum of Law in Support of Plaintiffs' Emergency Motion Seeking Orders  (a) Shortening the Briefing Schedule Under Local Rule 7.1.2 and Setting a Hearing date Before the Special Master; (b) Determining Privilege Status of Documents NorthWestern Seeks to Recall Under Claim of Inadvertent Production and Privilege; (c) Compelling the Production of Non-Privileged Documents; (d) Compelling the Production of Documents Produced in Illegible Form; (e) Extending the Period for Completing Depositions; and (f) Assessing fees and Costs Against NorthWestern, using CM/ECF which will send notification of such filing to the following:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

./v.

I also certify that, on this 20th day of April, 2007, I served the aforementioned document,

by e-mail and Federal Express, upon the following participants:

## BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Dale R. Dubé

Dale R. Dubé  (No. 2863)

./v.

2