# Exhibit 8

| Document No. | Privilege Type | Document Type | Date | Author | Recipient | Cc | Subject |
|---|---|---|---|---|---|---|---|
| 1626 | ACP | E-mail with attachment | 01/05/04 | T. Knapp | V. Carnevale (Aware) | E. Jacobsen, M. Taylor, M. Censoplano | SEC subpoena |
| 1627 | ACP | Document | 01/05/04 | Paul, Hastings, Janofsky & Walker LLP | E. Jacobsen, T. Knapp | | SEC subpoena re: Experts |
| 1628 | ACP | Document | none | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1629 | ACP | Document | none | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1630 | ACP | E-mail | 03/20/03 | Bill Janecke | Tom Watson | | NCS Audit (including electronic correspondence with Tom Knapp, John VanCamp) |
| 1631 | ACP | Document | | | Tom Watson | | NCS Audit: Draft letter responding to concerns about audit expressed by Tom Watson) |
| 1632 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1633 | ACP | E-mail | 04/04/03 | Whitesel, Kurt | Orme, Kipp | VanCamp, John; Knapp, Tom | NCS Audit |
| 1634 | ACP | E-mail | 04/03/03 | VanCamp, John | Orme, Kipp; Roof, Becky | Knapp, Tom | NCS Audit |
| 1635 | ACP | E-mail | 02/17/03 | E. Jacobsen | T. Knapp | Whitesel, Kurt; Hanson, Mike (CEO); Orme, Kipp | NCS Audit issues |
| 1636 | ACP | Document | 02/19/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1637 | ACP | Document | 04/11/03 | John VanCamp | Mike Hanson; Kipp Orme | Gary Drook; Tom Knapp; Maurice Wereldcit; Bruce Smith | Retaliation Claim by Internal Auditors |
| 1638 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1639 | ACP | E-mail | 03/20/03 | Tom Knapp | Bruce Smith | Drook, Gary; VanCamp, John | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1640 | ACP | E-mail | 04/08/03 | B. Thielbar | Knapp, Tom; VanCamp, John | Monaghan, David A; Hanson, Mike | NCS Audit |
| 1641 | ACP | Document | 11/08/02 | NorthWestern; T. Knapp | M. Hanson; D. Monaghan; M. Young | | Due Diligence Session to be arranged for next week with the CEO and CFO of the Company (the "Due Diligence Session") with respect to the quarterly report on Form 10-Q for the quarter ended September 30, 2002 (the "Current Report") |
| 1642 | ACP | E-mail | 03/14/03 | K. Smock | T. Knapp | VanCamp, John; Bohrer, Kelly | NorCom Audit Discussions - DRAFT |
| 1643 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1644 | ACP | E-mail | 03/27/03 | Sally Neal | T. Knapp | | NCS Audit |
| 1645 | ACP | E-mail | 03/20/03 | Bill Janecke | T. Knapp | VanCamp, John; Hanson, Mike | NCS Audit |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1646 | ACP | E-mail | 03/20/03 | Bill Janecke | T. Knapp | VanCamp, John; Henson, Mike | NCS Audi |
| 1647 | ACP | E-mail | 03/20/03 | T. Knapp | Bill Janecke | VanCamp, John; Henson, Mike | NCS Audit |
| 1648 | ACP | E-mail | 03/19/03 | Bill Janecke | T. Knapp | VanCamp, John | NCS Audit |
| 1649 | ACP | E-mail | 03/17/03 | Karen Smock | John VanCamp; Tom Knapp | | 03-02 NorCom Audit |
| 1650 | ACP | Document | | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce L. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors, Janecke and Ming during their performance evaluation |
| 1651 | ACP | Document | 04/11/03 | John VanCamp | Mike Hanson; Kipp Orme | Gary Drook; Tom Knapp; Maurice Worsfold; Bruce Smith | Retaliation Claim by Internal Auditors |
| 1652 | ACP | Document | 11/03/02 | NorthWestern; T. Knapp | M. Hanson; D. Monaghan; M. Young; | | Due Diligence Session to be arranged for next week with the CEO and CFO of the Company (the "Due Diligence Session") with respect to the quarterly report on Form 10-Q for the quarter ended September 30, 2002 (the "Current Report"). |
| 1653 | ACP | E-mail | 03/25/03 | T. Atkinson | K. Kikwer; J. Charters; C. Younger; R. Fresia; M. Snallc L. Clark | E. Jacobsen; K. Orme; K. Whitesell | Impairment of Expanets (including forwarded message from Expanets Disclosure Sub-Committee) |
| 1654 | ACP | Document | 01/22/01 | NOR Board of Directors | M. Hanson; E. Jacobson | | Update on Montana Power Co. Transaction |
| 1655 | ACP | Document | 07/26/02 | Paul, Hastings, Janofsky & Walker LLP | | | Resolution of BOD re: transfer of N.W.E. assets into NOR |
| 1656 | ACP | Document | 08/14/02 | T. Pollock; M. Zuppone | Deloitte & Touche USA LLP | | Analysis of Class B common stock of Blue Dotz, Expanets |
| 1657 | ACP | Document | 05/02/02 | Paul, Hastings, Janofsky & Walker LLP | E. Jacobsen | | Documentation supporting Item 1 in NOR's 2001 10-K |
| 1658 | ACP | E-mail | 03/15/03 | K. Orme | Whitesell, Kurt; Jacobsen, Eric; Rood, Becky | K. Kikwer | Expanets financial model |
| 1659 | ACP | E-mail | 03/25/03 | T. Atkinson | Kikwer, Kendall; Atkinson, Tim; Charters, John; Younger, Chris; Fresia, Rick; Snallc, Marty; Clark, Lonnie | Jacobsen, Eric; Orme, Kipp; Whitesell, Kurt | Expanets impairment analysis |
| 1660 | ACP | Document | 04/10/03 | R. Fresia | E. Jacobsen | | Edits to description of Expanets' financial condition |
| 1661 | ACP | Document | 12/16/02 | Jean Hamm | Jim Bertrand (Leonard Street and Deinard) | | Impact of Credit Downgrade on NOR's Obligations Under EEI Agreement with PPL Montana |
| 1662 | ACP | Document | 11/07/03 | D. Newell; R. Kennedy | G. Drook; B. Austin | NOR Audit Committee; E. Jacobsen; M. Worsfold; K. Kikwer | C3 Reportable Events Highlighting Internal Control Weaknesses at Blue Dots |
| 1663 | ACP | Document | 11/15/03 | Jess Austin (Paul, Hastings, Janofsky & Walker LLP) | Gary Drook; Larry Ness; Larry Ramaekers; Jerry Johnson | Mike Hanson; Bill Austin; E. Jacobsen; Karol Denniston; Tom Pollock; David Kurtz; Andrew Yearley | Development of NOR reorganization plan |
| 1664 | ACP | Document | 08/21/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Corp. | | Chapter 11 Process and Issues |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1665 | ACP/AWP | Document | 04/08/02 | Jorlynn Buss | Kipp Orme, Eric Jacobsen, Kurt Whitesel, Mike Nieman | Anderson Issues Matrix (created by Arthur Andersen LLP for NorthWestern) |
| 1666 | ACP | Document | 04/09/03 | T. Pollock | Deloitte & Touche USA LLP | Financial issues at NorthWestern relevant to D&T's review |
| 1667 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | Special Committee | Testimony of R. Fresia re: Hyland |
| 1668 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | | Testimony of various officers of NOR and subsidiaries re: Hyland |
| 1669 | ACP/AWP | Document | 04/25/03 | Special Committee of the Board of Directors and PHJW as special counsel | NorthWestern Board of Directors | Investigation of Richard Hyland's performance and conduct in connection with mis-management of Northwestern and its subsidiaries |
| 1670 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | | Testimony of John Charters re: Hyland |
| 1671 | ACP/AWP | Document | 09/09/03 | Marty Smelia | Paul, Hastings, Janofsky & Walker LLP | Draft: Expanets Expert Chronology |
| 1672 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | | Chronology of NorthWestern Internal Communications |
| 1673 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | | Chronology of NorthWestern External Communications |
| 1674 | ACP | Document | 04/20/03 | Paul, Hastings, Janofsky & Walker LLP | | Summary of R. Fresia's Employment Agreement and events during his tenure |
| 1675 | ACP/AWP | Document | 11/12/02 | Expanets' Disclosure Committee | Disclosure Committee | Accounting Issues at Expanets (including impairment of goodwill) (clean and blacklined versions) |
| 1676 | ACP | Document | 11/13/02 | Expanets Disclosure Subcommittee | Disclosure Committee | Expanets Sub-Committee, 2d Report 3d Q 2002 |
| 1677 | ACP | Document | 04/25/03 | Special Committee of the Board of Directors and PHJW as special counsel | NorthWestern Board of Directors | Investigation of Richard Hyland's performance and conduct in connection with mis-management of Northwestern and its subsidiaries |
| 1678 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Merle Lewis to PHJW pursuant to Hyland investigation |
| 1679 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Richard Hyland to PHJW |
| 1680 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Kipp Orme to PHJW |
| 1681 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Kurt Whitesel to PHJW |
| 1682 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Michael Neiman to PHJW |
| 1683 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of John Charters to PHJW |

| No. | ACP/AWP | Type | Date | From | | To | Description |
|---|---|---|---|---|---|---|---|
| 1684 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Richard Fresia to PHJW |
| 1685 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Timothy Atkinson to PHJW |
| 1686 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Lonnie Clark to PHJW |
| 1687 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Martin Svelte to PHJW |
| 1688 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Robert Kennedy to PHJW |
| 1689 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Mark Toney to PHJW |
| 1690 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Steve Pollock to PHJW |
| 1691 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | | Declaration of Clifford Hoffman to PHJW |
| 1692 | ACP/AWP | E-mail | 04/10/03 | Paul, Hastings, Janofsky & Walker LLP | | Gary Drook | E-mail messages received from R. Hyland |
| 1693 | ACP/AWP | Document | 03/01/03 | Paul, Hastings, Janofsky & Walker LLP | | | Chronology of NOR public statements re: Significant Forecasts and Operating Trends for the Period Beginning December 2001 March 10, 2003 |
| 1694 | ACP/AWP | Document | 03/17/03 | Paul, Hastings, Janofsky & Walker LLP | | | Summary of Management Financial and Information Reports of Northwestern Corporation |
| 1695 | ACP/AWP | Document | 03/20/03 | Paul, Hastings, Janofsky & Walker LLP | | | Summary of Materials Provided to Board of Directors of Northwestern Corporation |
| 1696 | ACP | Document | 02/20/03 | Alan Dietrich | | E. Jacobsen | Resolutions of NOR BOD re: diversified investments |
| 1697 | ACP | Document | 03/24/03 | Exponents' Disclosure Sub-Committee | | Disclosure Committee | 2002 financial statements / restatements |
| 1698 | ACP | E-mail | 11/09/02 | Kipp Orme | Bruce Smith, Gary Drook, Hyland, Richard, Jerry Johnson, Larry Ness, Lewis, Merle, Marilyn Seymann, Randy/Nancy | E. Jacobsen, K. Smock, Candy Bock, Diane Dutcher, Irene Fellner, Peg Richter, Suzette Buron, Forinash, Barbara, Dewey, Irene, Whitesel, Kurt | Documents re: NOR disclosure procedures and legal disclosure requirements |
| 1699 | ACP | E-mail | 11/1/02 | T. Atkinson | | K. Whitesel, K. Orme, E. Jacobsen | Exponets Sub-Committee, 2d Report 3d Q 2002 |
| 1700 | ACP | E-mail | 11/21/02 | E. Jacobsen | | Y. Pollock, W. Schwittier | Disclosure obligations |
| 1701 | ACP | Document | 12/04/02 | K. Orme | | K. Whitesel, M. Nieman | E. Jacobsen memo to BOD re: CSFB First Mortgage Bond financing project, Deloitte & Touche USA LLP examination at Exponets, likely timing of BOD meetings and public disclosures |

