**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | C.A. No. 04-1494-(JJF) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | C.A. Action No. 05-499 (JJF) |

TO: Victoria Watson Counihan, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Ste. 1200
Wilmington, DE 19801

Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

**NOTICE OF DEPOSITION OF KENDELL KLIEWAR**

PLEASE TAKE NOTICE that Plaintiff Magten Asset Management Corp. will take the deposition of Kendell Kliewer commencing at 1:30 p.m. on May 1, 2007 and continuing until completed, at the offices of Blank Rome LLP, 1201 N. Market Street, Suite 800, Wilmington, DE 19801. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and may be recorded by stenographic and videographic means.

Dated: April 24, 2007

**BLANK ROME LLP**

Dale R. Dubé

Dale R. Dubé (DE No. 2863)
Bonnie G. Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: 302-425-6400
Facsimile: 302-425-6464

- and -

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Counsel for Magten Asset Management Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2007, I served by hand delivery and electronic filing the **NOTICE OF DEPOSITION OF KENDELL KLIEWER**, using CM/ECF which will send notification of such filing(s) to the following:

## BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 24th day of April, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

## BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings
Amanda Darwin
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Dale R. Dubé
Dale R. Dubé (No. 2863)



120087.01600/40168471v.1