# EXHIBIT 1

| Document No. | Privilege Type | Document Type | Date | Author | Recipient | Cc | Subject |
|---|---|---|---|---|---|---|---|
| 1626 | ACP | E-mail with attachment | 01/05/04 | T. Knapp | V. Carnevale (Avaya) | E. Jacobsen, M. Taylor, M. Censoplano | SEC subpoena |
| 1627 | ACP | Document | 01/06/04 | Paul, Hastings, Janofsky & Walker LLP | E. Jacobsen, T. Knapp | | SEC subpoena re: Expanets |
| 1628 | ACP | Document | none | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1629 | ACP | Document | none | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1630 | ACP | E-mail | 03/20/03 | Bill Janecke | Tom Watson | | NCS Audit (including electronic correspondence with Tom Knapp, John VanCamp) |
| 1631 | ACP | Document | | Bill Janecke | Tom Watson | | NCS Audit: Draft letter responding to concerns about audit expressed by Tom Watson) |
| 1632 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1633 | ACP | E-mail | 04/04/03 | Whitesel, Kurt | Orme, Kipp | VanCamp, John, Knapp, Tom | NCS Audit |
| 1634 | ACP | E-mail | 04/03/03 | VanCamp, John | Orme, Kipp, Roof, Becky | Knapp, Tom | NCS Audit |
| 1635 | ACP | E-mail | 02/17/03 | E. Jacobsen | T. Knapp | Whitesel, Kurt, Hanson, Mike (CEO), Orme, Kipp | NCS Audit Issues |
| 1636 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1637 | ACP | Document | 04/11/03 | John VanCamp | Mike Hanson; Kipp Orme | Gary Drook; Tom Knapp; Maurice Worsfold; Bruce Smith | Retaliation Claim by Internal Auditors |
| 1638 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1639 | ACP | E-mail | 03/20/03 | Tom Knapp | Bruce Smith | Drook, Gary, VanCamp, John | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1640 | ACP | E-mail | 04/06/03 | B. Thielbar | Knapp, Tom, VanCamp, John | Monaghan, David A; Hanson, Mike | NCS Audit |
| 1641 | ACP | Document | 11/08/02 | NorthWestern; T. Knapp | M. Hanson; D. Monaghan; M. Young | | Due Diligence Session to be arranged for next week with the CEO and CFO of the Company (the "Due Diligence Session") with respect to the quarterly report on Form 10-Q for the quarter ended September 30, 2002 (the "Current Report"). |
| 1642 | ACP | E-mail | 03/14/03 | K. Smook | T. Knapp | VanCamp, John; Bohrer, Kelly | NorCom Audit Discussions - DRAFT |
| 1643 | ACP | Document | 02/18/03 | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1644 | ACP | E-mail | 03/27/03 | Sally Neal | T. Knapp | | NCS Audit |
| 1645 | ACP | E-mail | 03/20/03 | Bill Janecke | T. Knapp | VanCamp, John; Hanson, Mike | NCS Audit |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1646 | ACP | E-mail | 03/20/03 | Bill Janecke | T. Knapp | VanCamp, John; Hanson, Mike | NCS Audit |
| 1647 | ACP | E-mail | 03/20/03 | T. Knapp | Bill Janecke | VanCamp, John; Hanson, Mike | NCS Audit |
| 1648 | ACP | E-mail | 03/19/03 | Bill Janecke | T. Knapp | VanCamp, John | NCS Audit |
| 1649 | ACP | E-mail | 03/17/03 | Karen Smook | John VanCamp; Tom Knapp | | 03-02 NorCom Audit |
| 1650 | ACP | Document | | Tom Knapp and John VanCamp | Gary Drook and Mike Hanson | Bruce I. Smith and Eric Jacobsen | Investigation of comments made by Internal Auditors Janecke and Ming during their performance evaluation |
| 1651 | ACP | Document | 04/11/03 | John VanCamp | Mike Hanson, Kipp Orme | Gary Drook; Tom Knapp; Maurice Worsfold, Bruce Smith | Retaliation Claim by Internal Auditors |
| 1652 | ACP | Document | 11/08/02 | NorthWestern; T. Knapp | M. Hanson; D. Monaghan, M. Young | | Due Diligence Session to be arranged for next week with the CEO and CFO of the Company (the "Due Diligence Session") with respect to the quarterly report on Form 10-Q for the quarter ended September 30, 2002 (the "Current Report"). |
