**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP.<br>and LAW DEBENTURE TRUST COMPANY<br>OF NEW YORK,<br><br>          Plaintiffs,<br>     v.<br><br>NORTHWESTERN CORPORATION,<br><br>          Defendant. | Civil Action No. 04-1494 (JJF) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>          Plaintiff,<br>     v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>          Defendants. | Civil Action No. 05-499 (JJF) |

**AMENDED NOTICE OF DEPOSITION OF**
**NORTHWESTERN CORPORATION PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that the Notice of Deposition of NorthWestern Corporation pursuant to Rule 30(b)(6) [D.I. 164 in Case 04-1494; and D.I. 198 in Case 05-499] (the "Notice of Deposition") is hereby amended to add one additional Noticed Topic and one additional Definition, as follows:

**ADDITIONAL NOTICED TOPIC**

The issues raised in the April 25 SEC Actions.

**DEFINITION**

"April 25 SEC Actions" means the actions commenced by the Securities and Exchange Commission in the U.S. District Court for the District of South Dakota on April 25, 2007 against

120087.01600/40168519v.1

NorthWestern's former officers Merle D. Lewis, Richard R. Hylland, Kurt D. Whitesel and Kipp D. Orme, with civil action numbers 07-4057 through -4060.

PLEASE TAKE FURTHER NOTICE that the Notice of Deposition remains the same as originally noticed in all other respects.

Dated: April 26, 2007

**BLANK ROME LLP**

/s/ Dale R. Dubé
Dale R. Dubé (DE No. 2863)
Bonnie G. Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: 302-425-6400
Facsimile: 302-425-6464

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart, Esq.
Gary Kaplan, Esq.
John Brewer, Esq.
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Counsel for Magten Asset Management
 Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2007, I served by hand delivery and electronic filing the Amended Notice of Deposition of NorthWestern Corporation Pursuant to Rule 30(b)(6), using CM/ECF which will send notification of such filing(s) to the following:

### BY EMAIL AND HAND DELIVERY

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

I also certify that, on this 26th day of April, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

### BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-1832

_/s/ Dale R. Dubé_
Dale R. Dubé (No. 2863)

120087.01600/40168519v.1