]IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | C.A. No. 04-1494-(JJF) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | C.A. Action No. 05-499 (JJF) |

### AMENDED NOTICE OF DEPOSITION PURSUANT TO SUBPOENA (RICK FRIESA)

PLEASE TAKE NOTICE that the date and starting time for the deposition of Rick Friesa, pursuant to a subpoena served on March 29, 2007 [D.I. 134 in 04-1494; D.I. 168 in 05-499] has changed. The deposition of Mr. Friesa will now commence at 10:00 a.m. on April 30, 2007 at the offices of Hunter & Geist, 1900 Grant Street, Suite 1800, Denver, Colorado (the same location as originally noticed). Please take further notice that the deposition may be recorded by stenographic and/or videographic means. You are invited to attend.

Dated: Wilmington, Delaware
April 27, 2007

          **BLANK ROME LLP**

          */s/ Dale R. Dubé*
          Dale R. Dubé (DE No. 2863)
          Bonnie G. Fatell (DE No. 3809)
          David W. Carickhoff (DE No. 3715)
          1201 Market Street, Suite 800
          Wilmington, DE 19801
          Telephone: (302) 425-6400
          Facsimile: (302) 425-6464

          - and -

          **FRIED, FRANK, HARRIS, SHRIVER**
             **& JACOBSON LLP**
          Bonnie Steingart
          Gary L. Kaplan
          John W. Brewer
          One New York Plaza
          New York, NY 10004
          Telephone: (212) 859-8000
          Facsimile: (212) 859-4000

          Counsel for Magten Asset Management
          Corporation

120087.01600/40168564v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2007, I served by hand delivery and electronic filing the **AMENDED NOTICE OF DEPOSITION PURSUANT TO SUBPOENA (RICK FRIESA)**, using CM/ECF which will send notification of such filing(s) to the following:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 27th day of April, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

### BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings
Amanda Darwin
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

*/s/ Dale R. Dubé*
Dale R. Dubé (No. 2863)

3

120087.01600/40168564v.1