

BLANK ROME LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6467* |
| *Fax:* | *(302) 425-6464* |
| *Email:* | *dube@blankrome.com* |

April 30, 2007

## VIA CM/ECF AND HAND DELIVERY

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

> **Re:** *Magten Asset Management Corp. and Law Debenture Trust Co. v. NorthWestern Corp.*; **C.A. No. 04-1494-JJF; and** *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; **C.A. No. 05-0499-JJF**

Your Honor:

Today, Defendant NorthWestern Corporation requested oral argument (D.I. 169 in Case 04-1494; D.I. 203 in Case 05-499) on its Emergency Cross-Motion filed on April 16, 2007. By this letter, Magten Asset Management Corporation hereby agrees that oral argument may be helpful to the Court, and similarly requests it pursuant to Delaware Local Rule 7.1.4.

However, because the issues raised by NorthWestern's Emergency Cross-Motion are interrelated with issues raised by Magten's Emergency Motion that was earlier-filed on April 13, 2007 (D.I. 139 in Case 04-1494; D.I. 175 in Case 05-499), Magten respectfully requests that any proposed hearing address the issues raised by Magten's Emergency Motion, as well as by NorthWestern's Emergency Cross-Motion.

Magten does intend to file a reply brief to address significant developments that bear upon this action since its opening brief was filed. Magten's reply brief will be submitted on or before the May 4, 2007 deadline, at which time briefing on both the Emergency Motion and the Emergency Cross-Motion will be complete.

Counsel is available by telephone, should the Court have any questions.

Respectfully submitted,

Dale Dubé

Dale R. Dubé
I.D. No. 2863

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong



BLANK ROME LLP
COUNSELORS AT LAW

The Honorable Joseph J. Farnan, Jr.
April 30, 2007
Page 2


DRD/pb

cc:    Clerk of Court (via CM/ECF)
       Kimberly A. Beatty, Esquire  (via e-mail and Federal Express)
       John W. Brewer, Esquire
       David W. Carickhoff, Jr.
       Victoria W. Counihan, Esquire  (via e-mail and hand delivery)
       Katie T. Dang, Esquire
       Amanda Darwin, Esquire  (via e-mail and Federal Express)
       Nancy E. Delaney, Esquire  (via e-mail and Federal Express)
       Bonnie G. Fatell, Esquire
       Miriam K. Harwood, Esquire  (via e-mail and Federal Express)
       Stanley T. Kaleczyc, Esquire  (via e-mail and Federal Express)
       Gary L. Kaplan, Esquire
       Denise Seastone Kraft, Esquire  (via e-mail and hand delivery)
       Dennis A. Meloro, Esquire  (via e-mail and hand delivery)
       Kathleen M. Miller (via e-mail and hand delivery)
       Jordanna L. Nadritch, Esquire
       Sherita M. Perry, Esquire
       Joseph D. Pizzurro, Esquire  (via e-mail and Federal Express)
       Steven J. Reisman, Esquire  (via e-mail and Federal Express)
       Peter B. Siroka, Esquire
       John V. Snellings (via e-mail and Federal Express)
       Bonnie Steingart