IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1494-JJF |
| NORTHWESTERN CORPORATION, | : : | (Re: D.I. 94) |
| Defendant. | : : | |
| MAGTEN ASSET MANAGEMENT CORP., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-499-JJF |
| MIKE J. HANSON and ERNIE J. KINDT, | : : | (Re: D.I. 121) |
| Defendants. | : : | |

**JOINT MOTION OF PLAINTIFFS MAGTEN ASSET
MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST
COMPANY OF NEW YORK TO AMEND THE SCHEDULING ORDER**

Plaintiff Magten Asset Management Corporation and the Law Debenture Trust Company of New York, by and through their undersigned counsel, respectfully move to amend the Scheduling Order entered in these cases (D.I. 94 in Case 04-1494; and D.I. 121 in Case 05-499) which provides for consolidated discovery. As discussed in further detail in Plaintiffs' Memorandum of Law filed concurrently herewith, Plaintiffs seek to (i) amend the date for completion of discovery to permit the taking of four (4) depositions of non-party witnesses which could not, as a practical matter, be completed before May 2; and (ii) permit Plaintiffs to take to 14 total depositions, an increase of four (4) depositions over the amount currently permitted under the Scheduling Orders.

Plaintiffs' certification pursuant to Delaware Local Rule 7.1.1 is attached hereto at Tab A, and a proposed form of order is respectfully attached hereto at Tab B.

Respectfully submitted,

Dated: Wilmington, Delaware
May 2, 2007

**BLANK ROME LLP**

_/s/ Dale R. Dubé_
Dale R. Dubé (DE No. 2863)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

**FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Counsel for Magten Asset Management
Corporation

**SMITH, KATZENSTEIN & FURLOW, LLP**

_/s/ Kathleen M. Miller_
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

-and-

**NIXON PEABODY LLP**
John V. Snellings
Amanda Darwin
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1201
Facsimile: (866) 947-1732

Counsel for Law Debenture Trust
Company of New York

2

120087.01600/40168625v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2007, I served by hand delivery and electronic filing the JOINT MOTION OF PLAINTIFFS MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK TO AMEND THE SCHEDULING ORDER, using CM/ECF which will send notification of such filing(s) to the following:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 2nd day of May, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

### BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Dale R. Dubé

Dale R. Dubé  (No. 2863)