## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I served by hand delivery and electronic filing the Plaintiffs' Memorandum of Law in Opposition to Defendants' Joint Motion for a Protective Order, using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Denise Seastone Kraft, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Victoria Watson Counihan, Esquire<br>Dennis A. Meloro, Esquire<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 |

I also certify that, on this 3rd day of May, 2007, I served the aforementioned document, by e-mail and First Class Mail, upon the following participants:

| | |
|---|---|
| Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>Browning, Kaleczyc, Berry & Hoven, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624 | Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061 |

        */s/ David W. Carickhoff*

        David W. Carickhoff (DE No. 3715)