]IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1494-(JJF)<br>:<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. Action No. 05-499 (JJF)<br>:<br>:<br>:<br>: |

## AMENDED NOTICE OF DEPOSITION
## (BART THIELBAR)

PLEASE TAKE NOTICE that the date, starting time and location for the deposition of Bart Thielbar, pursuant to Fed. R. Civ. P. 30(a)(1), has changed. The deposition of Mr. Thielbar will now take place on June 21, 2007, commencing at 10:00 a.m. at the offices of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 (telephone number 612-766-7000). Please take further notice that the deposition may be recorded by stenographic and/or videographic means. Counsel for the parties are invited to attend.

120087.01600/40169318v.1

Dated: Wilmington, Delaware
June 14, 2007

**BLANK ROME LLP**

*/s/ Dale R. Dubé*
Dale R. Dubé (DE No. 2863)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Counsel for Magten Asset Management Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2007, I served by hand delivery and electronic filing the **AMENDED NOTICE OF DEPOSITION (BART THIELBAR)**, using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Denise Seastone Kraft, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Victoria Watson Counihan, Esquire<br>Dennis A. Meloro, Esquire<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 |
| Kathleen M. Miller, Esquire<br>Smith, Katzenstein & Furlow, LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | |

I also certify that, on this 14th day of June, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

| | |
|---|---|
| Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>Browning, Kaleczyc, Berry & Hoven, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624 | Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061 |
| John V. Snellings, Esquire<br>Amanda Darwin, Esquire<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110 | |

/s/ Dale R. Dubé
Dale R. Dubé (No. 2863)

120087.01600/40169318v.1