## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1494-(JJF) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. Action No. 05-499 (JJF) |

TO:    Denise Seastone Kraft          Stanley T. Kaleczyc
        Edwards Angell Palmer & Dodge LLP   Kimberly A. Beatty
        919 North Market Street          Browning, Kaleczyc, Berry & Hoven, P.C.
        15th Floor                         139 North Last Chance Gulch
        Wilmington, DE 19801          P.O. Box 1697
                                        Helena, Mt 59624

## AMENDED NOTICE OF DEPOSITION
## (MICHAEL J. HANSON)

PLEASE TAKE NOTICE that the date, time and location for deposition of Mr. Hanson

(D.I. 137 in Case 04-1494; and D.I. 172 in case 05-499) has changed.  Plaintiffs will now take

the deposition of Michael J. Hanson commencing at 9:00 a.m. (Central time) on June 27, 2007

and continuing until completed, at the Holiday Inn City Centre, Embassy II Conference Room,

100 West 8th Street, Sioux Falls, South Dakota 57104 (telephone 605-339-2000).  The deposition

120087.01600/40169482v.1

will be taken before a notary public or other officer authorized by law to administer oaths, and

may be recorded by stenographic and videographic means. Counsel for the parties are invited to

attend.


Dated: June 21, 2007                                        BLANK ROME LLP

                                                            _Dale R. Dubé_
                                                            Dale R. Dubé (DE No. 2863)
                                                            Bonnie G. Fatell (DE No. 3809)
                                                            David W. Carickhoff (DE No. 3715)
                                                            1201 Market Street, Suite 800
                                                            Wilmington, DE 19801
                                                            Telephone: (302) 425-6400
                                                            Facsimile:  (302) 425-6464

                                                                  - and -

                                                            FRIED, FRANK, HARRIS, SHRIVER &
                                                            JACOBSON LLP
                                                            Bonnie Steingart
                                                            Gary L. Kaplan
                                                            John W. Brewer
                                                            One New York Plaza
                                                            New York, NY 10004
                                                            Telephone: (212) 859-8000
                                                            Facsimile:  (212) 859-4000
                                                            Counsel for Magten Asset Management
                                                            Corporation

120087.01600/40169482v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, I served by hand delivery and electronic filing the AMENDED NOTICE OF DEPOSITION (MICHAEL J. HANSON) using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 21st day of June, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110-1832

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_____
Dale R. Dubé  (No. 2863)

120087.01600/40169482v.1