]IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1494-(JJF)<br>:<br>:<br>:<br>:<br>:<br>: |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | :<br>:<br>:<br>:<br>: C.A. Action No. 05-499 (JJF)<br>:<br>:<br>:<br>: |

**AMENDED NOTICE OF DEPOSITION OF
<u>NORTHWESTERN CORPORATION PURSUANT TO RULE 30(b)(6)</u>**

PLEASE TAKE NOTICE that the date, starting time and location for the deposition of NorthWestern Corporation pursuant to Federal Rule of Civil Procedure 30(b)(6) [D.I. 164-65 in Case 04-1494; and D.I. 198-99 in Case 05-499] has changed. The deposition of NorthWestern Corporation will now take place on June 29, 2007, commencing at 9:00 a.m. (Central time) at the Holiday Inn City Centre, Embassy II Conference Room, 100 West 8th Street, Sioux Falls, South Dakota 57104 (telephone 605-339-2000). Please take further notice that the deposition may be recorded by stenographic and/or videographic means. Counsel for the parties are invited to attend.

Dated: Wilmington, Delaware
June 21, 2007

                **BLANK ROME LLP**

                */s/ Dale R. Dubé*
                Dale R. Dubé (DE No. 2863)
                David W. Carickhoff (DE No. 3715)
                1201 Market Street, Suite 800
                Wilmington, DE 19801
                Telephone: (302) 425-6400
                Facsimile: (302) 425-6464

                - and -

                **FRIED, FRANK, HARRIS, SHRIVER**
                    **& JACOBSON LLP**
                Bonnie Steingart
                Gary L. Kaplan
                John W. Brewer
                One New York Plaza
                New York, NY 10004
                Telephone: (212) 859-8000
                Facsimile: (212) 859-4000

                Counsel for Magten Asset Management
                Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, I served by hand delivery and electronic filing the **AMENDED NOTICE OF DEPOSITION OF NORTHWESTERN CORPORATION PURSUANT TO RULE 30(b)(6)**, using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 21st day of June, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_____
Dale R. Dubé (No. 2863)

120087.01600/40169346v.1