| No. | ACP | Type | Date | From | To | CC | Description |
|---|---|---|---|---|---|---|---|
| 1702 | ACP | Document | 12/09/02 | K. Orme | Jerry Johnson, Larry Ness | | Memo re: Issues with Expanets' accounting and "range of exposure" (prepared by Expanets, D&T and NOR) |
| 1703 | ACP | E-mail | 12/09/02 | T. Atkinson | K. Kleiver | Richter, Peg, Hylland, Richard, Jacobsen, Eric, Lewis, Merle, Fresia, Rick, Charters, John, Whitesel, Kurt, Bruce I. Smith, Palaoro, Steven L. Hoffman, Cliff, Arends, Craig, Pollock, Thomas R., Smock, Karen, Forinash, Barbara, Dewey, Irene; K. Whitesel, R. Fresia, L. Clark | Re: Legal opinion of E. Jacobsen and A. Dietrich re: potential damages exposure in Schleicher arbitration |
| 1704 | ACP/WP | Document | 05/03/03 | J. Dickey (Gibson Dunn & Crutcher LLP) | NorthWestern Corp. | | Interview with R. Hyland |
| 1705 | ACP/WP | Document | 05/03/03 | J. Dickey (Gibson Dunn & Crutcher LLP) | File | | Summary Of Interviews with the following individuals: Dan Newell (NOR Senior VP), Kipp Orme (NOR CFO), Kurt Whitesel (NOR VP/Controller), Mike Neeman (NOR Director of FP&A), Eric Jacobsen (NOR General Counsel), Marty Barrack (Expanets VP Legal Affairs), Mike Valenta (Expanets Sr. VP Info. Tech.), John Charters (Expanets CEO), Lonnie Clark (Expanets Controller), Reggie Vagianos, Marty Smith (Expanets COO/CTO), Tim Atkinson (Expanets VP/General Counsel), Chris Younger (Expanets President), Jim Walker (former Expanets CEO), Rick Fresia (Expanets CFO), Kristine Donovan (former Expanets Controller), Kendall Kliewer, Alan Dietrich, Tom Knapp (NOR attorney), Becky Roof (Alix Partners), Cliff Hoffman (Deloitte & Touche USA LLP), Steve Polacek (Deloitte & Touche USA LLP), Jack Redding (Paul, Hastings, Janofsky & Walker LLP) and Tom Pollock (Paul, Hastings, Janofsky & Walker LLP) at NorthWestern |
| 1706 | ACP/WP | Document | 04/09/03 | Gibson Dunn & Crutcher LLP | | | Partial Summary of Events at Expanets Related to Restatement at NorthWestern |
| 1707 | ACP | Document | Dec 2003 | Jack Redding | Gary Drook | | Gibson Dunn & Crutcher LLP Presentation to Litigation Committee of BOD re: ongoing suits |
| 1708 | ACP | E-mail | 01/23/03 | E. Jacobsen | Gary Drook | | Issues to be discussed at Blue Dot BOD meeting |
| 1709 | ACP | E-mail | 01/21/03 | E. Jacobsen | Mark Toney, Cary Thompson, Thomas Pollock | | Financial issues at AVAYA and Expanets |
| 1710 | ACP | Document | Oct 2004 | Paul, Hastings, Janofsky & Walker LLP | | | Sarbanes-Oxley |
| 1711 | ACP | Document | | | | | Riders 31/A, 39/A to financial statements |
| 1712 | ACP | Document | 05/07/03 | Disclosure Committee | Expanets Disclosure Subcommittee | | First report, Q1 2003 |

| 1713 | ACP | Document | 02/08/02 | Paul, Hastings, Janofsky & Walker LLP | | | Draft: Preliminary Confidential Offering Circular for NOR Notes |
| 1714 | ACP | Document | Sept 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | | Draft letter re: NOR and N.W.E. filings from 2001, 2002 |
| 1715 | ACP | Document | 08/30/02 | Paul, Hastings, Janofsky & Walker LLP | SEC | | Draft letter re: NOR and N.W.E. filings from 2001, 2002 |
| 1716 | ACP | Document | 06/14/02 | T. Pollock, M. Zappone | Deloitte & Touche USA LLP | NorthWestern Corp. | Class B common stock of Blue Dots and Expanets |
| 1717 | ACP | Document | June 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | | Draft letter re: S-4 and 2001 10-K filed by NorthWestern |
| 1718 | ACP | Document | June 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | | Draft letter re: S-4 and 2001 10-K filed by NorthWestern |
| 1719 | ACP | Document | June 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | | Draft letter re: S-4 and 2001 10-K filed by NorthWestern |
| 1720 | ACP | Document | 07/11/02 | Paul, Hastings, Janofsky & Walker LLP | SEC | | Draft letter re: NOR and N.W.E. filings from 2001, 2002 |
| 1721 | ACP | Document | 04/19/02 | Scott Salso, Jon Tyras | E. Jacobsen | Alan Dietrich, Thomas Pollock, Charles Patrizia, Kevin Conboy | NOR's potential to issue debt under FERC agreement |
| 1722 | ACP | Document | 08/07/02 | Thomas Pollock | | | Memo re: possible detailed response to a question that may come up during the quarterly earnings call regarding whether NorthWestern is the subject of a SEC inquiry or investigation |
| 1723 | ACP | Document | | | | | Lead-in to 10-K re: year end adjustments requiring quarterly restatements |
| 1724 | ACP | Document | | | | | Insert to PH/W audit letter response detailing current and potential litigation |
| 1725 | ACP | Document | 04/09/03 | Paul, Hastings, Janofsky & Walker LLP | Deloitte & Touche USA LLP | | Information furnished to D&T as auditors at request of NorthWestern |
| 1726 | ACP | Document | | Blue Dot Sarbanes-Oxley Subcommittee | | | Memo re: Selected Risks, Trends, Uncertainties in Blue Dot's Business |
| 1727 | ACP | Document | 03/24/03 | Expanets Disclosure Subcommittee | | | Discussion of Blue Dots' Accrual Restatement by Members of Expanets' Disclosure Sub-Committee |
| 1729 | ACP | Document | 03/24/03 | Disclosure Committee | Expanets Disclosure Subcommittee | | Issues relative to 2002 10-K and quarterly restatements |
| 1729 | ACP | Email | 12/04/02 | Lewis, Merle | Jacobsen, Eric | | 12-4-02 NOR BOD Meeting Postponed (NOR 072813-14; NOR 063216-7; NOR067845-86; NOR072813-14; NOR072815-16; NOR073773-74; NOR077858-59; NOR081375-76; NOR088910-11; NOR052308-09; NOR119158-9; NOR124686-7) |
| 1730 | ACP | Email | 09/09/02 | Tyras, Jonathan C. | Jacobsen, Eric; Orme, Kipp | | NorthWestern Form S-4 (NOR 087633-34; NOR 076260-61) |
| 1731 | ACP | Email | 12/19/02 | RaCunick, James | Pollock, Steve | Voytek, Michael | Northwestern (NOR 117862-863) |
| 1732 | ACP | Email | 12/20/02 | Orme, Kipp | Jacobsen, Eric | | Going File (NOR 160675-76) |
| 1733 | ACP | Packet | 12/16/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | | NOR reorganization plan (NOR 366792-809) |

| 1734 | ACP | Packet | 08/25/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | | Presentation re: NCR Reorganization (NCR 367014-041) |
|---|---|---|---|---|---|---|---|
| 1735 | ACP | Memo | 08/19/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | | NorthWestern Corporation Litigation Status Update (NCR 367140-151; NCR 368363-70) |
| 1736 | ACP/AWP | Presentation | 08/20/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | | NCR Chapter 11 Processes (NCR 368234-261) |
| 1737 | ACP | Packet | 08/15/03 | Paul, Hastings, Janofsky & Walker LLP | Jacobsen, Eric | | NorthWestern Corp. Litigation Status Update Securities Class Action Litigation (NCR 368029-037) |
| 1738 | ACP | Email | 05/06/02 | Orme, Kipp | Jacobsen, Eric | | SEC (NCR 405402-03) |
| 1739 | ACP | Email | 11/05/02 | Jacobsen, Eric | Schweller, Bill; Pollack, Thomas | | Results (NCR 405528-530) |
| 1740 | ACP | Email | 02/04/03 | Allison, Tim | Knapp, Tom | | Schaible/ Witnesses (NCR 406074-075) |
| 1741 | ACP | Email | 02/25/03 | Michael Devoe | Dietrich, Alan | Newell, Daniel | Document Retention (NCR 406175-180) |
| 1742 | ACP/AWP | Report | 07/18/03 | Special Committee of the Board of Directors and PHJW as special counsel | NorthWestern Board of Directors | | Performance Evaluation for John Charters (NCR 406416-55) |
| 1743 | ACP | Email | 12/14/01 | Nieman, Michael L | Dietrich, Alan; Monaghan, David A | | FERC Filing (NCR 458032-035) |
| 1744 | ACP | Email | 12/14/02 | Orme, Kipp | Schrum, Roger; Jacobsen, Eric | Scott Kline | Revised Re-Audit Release (NCR 469496) |
| 1745 | ACP | Email | 12/05/02 | Orme, Kipp | Bruce I. Smith; Hylland, Richard; Pollock, Thomas; Jacobsen, Eric | | Board Meeting Material (NCR 479145-146) |
| 1746 | ACP | Email | 12/11/02 | Jacobsen, Eric | Smith, Bruce; Johnson, Jerry | | Audit Comm. Review of Expenses Issues (NCR 481065-066) |