| 1653 | ACP | E-mail | 03/26/03 | T. Atkinson | K. Kliewer, J. Charters, C. Younger, R. Fresia, M. Snella; L. Clark | E. Jacobsen; K. Orme, K. Whitesel | Impairment of Expanets (including forwarded message from Expanets Disclosure Sub-Committee) |
| 1654 | ACP | Document | 01/22/01 | NOR Board of Directors | M. Hanson; E. Jacobsen | | Update on Montana Power Co. Transaction |
| 1655 | ACP | Document | 07/26/02 | Paul, Hastings, Janofsky & Walker LLP | Deloitte & Touche USA LLP | | Resolution of BOD re: transfer of N.W.E. assets into NOR |
| 1656 | ACP | Document | 08/14/02 | T. Pollock, M. Zuppone | | | Analysis of Class B common stock of Blue Dots, Expanets |
| 1657 | ACP | Document | 05/02/02 | Paul, Hastings, Janofsky & Walker LLP | E. Jacobsen | | Documentation supporting Item 1 in NOR's 2001 10-K |
| 1658 | ACP | E-mail | 03/15/03 | K. Orme | Whitesel, Kurt; Jacobsen, Eric; Roof, Becky | K. Kliewer | Expanets financial model |
| 1659 | ACP | E-mail | 03/26/03 | T. Atkinson | Kliewer, Kendall, Atkinson, Tim; Charters, John; Younger, Chris; Fresia, Rick, Snella, Marty; Clark, Lonnie | Jacobsen, Eric, Orme, Kipp; Whitesel, Kurt | Expanets impairment analysis |
| 1660 | ACP | Document | 04/10/03 | R. Fresia | E. Jacobsen | | Edits to description of Expanets' financial condition |
| 1661 | ACP | Document | 12/16/02 | Jean Hamm | Jim Bertrand (Leonard Street and Deinard) | | Impact of Credit Downgrade on NOR's Obligations Under EEI Agreement with PPL Montana |
| 1662 | ACP | Document | 11/07/03 | D. Newell; R. Kennedy | G. Drook; B. Austin | NOR Audit Committee; E. Jacobsen; M. Worsfold; K. Kliewer | Q3 Reportable Events Highlighting Internal Control Weaknesses at Blue Dots |
| 1663 | ACP | Document | 11/16/03 | Jess Austin (Paul, Hastings, Janofsky & Walker LLP) | Gary Drook, Larry Ness, Larry Ramaekers, Jerry Johnson | Mike Hanson; Bill Austin, E. Jacobsen; Karol Denniston; Tom Pollock; David Kurtz; Andrew Yearley | Development of NOR reorganization plan |
| 1664 | ACP | Document | 08/21/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Corp. | | Chapter 11 Process and Issues |

| # | | | | | |
|---|---|---|---|---|---|
| 1665 | ACP/AWP | Document | | Kipp Orme, Eric Jacobsen, Kurt Whitesel, Mike Nieman | Anderson Issues Matrix (created by Arthur Andersen LLP for NorthWestern) |
| 1666 | ACP | Document | | T. Pollock | Financial Issues at NorthWestern relevant to D&T's review |
| 1667 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | Testimony of R. Fresia re: Hylland |
| 1668 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | Testimony of various officers of NOR and subsidiaries re: Hylland |
| 1669 | ACP/AWP | Document | 04/25/03 | Special Committee of the Board of Directors and PHJW as special counsel | Investigation of Richard Hylland's performance and conduct in connection with mis-management of NorthWestern and its subsidiaries |
| 1670 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | |
| 1671 | ACP/AWP | Document | 06/09/03 | Marty Snella | Testimony of John Charters re: Hylland |
| 1672 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | Draft Expanets Expert Chronology |
| 1673 | ACP/AWP | Document | | Paul, Hastings, Janofsky & Walker LLP | Chronology of NorthWestern Internal Communications |
| 1674 | ACP | Document | 04/30/03 | Paul, Hastings, Janofsky & Walker LLP | Chronology of NorthWestern External Communications |
| | | | | | Summary of R. Fresia's Employment Agreement and events during his tenure |
| 1675 | ACP/AWP | Document | 11/12/02 | Expanets' Disclosure Sub-Committee | Accounting Issues at Expanets (including impairment of goodwill) (clean and blacklined versions) |
| 1676 | ACP | Document | 11/13/02 | Expanets Disclosure Subcommittee | Expanets Sub-Committee, 2d Report 3d Q 2002 |