| Last Name | First Name | Employer |
|---|---|---|
| **Privilege Log Name References** | | |
| Altorelli | John J. | Paul, Hastings, Janofsky & Walker LLP |
| Anderson-Bachman | Susan | NorthWestern Corporation |
| Andreasen | Tim J | KPMG International |
| Arends | Craig | Arthur Andersen |
| Asay | John P (Pat) | NorthWestern Corporation |
| Asnis | Shoshanah V. | Gibson, Dunn & Crutcher LLP |
| Atkinson | Tim | Expanets, Inc. |
| Austin | Bill | NorthWestern Corporation |
| Austin | Jesse | Paul, Hastings, Janofsky & Walker LLP |
| Azulay | Sharon | Bryan Cave Robinson Silverman |
| Balyeat | Douglas R. | Paul, Hastings, Janofsky & Walker LLP |
| Barcella | E. Lawrence | Paul, Hastings, Janofsky & Walker LLP |
| Barrack | Marty | NorthWestern Corporation |
| Bassett | Lionel | NorthWestern Corporation |
| Baxter | Jennifer | CornerStone Propane LLC |
| Baxter | Keith | CornerStone Propane LLC |
| Beatty | Kim | Browning, Kaleczyc, Berry & Hoven |
| Bell | David L. | Atlantic Richfield Company |
| Berry | Leo | Browning, Kaleczyc, Berry & Hoven |
| Bertrand | Jim | Leonard, Street and Deinard Professional Association |
| Boehning | Reiner | Credite Suisse Group (CSFB) |
| Bohrer | Corrine | NorthWestern Corporation |
| Bohrer | Kelly | NorthWestern Corporation |
| Bonventre | Joseph S. | Paul, Hastings, Janofsky & Walker LLP |
| Boub | Candy | NorthWestern Corporation |
| Boyar | Brand G. | Browning, Kaleczyc, Berry & Hoven |
| Boyles | George | NorthWestern Corporation |
| Brockman | Rona | NorthWestern Corporation |
| Buron | Suzette | NorthWestern Corporation |
| Buus | Joylynn | NorthWestern Corporation |
| Cantor | Jonathan | Simpson Thacher & Bartlett LLP |
| Capello | Alex | Capello Group |
| Carnevale | Vito | Avaya, Inc. |
| Cashell | Michael R | NorthWestern Corporation |
| Champagne | P.T. | PPL Corporation |
| Charters | John | Expanets, Inc. |
| Chase | Nedra | NorthWestern Corporation Energy |
| Clark | Lonnie | Expanets, Inc. |
| Coddon | Eve | Paul, Hastings, Janofsky & Walker LLP |
| Cohen | Eric L. | Bryan Cave Robinson Silverman |
| Coleman | Patrick | NorthWestern Corporation |
| Conboy | Kevin | Paul, Hastings, Janofsky & Walker LLP |
| Cook | J.D. | PPL Corporation |
| Corcoran | Patrick R. | NorthWestern Corporation |
| Cornell | John | Jones Day |
| Cosgrove | John | Expanets, Inc. |
| Cotton | J. | Deloitte & Touche USA LLP |
| Coulomb | Lionel | NorthWestern Corporation |
| Crowe | Christine M. | Paul, Hastings, Janofsky & Walker LLP |
| Darcy | Randy | NorthWestern Corporation |
| Davis | Eric | Paul, Hastings, Janofsky & Walker LLP |
| Deamer | Bartley C. | NorthWestern Corporation |
| DeGrandis | Bill D. | Paul, Hastings, Janofsky & Walker LLP |
| DeJong | Amy | NorthWestern Corporation |
| Della Grotta | John F. | Paul, Hastings, Janofsky & Walker LLP |
| Denniston | Karol | Paul, Hastings, Janofsky & Walker LLP |

**Privilege Log Name References**

| Last Name | First Name | Employer |
|---|---|---|
| DePue | Ron | Shamberg Wolf McDermott & Depue |
| Dettmer | Ethan | Gibson, Dunn & Crutcher LLP |
| Deutschman | Rob | Capello Partners LLC |
| Devoe | Michael | NorthWestern Corporation |
| Dewey | Irene | NorthWestern Corporation |
| Dexter | Dawn A. | Arthur Andersen |
| Dickey | Jonathan C. | Gibson, Dunn & Crutcher LLP |
| Dietrich | Alan | NorthWestern Corporation (Attorney) |
| Donaldson | Marc E | NorthWestern Corporation |
| Donovan | Kristine | Expanets, Inc. |
| Drook | Gary | NorthWestern Corporation |
| D'Souza | Rolston P. | BearingPoint |
| Dutcher | Diane | NorthWestern Corporation |
| Dyre | Mary Scrim | Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. |
| Elliott | Richard | Richards Layton & Finger |
| Eronini | Uche | Paul, Hastings, Janofsky & Walker LLP |
| Evans | Paul | NorthWestern Corporation |
| Evans | Liz | NorthWestern Corporation |
| Feldstein | Hydee R. | Paul, Hastings, Janofsky & Walker LLP |
| Fellner | Irene | NorthWestern Corporation |
| Ferrara | Ted | BlueDots, Inc. |
| Fischer | Catherine | Securities and Exchange Commission |
| Fitzgerald | John | NorthWestern Corporation |
| Flicker | Scott M. | Paul, Hastings, Janofsky & Walker LLP |
| Fonss | Chris | NorthWestern Corporation |
| Forinash | Barbara | NorthWestern Corporation |
| Foss | Steve | NorthWestern Corporation |
| Franklin | Noel | Securities and Exchange Commission |
| Fresia | Rick | Expanets, Inc. |
| Gan | Y. | Dewey Ballantine LLP |
| Genioser | Kevin | Morgan Stanley |
| George | Jerry | Campbell, George & Strong LLP |
| Gerrard | Nicole | Paul, Hastings, Janofsky & Walker LLP |
| Gibau-Heyman | Sharyn | Paul, Hastings, Janofsky & Walker LLP |
| Gjoraas | Travis | NorthWestern Corporation |
| Gottshall | Kurt L. | Securities and Exchange Commission |
| Graves | Lee C. | ELM Investments LLC |
| Green | Janet | Capello Group |
| Greene | William | Leonard, Street and Deinard Professional Association |
| Griese | Deborah | NorthWestern Corporation |
| Gross | Clyde | NorthWestern Corporation |
| Hackett | Marty | Expanets, Inc. |
| Haeder | Donna | NorthWestern Corporation |
| Haffey | John D (Jack) | NorthWestern Corporation |
| Halfhill | Carol | NorthWestern Corporation |
| Hamm | Jean | Leonard, Street and Deinard Professional Association |
| Hanson | Michael | NorthWestern Corporation |
| Har | Henry C. | Paul, Hastings, Janofsky & Walker LLP |
| Hare | B. | Deloitte & Touche USA LLP |
| Harper | Colleen | NorthWestern Corporation |
| Harper | Wayne | NorthWestern Corporation (Attorney) |
| Harris | Joel | Paul, Hastings, Janofsky & Walker LLP |
| Hart | T. | Gibson, Dunn & Crutcher LLP |
| Hatfield | Jay | NorthWestern Corporation |
| Header | Donna | NorthWestern Corporation |
| Hebenstreit | Brenda A. | Arthur Andersen |

2

**Privilege Log Name References**

| Last Name | First Name | Employer |
|---|---|---|
| Herr | Glenn | NorthWestern Corporation |
| Hoerl | Donald M. | Securities and Exchange Commission |
| Hoffman | Cliff | Deloitte & Touche USA LLP |
| Holly | Chrisopher C. | Bank One |
| Holton | Scott | PricewaterhouseCoopers |
| Hong | Jennifer L. | Paul, Hastings, Janofsky & Walker LLP |
| Hotte | Kiara L. | Paul, Hastings, Janofsky & Walker LLP |
| Huber | Cory | NorthWestern Corporation |
| Humbert | Suzanne | Deloitte & Touche USA LLP |
| Humble | Graham | Deloitte & Touche USA LLP |
| Hylland | Richard | NorthWestern Corporation |
| Irving | Euclid A. | Paul, Hastings, Janofsky & Walker LLP |
| Irving | Don | PricewaterhouseCoopers |
| Jacobsen | Eric R. | NorthWestern Corporation (General Counsel) |
| James | M. | Gavin Anderson |
| Janecke | Bill | NorthWestern Corporation |
| Janhunen | Joseph S | NorthWestern Corporation |
| Janke | Brenna | NorthWestern Corporation |
| Jauffret | Jennifer | Richards Layton & Finger |
| Johnson | Jerry | NorthWestern Corporation |
| Johnson | Joseph | Paul, Hastings, Janofsky & Walker LLP |
| Johnson | Vel | Expanets, Inc. |
| Kahn | Marguerite R. | Paul, Hastings, Janofsky & Walker LLP |
| Kaleczyc | Stan | Browning, Kaleczyc, Berry & Hoven |
| Kane | Debbie M | NorthWestern Corporation |
| Karell | Alan | Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. |
| Kastin | David M. | Bryan Cave Robinson Silverman |
| Kaufman | Curt | BlueDots, Inc. |
| Kennedy | Charles M. | Jones Day |
| Kennedy | Rob | BlueDots, Inc. |
| Kindt | Ernest J. | NorthWestern Corporation Energy |
| Kinnard | D.B. | PPL Corporation |
| Klein | Scott | Paul, Hastings, Janofsky & Walker LLP |
| Kliewer | Kendall G. | KPMG International, NorthWestern Corporation |
| Kline | Scott C. | Paul, Hastings, Janofsky & Walker LLP |
| Knapp | Thomas | NorthWestern Corporation (General Counsel) |
| Kohl | Steve | Nyman & Kohl |
| Koolstra | Bryan | NorthWestern Corporation Growth Company, BlueDots, Inc. |
| Kovash | Keith | NorthWestern Corporation |
| Kubes | Steve | Arthur Andersen |
| Kurtz | David | Paul, Hastings, Janofsky & Walker LLP |
| Labenz | Richard J | KPMG International |
| Lafave | Bleau | NorthWestern Corporation |
| Lail | Crystal | NorthWestern Corporation |
| Lamey | Arthur F. | Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. |
| Lane | B. | Gibson, Dunn & Crutcher LLP |
| Laplante | Robert | Simpson Thacher & Bartlett LLP |
| Larkin | Emily | NorthWestern Corporation |
| Lasker | R. | Cravath, Swaine & Moore LLP |
| Lawrence | Robert | Merrill Corporation |
| Layne | J. | Gibson, Dunn & Crutcher LLP |
| Levin | Janice E. | Paul, Hastings, Janofsky & Walker LLP |
| Lewis | Merle | NorthWestern Corporation |
| Leyendecker | Rodney | NorthWestern Corporation |
| Litman | Scott | Paul, Hastings, Janofsky & Walker LLP |
| Lopach | Dennis | NorthWestern Corporation (Attorney) |