| 1677 | ACP | Document | 04/25/03 | Special Committee of the Board of Directors and PHJW as special counsel | NorthWestern Board of Directors |
| | | | | | Investigation of Richard Hylland's performance and conduct in connection with mis-management of NorthWestern and its subsidiaries |
| 1678 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | Declaration of Merle Lewis to PHJW pursuant to Hylland investigation |
| 1679 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | Declaration of Richard Hylland to PHJW |
| 1680 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | Declaration of Kipp Orme to PHJW |
| 1681 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | Declaration of Kurt Whitesel to PHJW |
| 1682 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | Declaration of Michael Neiman to PHJW |
| 1683 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | Declaration of John Charters to PHJW |

| # | Type | Date | From | To/CC | Description |
|---|---|---|---|---|---|
| 1684 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Richard Fresia to PHJW |
| 1685 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Timothy Atkinson to PHJW |
| 1686 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Lonnie Clark to PHJW |
| 1687 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Martin Snella to PHJW |
| 1688 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Robert Kennedy to PHJW |
| 1689 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Mark Toney to PHJW |
| 1690 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Steve Polacek to PHJW |
| 1691 | ACP/AWP | Document | April 2003 | Paul, Hastings, Janofsky & Walker LLP | | Declaration of Clifford Hoffman to PHJW |
| 1692 | ACP/AWP | E-mail | 04/10/03 | Paul, Hastings, Janofsky & Walker LLP | Gary Drook | E-mail messages received from R. Hyliand |
| 1693 | ACP/AWP | Document | 03/10/03 | Paul, Hastings, Janofsky & Walker LLP | | Chronology of NOR public statements re: Significant Forecasts and Operating Trends for the Period Beginning December 2001 March 10, 2003 |
| 1694 | | Document | 03/17/03 | Paul, Hastings, Janofsky & Walker LLP | | Summary of Management Financial and Information Reports of Northwestern Corporation |
| 1695 | ACP/AWP | Document | 03/20/03 | Paul, Hastings, Janofsky & Walker LLP | | Summary of Materials Provided to Board of Directors of Northwestern Corporation |
| 1696 | ACP | Document | 02/03/03 | Alan Dietrich | E. Jacobsen | Resolutions of NOR BOD re. diversified investments |
| 1697 | ACP | Document | 03/24/03 | Expanets' Disclosure Sub-Committee | Disclosure Committee | 2002 financial statements / restatements |
| 1698 | ACP | E-mail | 11/09/02 | Kipp Orme | Bruce Smith, Gary Drook, Hyland, Richard, Jerry Johnson, Larry Ness, Lewis, Merle, Marilyn Seymann, Randy Darcy | E. Jacobsen, K. Smook, Candy Boub, Diane Dutcher, Irene Fellner, Peg Richter, Suzette Buron, Forinash, Barbara, Dewey, Irene, Whitesel, Kurt | Documents re: NOR disclosure procedures and legal disclosure requirements |
| 1699 | ACP | E-mail | 11/12/02 | T. Atkinson | K. Whitesel, K. Orme, E. Jacobsen | Expanets Sub-Committee, 2d Report 3d Q 2002 |
| 1700 | ACP | E-mail | 11/21/02 | E. Jacobsen | T. Pollock, W. Schwitter | Disclosure obligations |
| 1701 | ACP | Document | 12/04/02 | K. Orme | K. Whitesel, M. Neiman | E. Jacobsen memo to BOD re: CSFB First Mortgage Bond financing project, Deloitte & Touche USA LLP examination at Expanets, likely timing of BOD meetings and public disclosures |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1702 | ACP | Document | 12/09/02 | K. Orme | Richter, Peg, Hylland, Richard, Jacobsen, Eric, Lewis, Merle, Fresia, Rick, Charters, John, Whitesel, Kurt, Bruce I. Smith, Polacek, Steven L. Hoffman, Cliff, Arends, Craig, Pollock, Thomas R., Smook, Karen, Forinash, Barbara, Dewey, Irene | Memo re: Issues with Expanets' accounting and "range of exposure" (prepared by Expanets, D&T and NOR) |