**Privilege Log Name References**

| Last Name | First Name | Employer |
|---|---|---|
| Lydic | Tammy | NorthWestern Corporation |
| Mack | Shelley | Gibson, Dunn & Crutcher LLP |
| Magle | Scott | NorthWestern Corporation |
| Manion | Michael P | NorthWestern Corporation (Attorney) |
| Marks | Patti | Dewey Ballantine LLP |
| marmueller@deloitte.com | | Deloitte & Touche USA LLP |
| Masud | Ahmad | Credits Suisse Group (CSFB) |
| McCarrick | James | Paul, Hastings, Janofsky & Walker LLP |
| McGrady | Sean | Paul, Hastings, Janofsky & Walker LLP |
| Mead | R. | Gavin Anderson |
| Metcalf | Laurie | Securities and Exchange Commission |
| Mickelson | Mark | BlueDots, Inc. |
| Miller | Richard | NorthWestern Corporation |
| Mills | Roger | PricewaterhouseCoopers |
| Mitchell | James | Paul, Hastings, Janofsky & Walker LLP |
| Moloney | J. | Gibson, Dunn & Crutcher LLP |
| Monaghan | David A. | NorthWestern Corporation Energy, NorthWestern Corporation Communications |
| Moresco | Scott E. | KPMG International |
| Morris | D. | Gavin Anderson |
| Morrow | Donald L. | Paul, Hastings, Janofsky & Walker LLP |
| Mulholland | Evan | Paul, Hastings, Janofsky & Walker LLP |
| Musur | Robert J. | BearingPoint |
| Nault | C. | Gibson, Dunn & Crutcher LLP |
| Neal | Sally | NorthWestern Corporation |
| Neiman | Michael L | NorthWestern Corporation |
| Nelson | Robert | Montana Consumer Council |
| Ness | Larry | NorthWestern Corporation |
| Newell | Daniel | NorthWestern Corporation Growth Company, BlueDots, Inc. |
| Newell | Dan | BlueDots, Inc. |
| Ng | Emilie | NorthWestern Corporation |
| Nolander | Jan | NorthWestern Corporation |
| Norton | Dale | NorthWestern Corporation |
| Nye | Dick | NorthWestern Corporation |
| O'Brien | Peter | Dewey Ballantine LLP |
| Oen | Terri L. | KPMG International |
| O'Keefe | Jeffrey | Thomson Financial / Carson |
| Olbrantz | Jody | Arthur Andersen |
| Olson | David A. | Deloitte & Touche USA LLP , Arthur Andersen |
| Opich | Joseph P. | Paul, Hastings, Janofsky & Walker LLP |
| Orme | Kipp D. | NorthWestern Corporation |
| Owens | Gregory M. | Dewey Ballantine LLP |
| Paine | J. C. | Stoel Rives LLP |
| Pascoe | William | NorthWestern Corporation |
| Patrizia | Charles | Paul, Hastings, Janofsky & Walker LLP |
| Pearce | William P. | Pearce Durick |
| Pellegrino | Jeffrey | Paul, Hastings, Janofsky & Walker LLP |
| Petersen | Mark | Leonard, Street and Deinard Professional Association |
| Pohl | Curtis | NorthWestern Corporation |
| Polacek | Steven | Deloitte & Touche USA LLP |
| Pollock | Thomas R. | Paul, Hastings, Janofsky & Walker LLP |
| Price | Tonya | Expanets, Inc. |
| Pronesti | Frank | BlueDots, Inc. |
| Quam (Hanson) | Jana | NorthWestern Corporation |
| Quick | Laura | NorthWestern Corporation |
| Ralph | Pamela | NorthWestern Corporation |

4

**Privilege Log Name References**

| Last Name | First Name | Employer |
|---|---|---|
| Randen | Paula | NorthWestern Corporation |
| Rapkoch | Claudia | NorthWestern Corporation |
| Rappaport | Jennifer L. | Paul, Hastings, Janofsky & Walker LLP |
| Rausch | Dan | BlueDots, Inc. |
| Reardon | Pat | NorthWestern Corporation |
| Reding | John A. | Paul, Hastings, Janofsky & Walker LLP |
| Reidy | Daniel | Jones Day |
| Richter | Peg | NorthWestern Corporation |
| Roake | Tim | Gibson, Dunn & Crutcher LLP |
| Roark | Teri | BlueDots, Inc. |
| Roof | Becky | Alix Partners |
| Roos | David | Gibson, Dunn & Crutcher LLP |
| Rose | Kevin | Moody's Investors Service |
| Rose | Shea | NorthWestern Corporation |
| Rosenwasser | M. | Vinson & Elkins LLP |
| Ruffatto | Steven P. | Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. |
| Rushton | Lisa K. | Paul, Hastings, Janofsky & Walker LLP |
| Sachs | Omri | Paul, Hastings, Janofsky & Walker LLP |
| Sagi | Mor | Cavallo Capital Corporation |
| Saks | Scott R. | Paul, Hastings, Janofsky & Walker LLP |
| Sanchez | Rosa | Leonard, Street and Deinard Professional Association |
| Scharfenberg | William P. | Paul, Hastings, Janofsky & Walker LLP |
| Schroeppel | Bobbi | NorthWestern Corporation |
| Schrum | Roger | NorthWestern Corporation |
| Schwartz | Melissa C. | Paul, Hastings, Janofsky & Walker LLP |
| Schwitter | William F. | Paul, Hastings, Janofsky & Walker LLP |
| Scott | Richard | Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. |
| Senechal | Ellen M. | Bank of New York, NorthWestern Corporation |
| Sengenberger | James | Expanets, Inc. |
| Seymann | Marilyn | NorthWestern Corporation |
| Shmulewitz | Jennifer | Paul, Hastings, Janofsky & Walker LLP |
| Shoesmith | Thomas M. | Paul, Hastings, Janofsky & Walker LLP |
| Short | Andrew M. | Paul, Hastings, Janofsky & Walker LLP |
| Showalter | Patricia | Paul, Hastings, Janofsky & Walker LLP |
| Smith | Bruce | NorthWestern Corporation |
| Smith | J. B. | Hamilton Communications |
| Smook | Karen | NorthWestern Corporation |
| Snella | Marty | Expanets, Inc. |
| Snider | Mark | BlueDots, Inc. |
| Sozio | Stephen G. | Jones Day |
| Stanford | Marcia | Leonard, Street and Deinard Professional Association |
| Staudinger | Gary | NorthWestern Corporation |
| Strjnik | Iwona | Paul, Hastings, Janofsky & Walker LLP |
| Strout | Wylie C. | Paul, Hastings, Janofsky & Walker LLP |
| Sullivan | William F. | Paul, Hastings, Janofsky & Walker LLP |
| Sun | David | Morgan Stanley |
| Superales | Linda | NorthWestern Corporation |
| Sutton | Keith M. | Paul, Hastings, Janofsky & Walker LLP |
| Swindler | R.M. | Vinson & Elkins LLP |
| Taylor | Michael G. | Leonard, Street and Deinard Professional Association |
| Thielbar | Bart | NorthWestern Corporation |
| Thomas | Tiffany | NorthWestern Corporation |
| Thompson | Mark | NorthWestern Corporation |
| Thompson | C. | Bear Stearns |
| Thomson | Leslie | Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P. |
| Toney | Mark | Alix Partners, NorthWestern Corporation |

**Privilege Log Name References**

| Last Name | First Name | Employer |
|-----------|-----------|----------|
| Torres | Rebecca | Paul, Hastings, Janofsky & Walker LLP |
| Trandem | Greg | NorthWestern Corporation |
| Tribble | Kimberly | Paul, Hastings, Janofsky & Walker LLP |
| Tyras | Jonathan C. | Paul, Hastings, Janofsky & Walker LLP |
| Urinko | Lori | NorthWestern Corporation |
| Valente | Mike | Expanets, Inc. |
| Van Camp | John | NorthWestern Corporation |
| Van Egmond | Lee | Reed Smith |
| Van Roden | John | NorthWestern Corporation |
| Vegliante | Reggie | NorthWestern Corporation |
| Vermiere | Richard | Gibson, Dunn & Crutcher LLP |
| Vesco | Elaine A. | NorthWestern Corporation |
| Vickman | S. | Deloitte & Touche USA LLP |
| Voecks | Shelly | NorthWestern Corporation |
| Voytek | Michael | Paul, Hastings, Janofsky & Walker LLP |
| Wagner | Dennis | NorthWestern Corporation |
| Walker | Jim | Expanets, Inc. |
| Wallman | Kristi | NorthWestern Corporation Communications |
| Welsh | Richard P. | NorthWestern Corporation |
| Watson | Ted | NorthWestern Corporation |
| Watson | Tom | NorthWestern Corporation |
| Weiler | Steven | Leonard, Street and Deinard Professional Association |
| Weiner | Christy | NorthWestern Corporation |
| Weitz | Mark | Leonard, Street and Deinard Professional Association |
| Welch | Jamie | Credite Suisse Group (CSFB) |
| Whitesel | Kurt | NorthWestern Corporation |
| Whitney | Kate | Montana Public Service Commission |
| Whurlocker | E. | PPL Corporation |
| Wiese | Jon | Expanets, Inc. |
| Wilcox | Joyce F | NorthWestern Corporation |
| Williams | Todd | ELM Investments LLC |
| Wilson | Brody | PricewaterhouseCoopers |
| Wilson | Nicole | NorthWestern Corporation |

6

# **Exhibit 9**

Magten / NorthWestern

## Documents Referenced in 4/5/07 Bagnato Letter

| Date Received | Bates Range | Docs Claimed To Be On 3/23/07 Privilege Log | Docs Admitted Not To Be On 3/23/07 Privilege Log |
|---|---|---|---|
| November 9, 2006 | NOR000001 – NOR010267 | | |
| December 18, 2006 (Replaced by CD on January 12, 2007)[1] | NOR010268 – NOR024601 | | |
| December 21, 2006 (Replaced by CD on January 12, 2007)[2] | NOR024602 – NOR034876 | | |
| January 4, 2007 | NOR034877 – NOR043145 | | |
| January 5, 2007 | NOR043146 – NOR045476 | | |
| January 11, 2007 | NOR045477 – NOR061203 | NOR053296 – NOR053297 | |
| January 19, 2007 (Replaced by CD on January 24, 2007)[3] | NOR061204 – NOR125681 | NOR066670 – NOR066671 NOR075185 – NOR075186 NOR086411 – NOR086412 NOR086481 – NOR086501 NOR088303 – NOR088305 NOR121152 – NOR121173 | NOR063216 – NOR063217 NOR067845 – NOR067886 NOR072813 – NOR072814 NOR072815 – NOR072816 NOR073773 – NOR073774 NOR076260 – NOR076261 NOR077858 – NOR077859 NOR081375 – NOR081376 NOR088910 – NOR088911 NOR092308 – NOR092309 NOR087633 – NOR087634 |