| 1703 | ACP | E-mail | 12/09/02 | T. Atkinson | K. Whitesel, R. Fresia, L. Clark | Re: Legal opinion of E. Jacobsen and A. Dietrich re: potential damages exposure in Schleicher arbitration |
| 1704 | ACP/AWP | Document | 05/03/03 | J. Dickey (Gibson Dunn & Crutcher LLP) | NorthWestern Corp. | Interview with R. Hylland |
| 1705 | ACP/AWP | Document | 05/03/03 | J. Dickey (Gibson Dunn & Crutcher LLP) | File | Summary Of Interviews with the following individuals: Dan Newell (NOR Senior VP), Kipp Orme (NOR CFO), Kurt Whitesel (NOR VP/Controller), Mike Nieman (NOR Director of FP&A), Eric Jacobsen (NOR General Counsel), Marty Barrack (Expanets VP Legal Affairs), Mike Valente (Expanets Sr. VP Info. Tech.), John Charters (Expanets CEO), Lonnie Clark (Expanets Controller), Reggie Vegliante, Marty Snella (Expanets CIO/CTO), Tim Atkinson (Expanets VP/General Counsel), Chris Younger (Expanets President), Jim Walker (former Expanets CEO), Rick Fresia (Expanets CFO), Kristine Donovan (former Expanets Controller), Kendall Kliewer, Alan Dietrich, Tom Knapp (NOR attorney), Becky Roof (Alix Partners), Cliff Hoffman (Deloitte & Touche USA LLP), Steve Polacek (Deloitte & Touche USA LLP), Jack Redding (Paul, Hastings, Janofsky & Walker LLP) and Tom Pollock (Paul, Hastings, Janofsky & Walker LLP). |
| 1706 | ACP/AWP | Document | 04/06/03 | Gibson Dunn & Crutcher LLP | | Partial Summary of Events at Expanets Related to Restatement at NorthWestern |
| 1707 | ACP | Document | Dec 2003 | Jack Redding | Gary Drook | Gibson Dunn & Crutcher LLP Presentation to Litigation Committee of BOD re: ongoing suits |
| 1708 | ACP | E-mail | 01/29/03 | E. Jacobsen | Gary Drook | Issues to be discussed at Blue Dots BOD meeting |
| 1709 | ACP | E-mail | 01/21/03 | E. Jacobsen | Gary Drook | Mark Toney, Cary Thompson, Thomas Pollock | Financial issues at AVAYA and Expanets |
| 1710 | ACP | Document | Oct 2004 | Paul, Hastings, Janofsky & Walker LLP | | Financial issues at AVAYA and Expanets |
| 1711 | ACP | Document | | | | Sarbanes-Oxley |
| 1712 | ACP | Document | 05/07/03 | Disclosure Committee | Expanets Disclosure Subcommittee | Riders 31A, 39A to financial statements First report, Q1 2003 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1713 | ACP | Document | 02/08/02 | Paul, Hastings, Janofsky & Walker LLP | | Draft, Preliminary Confidential Offering Circular for NOR Notes |
| 1714 | ACP | Document | Sept 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | Draft letter re: NOR and N.W.E. filings from 2001, 2002 |
| 1715 | ACP | Document | 08/30/02 | Paul, Hastings, Janofsky & Walker LLP | SEC | Draft letter re: NOR and N.W.E. filings from 2001, 2002 |
| 1716 | ACP | Document | 08/14/02 | T. Pollock, M. Zuppone | Deloitte & Touche USA LLP | Class B common stock of Blue Dots and Expanets |
| 1717 | ACP | Document | June 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | Draft letter re: S-4 and 2001 10-K filed by NorthWestern |
| 1718 | ACP | Document | June 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | Draft letter re: S-4 and 2001 10-K filed by NorthWestern |
| 1719 | ACP | Document | June 2002 | Paul, Hastings, Janofsky & Walker LLP | SEC | Draft letter re: S-4 and 2001 10-K filed by NorthWestern |
| 1720 | ACP | Document | 07/12/02 | Paul, Hastings, Janofsky & Walker LLP | SEC | Draft letter re: NOR and N.W.E. filings from 2001, 2002 |
| 1721 | ACP | Document | 04/19/02 | Scott Saks, Jon Tyras | E. Jacobsen | NOR's potential to issue debt under FERC agreement |