---

[1] Privileged documents were inadvertently produced
[2] Privileged documents were inadvertently produced
[3] CD contained corrupt files

- 1 -

ffny02\kimbaph\548411.2

| Date Received | Bates Range | Docs Claimed To Be On 3/23/07 Privilege Log | Docs Admitted Not To Be On 3/23/07 Privilege Log |
|---|---|---|---|
| | | | NOR117952 – NOR117953 NOR119158 – NOR119159 NOR124686 – NOR124687 |
| January 25, 2007 (Replaced by CD on February 12, 2007)[4] | NOR125682 – NOR198028 | NOR131455 NOR135865 – NOR135867 NOR142061 NOR149263 – NOR149264 NOR160675 – NOR160676 NOR173136 – NOR173138 NOR184691 – NOR184694 NOR184858 – NOR184859 NOR185818 – NOR185820 NOR187057 – NOR187058 NOR192884 – NOR192983 NOR193851 – NOR193853 | NOR160675 – NOR160676 |
| January 26, 2007 | NOR198029 – NOR201057 | | |
| February 1, 2007 | NOR201058 – NOR240526 | NOR240045 – NOR240046 | |
| February 9, 2007 | NOR240527 – NOR301546 | NOR265143 NOR275785 | |
| February 20, 2007 | NOR301547 – NOR317414 | | |
| February 26, 2007 | NOR317415 – NOR348807 | | |
| March 5, 2007 | NOR348808 – NOR440107 | NOR371624 – NOR372806 NOR374782 – NOR374792 NOR374829 – NOR375523 NOR411358 – NOR411450 NOR413446 – NOR413500 NOR414057 – NOR414114 | NOR366792 – NOR366809 NOR367014 – NOR367041 NOR367140 – NOR367151 NOR368029 – NOR368037 NOR368234 – NOR368261 NOR368363 – NOR368370 NOR405402 – NOR405403 |

[4] Privileged and non-responsive documents were inadvertently produced.

ffny02\kimbaph\548411.2

| Date Received | Bates Range | Docs Claimed To Be On 3/23/07 Privilege Log | Docs Admitted Not To Be On 3/23/07 Privilege Log |
|---|---|---|---|
| | | | NOR405928 – NOR405930<br>NOR406074 – NOR406075<br>NOR406175 – NOR406180<br>NOR406416 – NOR406455 |
| March 12, 2007 | NOR440108 – NOR441574 | | |
| March 14, 2007 | NOR441575 – NOR462091 | NOR441828 – NOR441832<br>NOR452810 – NOR452811<br>NOR452812<br>NOR452820<br>NOR458221 – NOR458226<br>NOR459119 – NOR459120<br>NOR458213 – NOR458215 | NOR458032 – NOR458035 |
| March 16, 2007 | NOR462092 – NOR463514 | | |
| March 23, 2007 | NOR463515 – NOR487037 | NOR463654<br>NOR481063 – NOR481064<br>NOR481065 – NOR481066<br>NOR482791 – NOR482793 | NOR469466<br>NOR479145 – NOR479146<br>NOR481065 – NOR481066 |

ffny02\ksmbaph\548411.2

# **Exhibit 10**

# Exhibit 10
# Redacted in its entirety

# **Exhibit 11**

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON      PARIS
LONDON       STAMFORD
MEXICO CITY  WASHINGTON, D.C.
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: (212) 696-8895
E-MAIL JBAGNATO@CM-P.COM

February 12, 2007

**VIA FEDERAL EXPRESS**

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Paul Spagnoletti, Esq.
Davis Polk & Wardwell
1600 El Camino Real
Menlo Park, CA 94025

Stanley Kaleczyc, Esq.
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
Helena, MT  59601

> Re:    *Magten Asset Management Corp. and Law*
> *Debenture Trust Co. v. NorthWestern Corp.*;
> <u>C.A. No. 04-1494-JJF</u>

Dear Counsel:

It has come to our attention that the DVD produced to you on January 25, 2007, inadvertently contained attorney-client privileged and nonresponsive documents. The bates ranges affected by this error are:

NOR177039 – NOR179214

NOR179313 – NOR180896

NOR179215 – NOR179301

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW                    Page 2                              February 12, 2007

NOR180897 – NOR181566.

Pursuant to Fed. R. Civ. P. 26(b)(5)(B), please destroy the DVD that was previously sent to you on or about January 25, 2007, or return it to my attention. I enclose a replacement DVD on which these documents have been removed from the production and replaced with blank pages. Thank you for your attention to this matter.

Sincerely,

Jennifer A. Bagnato

# **Exhibit 12**

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON    PARIS
LONDON    STAMFORD
MEXICO CITY    WASHINGTON, D.C.
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: (212) 696-8895
E-MAIL JBAGNATO@CM-P.COM

March 23, 2007

**VIA HAND DELIVERY**

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

      Re:    *Magten Asset Management Corp. and Law*
              *Debenture Trust Co. v. NorthWestern Corp.;*
              C.A. No. 04-1494-JJF

Dear Bonnie:

        Enclosed, on behalf of NorthWestern Corporation ("NorthWestern"), Michael J. Hanson and Ernest J. Kindt, please find the privilege log related to documents produced in connection with plaintiffs' first and second requests. We have provided a name reference chart with employer information for the names contained on the privilege log.

        In addition, I also enclose a DVD containing documents which we initially considered to be privileged but upon further review, have decided to produce. The documents on the DVD are numbered NOR463515 – 487037. Documents numbered NOR463515 – NOR464415 are produced on behalf of NorthWestern, Michael J. Hanson and Ernest J. Kindt. Documents numbered NOR464416 – 487037 are produced on behalf of NorthWestern. Also contained on the DVD is a Concordance load file which describes the document request number to which each document is responsive.

Page 2

The load file can be converted to another format (such as Word or Excel) for your convenience.

Very truly yours,

Jennifer A. Bagnato

Enclosure

Cc:    Paul Spagnoletti, Esq.
       Stanley T. Kaleczyc, Esq.
       (with enclosure via Federal Express)

# **Exhibit 13**

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT    MUSCAT
HOUSTON    PARIS
LONDON    STAMFORD
MEXICO CITY    WASHINGTON, D.C.
MILAN

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: (212) 696-8895
E-MAIL JBAGNATO@CM-P.COM

April 12, 2007

**VIA EMAIL**

John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Re:    *Magten Asset Management Corp. and Law
       Debenture Trust Co. v. NorthWestern Corp.*;
       <u>C.A. No. 04-1494-JJF</u>

Dear John:

The document numbered NOR 374460 through NOR374530 contains attorney
work product and attorney client privileged information and was inadvertently produced.
Pursuant to Fed. R. Civ. P. 26(b)(5)(B), and paragraph 8 of the Stipulated Protective Order filed
in the above referenced action, please destroy NOR 374460 through NOR374530, or return this
document to me.

Very truly yours,

Jennifer A. Bagnato

# **Exhibit 14**

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT    MUSCAT
HOUSTON      PARIS
LONDON       STAMFORD
MEXICO CITY  WASHINGTON, D.C.
MILAN

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: (212) 696-8895
E-MAIL JBAGNATO@CM-P.COM

April 12, 2007

**VIA EMAIL**

John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

> Re:   *Magten Asset Management Corp. and Law
>        Debenture Trust Co. v. NorthWestern Corp.*;
>        <u>C.A. No. 04-1494-JJF</u>

Dear John:

      The following documents contain attorney work product and attorney client privileged information and were inadvertently produced:

> NOR 067847-067849
> NOR 086481-086559
> NOR 367071-367073
> NOR 367124-367130
> NOR 368038-368101

      Pursuant to Fed. R. Civ. P. 26(b)(5)(B), and paragraph 8 of the Stipulated Protective Order filed in the above referenced action, please destroy all of the documents listed above, or return these documents to me.

Very truly yours,

Jennifer A. Bagnato

# **Exhibit 15**

# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT     MUSCAT
HOUSTON       PARIS
LONDON        STAMFORD
MEXICO CITY   WASHINGTON, D.C.
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: 212-696-6939
E-MAIL JPIZZURRO@CM-P.COM

April 11, 2007

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Dear Counsel:

      We have John Brewer's letter of earlier today regarding the privileged documents which were inadvertently produced on behalf of NorthWestern. The characterization in that letter of the provisions of Judge Farnan's Protective Order is both erroneous and presumptuous. Nothing in that Order gives the receiving party the right to unilaterally determine whether the notice is reasonable, the production inadvertent or the documents privileged. The Order is clear. When the receiving party gets a notice of inadvertent production of privileged material, that party must return or destroy the material. Thereafter, the burden is on the receiving party to move for an order compelling production "but such motion shall not assert as a ground for entering such an order the fact or circumstances of the inadvertent production." And until such a motion is decided, the receiving party is absolutely prohibited from making any use of the documents in question.

      The procedures and burdens imposed by the Court's Order are fully consistent with the provisions Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure, the provisions of which are conveniently omitted from Mr. Brewer's letter. Under that Rule, once the receiving party is notified of the claim of privilege with respect to documents already produced, the receiving party is under an absolute obligation to return, destroy or sequester those documents and bears the burden of bringing a motion before the Court to compel production.

      Thus, under both Federal Rules and Judge Farnan's Order, it is clear that your obligation is absolute. The designated documents must be returned or destroyed. Furthermore, you may make no use of any sort of those documents until you have made a motion and persuaded the Special Master or Court that the documents are not privileged. Furthermore, you

3570785v1

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Bonnie Steingart, Esq.
John W. Brewer, Esq.
April 11, 2007

Page 2

may not assert as a basis for such a motion the "fact or circumstances of the inadvertent production."*

      Your attempt to shift the burden on these issues to NorthWestern as the producing party is impermissible. NorthWestern is under no obligation to seek a protective order. Plaintiffs must move, or be forever prohibited from making any use of the documents. Indeed, much of Mr. Brewer's letter suggests that a review of these documents was undertaken subsequent to our notice to you of April 5 which would itself constitute a violation of the Order and the Rule.

      If Plaintiffs use any of the designated documents for any purpose whatsoever prior to a determination by the Court or Special Master that such documents are not privileged, you will not only be in violation of the Federal Rules but also in violation of Judge Farnan's Order, and we will pursue every remedy available to us, including seeking an Order that Plaintiffs and their counsel are in contempt of Court.

                    Yours truly,

                    Joseph D. Pizzurro

cc:  Gary L. Kaplan, Esq.
      Victoria W. Counihan, Esq.
      Denise Seastone Kraft, Esq.
      Dennis A. Meloro, Esq.
      John V. Snellings, Esq.
      Dale R. Dubé, Esq.
      Stanley T. Kaleczyc, Esq.
      Kimberly A. Beatty, Esq.