| 1722 | ACP | Document | 08/07/02 | Thomas Pollock | Alan Dietrich, Thomas Pollock, Charles Patrizia, Kevin Conboy | Memo re: possible detailed response to a question that may come up during the quarterly earnings call regarding whether NorthWestern is the subject of a SEC inquiry or investigation |
| 1723 | ACP | Document | | | | Lead-In to 10-K re: year end adjustments requiring quarterly restatements |
| 1724 | ACP | Document | | | | Insert to PHJW audit letter response detailing current and potential litigation |
| 1725 | ACP | Document | 04/09/03 | Paul, Hastings, Janofsky & Walker LLP | Deloitte & Touche USA LLP | Information furnished to D&T as auditors at request of NorthWestern |
| 1726 | ACP | Document | | Blue Dot Sarbanes-Oxley Subcommittee | | Memo re: Selected Risks, Trends, Uncertainties in Blue Dot's Business |
| 1727 | ACP | Document | 03/24/03 | Expanets Disclosure Subcommittee | | Discussion of Blue Dots' Accrual Restatement by Members of Expanets' Disclosure Sub-Committee |
| 1728 | ACP | Document | 03/24/03 | Disclosure Committee | Expanets Disclosure Subcommittee | Issues relative to 2002 10-K and quarterly restatements |
| 1729 | ACP | Email | 12/04/02 | Lewis, Merle | Jacobsen, Eric | 12-4-02 NOR BOD Meeting Postponed (NOR 072813-14, NOR 0632216-7, NOR0667845-86, NOR072813-14, NOR072815-16, NOR073773-74, NOR0777858-59, NOR081375-76, NOR088910-11, NOR092308-09, NOR119158-9, NOR124686-7) |
| 1730 | ACP | Email | 09/06/02 | Tyras, Jonathan C. | Jacobsen, Eric, Orme, Kipp | NorthWestern Form S-4 (NOR 08/7633-34, NOR 076260-61) |
| 1731 | ACP | Email | 12/18/02 | McCarrick, James | Pojacek, Steve | Northwestern (NOR 117952-953) |
| 1732 | ACP | Email | 12/20/02 | Orme, Kipp | Jacobsen, Eric | Going Flat (NOR 160675-76) |
| 1733 | ACP | Packet | 12/16/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | NOR reorganization plan (NOR 366792-809) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1734 | ACP | Packet | 08/25/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | Presentation re: NOR Reorganization (NOR 367014-041) |
| 1735 | ACP | Memo | 08/19/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | NorthWestern Corporation Litigation Status Update (NOR 367140-151; NOR 368363-70) |
| 1736 | ACP/AWP | Presentation | 08/20/03 | Paul, Hastings, Janofsky & Walker LLP | NorthWestern Board of Directors | NOR Chapter 11 Processes (NOR 368234-261) |
| 1737 | ACP | Packet | 08/15/03 | Paul, Hastings, Janofsky & Walker LLP | Jacobsen, Eric | NorthWestern Corp. Litigation Status Update Securities Class Action Litigation (NOR 368029-037) |
| 1738 | ACP | Email | 05/06/02 | Orme, Kipp | Jacobsen, Eric | SEC (NOR 405402-03) |
| 1739 | ACP | Email | 11/06/02 | Jacobsen, Eric | Schwitter, Bill; Pollack, Thomas | Results (NOR 405928-930) |
| 1740 | ACP | Email | 02/04/03 | Atkinson, Tim | Knapp, Tom | Schleicher Witnesses (NOR 406074-075) |
| 1741 | ACP | Email | 02/21/03 | Michael Devoe | Dietrich, Alan | Document Retention (NOR 406175-180) |
| | | | | | Newell, Daniel | |
| 1742 | ACP/AWP | Report | 07/18/03 | Special Committee of the Board of Directors and PHJW as special counsel | NorthWestern Board of Directors | Performance Evaluation for John Charters (NOR 406416-55) |
| 1743 | ACP | Email | 12/14/01 | Nieman, Michael L | Dietrich, Alan; Monaghan, David A | FERC Filing (NOR 458032-035) |
| 1744 | ACP | Email | 12/14/02 | Orme, Kipp | Schrum, Roger; Jacobsen, Eric; Scott Kline | Revised Re-Audit Release (NOR 469466) |
| 1745 | ACP | Email | 12/05/02 | Orme, Kipp | Bruce I. Smith; Hyland, Richard; Pollock, Thomas; Jacobsen, Eric | Board Meeting Material (NOR 479145-146) |
| 1746 | ACP | Email | 12/11/02 | Jacobsen, Eric | Smith, Bruce; Johnson, Jerry | Audit Comm. Review of Expanets Issues (NOR 481065-066) |