---

* While completely irrelevant to a determination of whether the documents in question are privileged, we note that Mr. Brewer's characterization of the circumstances of prior production recalls and consistent treatment of documents is either mistaken or intentionally misleading.

# **Exhibit 16**

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

FRANKFURT    MUSCAT
HOUSTON      PARIS
LONDON       STAMFORD
MEXICO CITY  WASHINGTON, D.C.
MILAN

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: (212) 696-8695
E-MAIL JBAGNATO@CM-P.COM

April 9, 2007

**VIA EMAIL**

John W. Brewer, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

      Re:    *Magten Asset Management Corp. and Law*
              *Debenture Trust Co. v. NorthWestern Corp.*;
              C.A. No. 04-1494-JJF

Dear John:

        In response to your March 29 letter, please see the attached chart which lists the documents on the privilege log of NorthWestern Corporation that we understand were produced to the Securities and Exchange Commission ("SEC"). We maintain our position that the delivery of these documents to the SEC does not constitute a waiver of any attorney client privilege or attorney work product privilege associated with these documents. In addition, we maintain our position that under Fed. R. Evid. 408, you are not entitled to documents designated on the log as Privilege Doc. Nos. 1512-1519 because these documents relate to settlement negotiations between NorthWestern (through its attorneys at Paul, Hastings, Janofsky & Walker LLP) and the SEC.

        We are reviewing the items listed in your April 5 letter and will provide a response later this week.

                      Very truly yours,

                      Jennifer A. Bagnato

Enclosure attached

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 2

John W. Brewer, Esq.
April 9, 2007

| | | |
|---|---|---|
| Priv. Doc. No. 1 | Priv. Doc. No. 205 | Priv. Doc. No. 373 |
| Priv. Doc. No. 2 | Priv. Doc. No. 206 | Priv. Doc. No. 376 |
| Priv. Doc. No. 6 | Priv. Doc. No. 209 | Priv. Doc. No. 382 |
| Priv. Doc. No. 15 | Priv. Doc. No. 212 | Priv. Doc. No. 384 |
| Priv. Doc. No. 16 | Priv. Doc. No. 218 | Priv. Doc. No. 388 |
| Priv. Doc. No. 71 | Priv. Doc. No. 219 | Priv. Doc. No. 389 |
| Priv. Doc. No. 84 | Priv. Doc. No. 220 | Priv. Doc. No. 392 |
| Priv. Doc. No. 91 | Priv. Doc. No. 221 | Priv. Doc. No. 395 |
| Priv. Doc. No. 92 | Priv. Doc. No. 225 | Priv. Doc. No. 396 |
| Priv. Doc. No. 100 | Priv. Doc. No. 227 | Priv. Doc. No. 397 |
| Priv. Doc. No. 108 | Priv. Doc. No. 231 | Priv. Doc. No. 401 |
| Priv. Doc. No. 142 | Priv. Doc. No. 243 | Priv. Doc. No. 402 |
| Priv. Doc. No. 143 | Priv. Doc. No. 244 | Priv. Doc. No. 403 |
| Priv. Doc. No. 146 | Priv. Doc. No. 272 | Priv. Doc. No. 406 |
| Priv. Doc. No. 147 | Priv. Doc. No. 273 | Priv. Doc. No. 407 |
| Priv. Doc. No. 149 | Priv. Doc. No. 275 | Priv. Doc. No. 408 |
| Priv. Doc. No. 150 | Priv. Doc. No. 279 | Priv. Doc. No. 409 |
| Priv. Doc. No. 151 | Priv. Doc. No. 293 | Priv. Doc. No. 411 |
| Priv. Doc. No. 160 | Priv. Doc. No. 295 | Priv. Doc. No. 412 |
| Priv. Doc. No. 161 | Priv. Doc. No. 296 | Priv. Doc. No. 413 |
| Priv. Doc. No. 162 | Priv. Doc. No. 297 | Priv. Doc. No. 414 |
| Priv. Doc. No. 164 | Priv. Doc. No. 299 | Priv. Doc. No. 415 |
| Priv. Doc. No. 166 | Priv. Doc. No. 300 | Priv. Doc. No. 417 |
| Priv. Doc. No. 171 | Priv. Doc. No. 301 | Priv. Doc. No. 418 |
| Priv. Doc. No. 173 | Priv. Doc. No. 322 | Priv. Doc. No. 419 |
| Priv. Doc. No. 174 | Priv. Doc. No. 323 | Priv. Doc. No. 420 |
| Priv. Doc. No. 177 | Priv. Doc. No. 331 | Priv. Doc. No. 421 |
| Priv. Doc. No. 178 | Priv. Doc. No. 344 | Priv. Doc. No. 422 |
| Priv. Doc. No. 180 | Priv. Doc. No. 346 | Priv. Doc. No. 423 |
| Priv. Doc. No. 181 | Priv. Doc. No. 347 | Priv. Doc. No. 424 |
| Priv. Doc. No. 183 | Priv. Doc. No. 348 | Priv. Doc. No. 426 |
| Priv. Doc. No. 184 | Priv. Doc. No. 350 | Priv. Doc. No. 430 |
| Priv. Doc. No. 187 | Priv. Doc. No. 351 | Priv. Doc. No. 431 |
| Priv. Doc. No. 188 | Priv. Doc. No. 352 | Priv. Doc. No. 432 |
| Priv. Doc. No. 191 | Priv. Doc. No. 353 | Priv. Doc. No. 434 |
| Priv. Doc. No. 193 | Priv. Doc. No. 362 | Priv. Doc. No. 435 |
| Priv. Doc. No. 194 | Priv. Doc. No. 364 | Priv. Doc. No. 436 |
| Priv. Doc. No. 195 | Priv. Doc. No. 367 | Priv. Doc. No. 437 |
| Priv. Doc. No. 196 | Priv. Doc. No. 368 | Priv. Doc. No. 438 |
| Priv. Doc. No. 197 | Priv. Doc. No. 369 | Priv. Doc. No. 439 |
| Priv. Doc. No. 204 | Priv. Doc. No. 370 | Priv. Doc. No. 440 |

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
ATTORNEYS AND COUNSELLORS AT LAW

Page 3

John W. Brewer, Esq.
April 9, 2007

| | | |
|---|---|---|
| Priv. Doc. No. 441 | Priv. Doc. No. 538 | Priv. Doc. No. 743 |
| Priv. Doc. No. 442 | Priv. Doc. No. 539 | Priv. Doc. No. 744 |
| Priv. Doc. No. 443 | Priv. Doc. No. 540 | Priv. Doc. No. 748 |
| Priv. Doc. No. 444 | Priv. Doc. No. 541 | Priv. Doc. No. 758 |
| Priv. Doc. No. 453 | Priv. Doc. No. 542 | Priv. Doc. No. 761 |
| Priv. Doc. No. 454 | Priv. Doc. No. 543 | Priv. Doc. No. 763 |
| Priv. Doc. No. 455 | Priv. Doc. No. 544 | Priv. Doc. No. 770 |
| Priv. Doc. No. 457 | Priv. Doc. No. 545 | Priv. Doc. No. 782 |
| Priv. Doc. No. 458 | Priv. Doc. No. 546 | Priv. Doc. No. 794 |
| Priv. Doc. No. 459 | Priv. Doc. No. 547 | Priv. Doc. No. 795 |
| Priv. Doc. No. 463 | Priv. Doc. No. 550 | Priv. Doc. No. 800 |
| Priv. Doc. No. 464 | Priv. Doc. No. 551 | Priv. Doc. No. 802 |
| Priv. Doc. No. 465 | Priv. Doc. No. 558 | Priv. Doc. No. 807 |
| Priv. Doc. No. 466 | Priv. Doc. No. 563 | Priv. Doc. No. 1467-1510 |
| Priv. Doc. No. 467 | Priv. Doc. No. 564 | Priv. Doc. No. 1512 |
| Priv. Doc. No. 478 | Priv. Doc. No. 565 | Priv. Doc. No. 1513 |
| Priv. Doc. No. 485 | Priv. Doc. No. 573 | Priv. Doc. No. 1514 |
| Priv. Doc. No. 487 | Priv. Doc. No. 575 | Priv. Doc. No. 1515 |
| Priv. Doc. No. 488 | Priv. Doc. No. 579 | Priv. Doc. No. 1516 |
| Priv. Doc. No. 489 | Priv. Doc. No. 595 | Priv. Doc. No. 1517 |
| Priv. Doc. No. 490 | Priv. Doc. No. 596 | Priv. Doc. No. 1518 |
| Priv. Doc. No. 491 | Priv. Doc. No. 600 | Priv. Doc. No. 1519 |
| Priv. Doc. No. 492 | Priv. Doc. No. 610 | Priv. Doc. No. 1626-1656 |
| Priv. Doc. No. 493 | Priv. Doc. No. 614 | Priv. Doc. No. 1658-1706 |
| Priv. Doc. No. 494 | Priv. Doc. No. 615 | Priv. Doc. No. 1708 |
| Priv. Doc. No. 495 | Priv. Doc. No. 619 | Priv. Doc. No. 1709 |
| Priv. Doc. No. 497 | Priv. Doc. No. 620 | Priv. Doc. No. 1711-1729 |
| Priv. Doc. No. 498 | Priv. Doc. No. 624 | Priv. Doc. No. 1731 |
| Priv. Doc. No. 499 | Priv. Doc. No. 626 | Priv. Doc. No. 1733 |
| Priv. Doc. No. 500 | Priv. Doc. No. 628 | Priv. Doc. No. 1734 |
| Priv. Doc. No. 502 | Priv. Doc. No. 633 | Priv. Doc. No. 1735 |
| Priv. Doc. No. 505 | Priv. Doc. No. 645 | Priv. Doc. No. 1736 |
| Priv. Doc. No. 510 | Priv. Doc. No. 648 | Priv. Doc. No. 1737 |
| Priv. Doc. No. 511 | Priv. Doc. No. 650 | Priv. Doc. No. 1738 |
| Priv. Doc. No. 529 | Priv. Doc. No. 651 | Priv. Doc. No. 1739 |
| Priv. Doc. No. 530 | Priv. Doc. No. 652 | Priv. Doc. No. 1740 |
| Priv. Doc. No. 531 | Priv. Doc. No. 661 | Priv. Doc. No. 1741 |
| Priv. Doc. No. 532 | Priv. Doc. No. 688 | Priv. Doc. No. 1742 |
| Priv. Doc. No. 533 | Priv. Doc. No. 692 | |
| Priv. Doc. No. 534 | Priv. Doc. No. 696 | |
| Priv. Doc. No. 535 | Priv. Doc. No. 697 | |
| Priv. Doc. No. 536 | Priv. Doc. No. 725 | |
| Priv. Doc. No. 537 | Priv. Doc. No. 729 | |

# **Exhibit 17**

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.4000
brewejo@ffhsj.com

March 14, 2007

Joseph D. Pizzuro
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178

Dear Joe:

As the deadlines for completion of NorthWestern's document production and privilege log approach, I wanted to follow up on a point you made in passing when we were before the Special Master. You took the position that you did not necessarily agree that your client's disclosure of documents to the SEC would waive any privilege or work product protection that might otherwise be available, despite the Third Circuit's clear holding to the contrary in *Westinghouse Elec. Corp. v. Republic of Philippines*, 951 F.2d 1414 (3d Cir. 1992). You indicated that this was because the *Westinghouse* case had been appealed out of the District of New Jersey, while our case was pending in Delaware.

On its face, the *Westinghouse* decision says nothing limiting its application to New Jersey or cases involving New Jersey law, but rather bases its holding on general common law principles applicable in any jurisdiction. We take it that you may have been hoping to combine the reference in Fed. R. Evid. 501 to the determination of certain privilege questions according to State law with Chancellor Chandler's unreported decision in *Saito v. McKesson HBOC, Inc.*, 2002 Del. Ch. LEXIS 125, recognizing so-called selective waiver. But even if *Saito* is a correct statement of Delaware state privilege law, it would have no application here. The "State law" rule 501 refers to is not the privilege law of the forum state where, as here, the forum state neither supplies the law governing the substantive claims in the case nor has anything to do with the assertedly privileged communications at issue. *See, e.g., Lego v. Stratos Lightwave, Inc.*, 224 F.R.D. 576, 578-79 (S.D.N.Y. 2004), and the numerous cases cited therein.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

Joseph D. Pizzuro                                    March 14, 2007

     Here, the substantive law governing plaintiffs' claims against NorthWestern is that of Montana, and it seems quite unlikely that any of the underlying documents disclosed to the SEC were created in Delaware. We are unaware of any Montana state law authority recognizing the selective waiver concept endorsed in *Saito*. As can be seen by the current heated controversy over proposed Fed. R. Evid. 502(c), which, if and when adopted, would enact the approach taken by cases like *Saito*, this is decidedly the minority position at present. Accordingly, we believe that the majority rule as adopted by the Third Circuit in *Westinghouse* is applicable here, and request that you consider carefully whether you have a good faith basis for withholding otherwise responsive documents which have been previously shared with the SEC. To the extent that you nonetheless refuse to provide such documents, we expect that your privilege log will clearly disclose which logged documents have been provided to the SEC or other third parties, to facilitate the necessary resolution of any disputes.

                             Very truly yours,

                             John W. Brewer

JWB:ner
547034.1

2

# **Exhibit 18**

# Exhibit 18
# Redacted in its entirety

# **Exhibit 19**

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.4000
brewejo@ffhsj.com

April 5, 2007

**VIA EMAIL**

Joseph Pizzurro
Nancy Delaney
Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

                    Re:    **Privilege Log Issues**

Dear Counsel:

        We are still awaiting a response to my March 29 letter to Joe with respect to
certain apparent deficiencies in your privilege log. Our review of the log is continuing
and we reserve the right to raise additional issues in the future.

        Attached is a list of items from your privilege log that simply do not appear to
be privileged based on the information provided on the face of the log. This list covers
only a portion of the log. We will provide you with a similar list with additional items
from the balance of the log. This list includes both documents where no lawyer is
shown as associated with the document and documents that are shown (based on the
information you provided in the accompanying names index) as having been
communicated to or from third parties outside any attorney/client relationship
NorthWestern or its subsidiaries might have had. Please produce such documents
immediately or supplement your log to provide an adequate factual basis for your claim
of privilege.

        Also, please clarify which of the law firms listed on the privilege log represented
NorthWestern and/or its subsidiaries and which, if any, represented third parties. For
example, item no. 812 would be privileged only if Paul Hastings and Cravath were both
representing NorthWestern. If each and every lawyer and law firm on the index of
names you provided was in fact representing NorthWestern at the relevant time, please

Fried, Frank, Harris, Shriver & Jacobson LLP

Joseph Pizzurro                                    April 5, 2007
Nancy Delaney                                      Page 2
Jennifer A. Bagnato


confirm that explicitly.

Thank you for your prompt attention to these issues.

Sincerely,

John W. Brewer


cc:     Gary Kaplan
        Bonnie Steingart
        Dale R. Dubé
        John V. Snellings
        Victoria Counihan


548254.1

**Initial List of Apparently Non-Privileged Documents by Document No.**

| | | | |
|---|---|---|---|
| Doc No. 2 | Doc No. 218 | Doc No. 352 | Doc No. 489 |
| Doc No. 16 | Doc No. 219 | Doc No. 361 | Doc No. 531 |
| Doc No. 29 | Doc No. 221 | Doc No. 364 | Doc No. 532 |
| Doc No. 41 | Doc No. 223 | Doc No. 367 | Doc No. 533 |
| Doc No. 55 | Doc No. 224 | Doc No. 368 | Doc No. 536 |
| Doc No. 56 | Doc No. 229 | Doc No. 369 | Doc No. 540 |
| Doc No. 61 | Doc No. 231 | Doc No. 370 | Doc No. 541 |
| Doc No. 69 | Doc No. 233 | Doc No. 373 | Doc No. 543 |
| Doc No. 87 | Doc No. 238 | Doc No. 389 | Doc No. 547 |
| Doc No. 91 | Doc No. 239 | Doc No. 391 | Doc No. 562 |
| Doc No. 92 | Doc No. 240 | Doc No. 392 | Doc No. 563 |
| Doc. No. 94 | Doc No. 241 | Doc No. 395 | Doc No. 564 |
| Doc No. 100 | Doc No. 243 | Doc No. 402 | Doc No. 565 |
| Doc No. 103 | Doc No. 246 | Doc No. 404 | Doc No. 567 |
| Doc No. 107 | Doc No. 247 | Doc No. 411 | Doc No. 568 |
| Doc No. 111 | Doc No. 248 | Doc No. 412 | Doc No. 569 |
| Doc No. 112 | Doc No. 255 | Doc No. 417 | Doc No. 572 |
| Doc No. 114 | Doc No. 261 | Doc No. 420 | Doc No. 577 |
| Doc No. 139 | Doc No. 262 | Doc No. 422 | Doc No. 579 |
| Doc No. 140 | Doc No. 263 | Doc No. 424 | Doc No. 582 |
| Doc No. 141 | Doc No. 264 | Doc No. 425 | Doc No. 583 |
| Doc No. 166 | Doc No. 265 | Doc No. 426 | Doc No. 584 |
| Doc No. 177 | Doc No. 266 | Doc No. 427 | Doc No. 586 |
| Doc No. 181 | Doc No. 267 | Doc No. 428 | Doc No. 592 |
| Doc No. 182 | Doc No. 268 | Doc No. 429 | Doc No. 594 |
| Doc No. 183 | Doc No. 269 | Doc No. 433 | Doc No. 596 |
| Doc No. 184 | Doc No. 270 | Doc No. 434 | Doc No. 597 |
| Doc No. 187 | Doc No. 271 | Doc No. 436 | Doc No. 598 |
| Doc No. 188 | Doc No. 274 | Doc No. 445 | |
| Doc No. 191 | Doc No. 275 | Doc No. 446 | |
| Doc No. 193 | Doc No. 276 | Doc No. 447 | |
| Doc No. 194 | Doc No. 277 | Doc No. 448 | |
| Doc No. 195 | Doc No. 278 | Doc No. 449 | |
| Doc No. 196 | Doc No. 280 | Doc No. 450 | |
| Doc No. 197 | Doc No. 281 | Doc No. 455 | |
| Doc No. 199 | Doc No. 282 | Doc No. 456 | |
| Doc No. 204 | Doc No. 338 | Doc No. 457 | |
| Doc No. 207 | Doc No. 341 | Doc No. 460 | |
| Doc No. 208 | Doc No. 344 | Doc No. 465 | |
| Doc No. 209 | Doc No. 348 | Doc No. 466 | |
| Doc No. 213 | Doc No. 349 | Doc No. 467 | |
| Doc No. 216 | Doc No. 350 | Doc No. 472 | |
| Doc No. 217 | Doc No. 351 | Doc No. 484 | |

# **Exhibit 20**

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.4000
brewejo@ffhsj.com

April 10, 2007

## VIA EMAIL

Joseph Pizzurro
Nancy Delaney
Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Dear Counsel:

Further to my letter of April 5, attached is a second list of items from your privilege log which appear on the face of the log not to be privileged (separate and apart from whether any privilege may have been waived by subsequent disclosure to the SEC not acknowledged in your initial log). Our review is continuing, and, in particular, the information requested in my prior letter as to which law firms may have been representing clients other than NorthWestern may lead to a number of additional such items.

Separately, we note that some items are described as "[redacted and produced]" (e.g., 652) and others as simply "[redacted]" (e.g., 1521). Please clarify whether the documents where the annotation does not specify that they were produced were or were not produced in redacted form. For all documents on your log which were produced in redacted form, please provide the Bates numbers of the redacted version and the item number on your log it corresponds to.

Sincerely,

John W. Brewer

cc:    Gary Kaplan
       Bonnie Steingart
       Dale R. Dubé
       John V. Snellings
       Victoria Counihan

Ffhy02/548274.1

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

ffhy02\brewejo\548493.2

**Second List of Apparently Non-Privileged Documents by Document No.**

| Doc No. 611 | Doc No. 810 | Doc No. 1335 |
|---|---|---|
| Doc No. 612 | Doc No. 865 | Doc No. 1336 |
| Doc No. 613 | Doc No. 1051 | Doc No. 1337 |
| Doc No. 616 | Doc No. 1052 | Doc No. 1338 |
| Doc No. 617 | Doc No. 1154 | Doc No. 1378 |
| Doc No. 618 | Doc No. 1155 | Doc No. 1379 |
| Doc No. 620 | Doc No. 1156 | Doc No. 1404 |
| Doc No. 622 | Doc No. 1157 | Doc No. 1410 |
| Doc No. 631 | Doc No. 1158 | Doc No. 1411 |
| Doc No. 638 | Doc No. 1159 | Doc No. 1412 |
| Doc No. 641 | Doc No. 1182 | Doc No. 1413 |
| Doc No. 664 | Doc No. 1199 | Doc No. 1414 |
| Doc No. 671 | Doc No. 1214 | Doc No. 1419 |
| Doc No. 679 | Doc No. 1232 | Doc No. 1444 |
| Doc No. 687 | Doc No. 1233 | Doc No. 1462 |
| Doc No. 702 | Doc No. 1237 | Doc No. 1463 |
| Doc No. 704 | Doc No. 1242 | Doc No. 1521 |
| Doc No. 708 | Doc No. 1254 | |
| Doc No. 709 | Doc No. 1255 | |
| Doc No. 710 | Doc No. 1256 | |
| Doc No. 712 | Doc No. 1257 | |
| Doc No. 713 | Doc No. 1260 | |
| Doc No. 721 | Doc No. 1261 | |
| Doc No. 724 | Doc No. 1262 | |
| Doc No. 725 | Doc No. 1263 | |
| Doc No. 726 | Doc No. 1264 | |
| Doc No. 727 | Doc No. 1265 | |
| Doc No. 730 | Doc No. 1266 | |
| Doc No. 734 | Doc No. 1267 | |
| Doc No. 735 | Doc No. 1268 | |
| Doc No. 736 | Doc No. 1269 | |
| Doc No. 737 | Doc No. 1270 | |
| Doc No. 738 | Doc No. 1271 | |
| Doc No. 740 | Doc No. 1272 | |
| Doc No. 746 | Doc No. 1273 | |
| Doc No. 753 | Doc No. 1280 | |
| Doc No. 771 | Doc No. 1281 | |
| Doc No. 784 | Doc No. 1282 | |
| Doc No. 789 | Doc No. 1331 | |
| Doc No. 791 | Doc No. 1332 | |
| Doc No. 798 | Doc No. 1333 | |
| Doc No. 799 | Doc No. 1334 | |

# **Exhibit 21**

Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.8584
brewejo@ffhsj.com

January 26, 2007

**VIA E-MAIL**

Joseph D. Pizzurro
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

> **Re:** *Magten Asset Management Corp. and Law Debenture Trust Co.*
> *v. Northwestern Corp.; C.A. No. 04-1494-JJF; Magten Asset*
> *Management Corp. v. Michael J. Hanson and Ernie J. Kindt;*
> *C.A. No. 05-0499-JJF*

Dear Joe:

We are writing to alert you to a technical glitch affecting some of the documents in the production you have made to date.

As we have reviewed the first few installments, it has come to our attention that certain of the documents produced cannot be properly viewed, either on-screen or when printed out. Specifically, certain Excel spreadsheets cannot be viewed as a complete spreadsheet because the documents are cut off both on-screen and when printed, and the missing pieces cannot easily be matched up. As we understand it, these problem documents were produced in TIF format. However, given these problems, it appears that in order to be able to review such Excel documents effectively, we need the native version (*i.e.* the Excel format) of the documents. According to our technical support people, along with these native documents we will need a loadfile that will allow us to import the documents into our current database. This loadfile will need to contain both the BegDoc (*i.e.* the beginning bates number) and the name of the Excel file. If your technical people think a different approach would be more effective in resolving the problem, we're happy to discuss that.

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

January 26, 2007
Page 2


        We attach as exhibit A is a list of documents from the earlier tranches of the
production that we know present this problem.  This list is not necessarily
comprehensive, and does not reflect review of the more recently-received installments.
We would appreciate it if you could please send us appropriately-formatted
replacements for these documents and all others from the later (and future) installments
which are likely to present the same issue so that neither of us needs to repeat this
exercise.

        Thank you for your prompt attention to this matter.


                                                Sincerely,

                                                John W. Brewer


cc:      Gary Kaplan
         Bonnie Steingart
         Dale R. Dubé
         John V. Snellings
         Victoria Counihan

# EXHIBIT A

| |
|---|
| NOR010279 – NOR010677 |
| NOR010678 – NOR011153 |
| NOR011154 – NOR011567 |
| NOR011568 – NOR011695 |
| NOR011696 – NOR011917 |
| NOR011918 – NOR012045 |
| NOR012047 – NOR012157 |
| NOR014959 – NOR015694 |
| NOR017572 – NOR017582 |
| NOR018536 – NOR019095 |
| NOR021871 – NOR022292 |
| NOR023520 – NOR023893 |
| NOR025170 – NOR025314 |
| NOR025552 – NOR025722 |
| NOR025723 – NOR025817 |
| NOR025960 – NOR026172 |
| NOR026686 – NOR027175 |
| NOR028599 – NOR028798 |
| NOR028853 – NOR029053 |
| NOR029054 – NOR029256 |
| NOR029285 – NOR029293 |
| NOR032211 – NOR032308 |
| NOR032333 – NOR032485 |
| NOR032486 – NOR032589 |
| NOR032591 – NOR032707 |
| NOR032772 – NOR032777 |
| NOR032795 – NOR032944 |

# **Exhibit 22**

Fried, Frank, Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8504
Fax: 212.859.8583
nadrijo@ffhsj.com

March 14, 2007

**VIA E-MAIL**

Jennifer Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Re:   *Magten Asset Management Corp. and Law Debenture Trust Co.
      v. Northwestern Corp.; C.A. No. 04-1494-JJF; Magten Asset
      Management Corp. v. Michael J. Hanson and Ernie J. Kindt;
      C.A. No. 05-0499-JJF*

Dear Jennifer:

We are in receipt of your letter dated March 13 in which you enclosed a CD
containing an installment of reformatted documents in response to our letter dated
January 26. We note that these replacement documents were sent more than six weeks
after we sent our initial letter of January 26, and after we were constrained to send two
follow-up emails inquiring as to the status of the replacement documents. Although we
asked that you produce the problem documents in their native format (*i.e.* the Excel
format), which our technical people told us was necessary to ensure readability, you
produced the documents in PDF format so we are still assessing whether the readability
problem has been resolved. Just as importantly, it appears that you have only
reformatted the specific documents we identified in our letter by way of illustration.

As we explicitly stated in our January 26 letter, the list of problematic
documents enclosed was merely illustrative and was not a comprehensive list of all
problem documents. In fact, in each correspondence (both by letter and email), we
specifically requested that you send us appropriately-formatted replacements for all
other Excel documents from later and future installments, which were likely to present
the same issue so that neither of us needed to repeat this exercise. We are disappointed
that, despite our repeated requests, you have continued to produce documents in an

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

March 14, 2007
Page 2

unreadable format and have not taken any steps to replace the other problem documents.
For example, in your production of documents on February 12 and February 20,
documents bate stamped NOR264850 and NOR307914 present the same technical
problem (which we alerted you to in our January 26 letter) such that they cannot be
properly viewed, either on-screen or when printed out. Again, this is merely illustrative
as there are numerous documents with this identical problem.

Given NorthWestern's upcoming discovery deadline of Friday, March 16, we
expect that you will replace all documents presenting this problem (as requested in our
January 26 letter) by the end of the day on Friday.

Thank you for your prompt attention to this matter.

Sincerely,

Jordanna Nadritch (KD)

Jordanna Nadritch

cc:    Gary Kaplan
       Bonnie Steingart
       John W. Brewer
       Dale R. Dubé
       John V. Snellings
       Joseph Pizzuro
       Victoria Counihan

# **Exhibit 23**

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com



Direct Line: 212.859.8736
Fax: 212.859.8584
brewejo@ffhsj.com

March 19, 2007

**VIA E-MAIL**

Jennifer A. Bagnato
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

                    Re:    **Replacement of Illegible TIF files of Excel documents**

Dear Jennifer:

        Because Jordanna Nadritch is out of the office today, I am responding to your
letter dated March 16. The history of this issue is clear from the record, and cannot be
changed by attempts to recharacterize it after the fact, no matter how much rhetoric you
may deploy for that purpose. In my letter of January 26 to Joe Pizzurro, we alerted you
to the problem, gave a technical description as to the apparent cause of the problem, and
specifically requested that you remedy the problem in specified ways as to all Excel-
based documents in your production, past and future. Other than general assurances
(provided only when prodded) that you were working on the issue, you provided no
substantive response until March 13 – six and a half weeks later and only three days
before your deadline for completion of discovery. That response, which you
inexplicably characterize as "prompt[]," was inadequate and incomplete. Your feigned
indignation at the deadline imposed by Jordanna's letter is not credible, since all that
was requested was a full and satisfactory response to the request made in my January 26
letter by no later than the Special Master's long-established deadline, which fell a full
seven weeks after the request was made.

        As to the scope of the documents which should have been reformatted, the
January 26 letter read in pertinent part:

                    We attach as exhibit A is a list of documents from the
                    earlier tranches of the production that we know present
                    this problem. This list is not necessarily comprehensive,

New York • Washington DC • London • Paris • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership

Fried, Frank, Harris, Shriver & Jacobson LLP

March 19, 2007
Page 2

and does not reflect review of the more recently-received
installments. **We would appreciate it if you could
please send us appropriately-formatted replacements
for these documents and all others from the later (and
future) installments which are likely to present the
same issue so that neither of us needs to repeat this
exercise.**

This point was repeated in the follow-up emails referred to in Jordanna's letter and was
also discussed by us by telephone in either our March 1 conversation or our March 5
conversation, or possibly both. In that conversation, I understood you to say that your
technical people were trying to figure out if there was a straightforward way to identify
all Excel documents in your production so that they could be replaced, and that you
would replace them if they could be so identified. I specifically asked you to let us
know one way or another as soon as possible, so that if you were unwilling to provide
replacements without a further list of Bates numbers from us we could address any need
to compile such a list sooner rather than later.

You did not let us know prior to March 13 that you were unwilling to comply
with this request, and even your March 16 letter does not appear to claim that you are
unable, as opposed to unwilling, to comply. Given that the original documents in their
original electronic form are either in your possession or that of your client, it is difficult
to believe that it would not have been substantially easier and less burdensome for you
to generate a reasonably accurate list of Excel-derived documents in the production than
it would be or will be for us to do so. But we could have done so long before now had
we been promptly advised that you were unwilling to take responsibility for solving the
problem you yourself had created.

It is particularly disturbing that you do not appear to have made any efforts to
avoid producing additional Excel documents in an illegible form after we had alerted
you to the problem. Over 56% of your production (in excess of 260,000) was made
subsequent to the January 26 letter, with, so far as we can tell, no different approach
taken with respect to Excel-derived documents. Based upon our prior conversations, we
had assumed that the original errors were inadvertent (without making any concessions
as to whether the level of pre-production quality control contemplated by the Federal
Rules was present), but it is more difficult to understand why the problem was
perpetuated after you had been made explicitly aware of it.

We should again note for the record that the January 26 letter requested, on
advice of our technical people, that the Excel documents be produced in their "native
version" and invited you to discuss alternatives to that request if your technical people
thought another approach could solve the problem. You neither provided the

Fried, Frank, Harris, Shriver & Jacobson LLP

March 19, 2007
Page 3

documents in native version nor sought to discuss alternatives with us, but simply
presented us with your reformatted documents as a fait accompli – 46 days later.

It appears that we now have no practical alternative but to compile a complete
list of Bates-numbers of the illegible Excel-derived documents and demand that you
replace them with legible versions. We reserve the right to seek reimbursement from
you for the costs we will be required to incur to compile this list. If you would like to
propose an alternative solution, please let us know immediately.

Thank you for your prompt attention to this matter.

Sincerely,

John W. Brewer

cc:    Gary Kaplan
       Bonnie Steingart
       Dale R. Dubé
       John V. Snellings
       Victoria Counihan