IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1494-(JJF) |
| NORTHWESTERN CORPORATION, | ) ) | RE: D.I. 94 |
| Defendant. | ) ) | |
| MAGTEN ASSET MANAGEMENT CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. Action No. 05-499 (JJF) |
| MICHAEL J. HANSON and ERNIE J. KINDT, | ) ) | RE: D.I. 121 |
| Defendants. | ) ) | |

**STIPULATION AND (PROPOSED) ORDER
TO AMEND RULE 16 SCHEDULING ORDER**

All of the parties to the above-captioned actions, by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree to amend the (consolidated) Rule 16 Scheduling Order (D.I. 94 in C.A. No. 04-1494; and D.I. 121 in C.A. No. 05-499), as follows:

A.  Paragraph 3(e) is hereby amended to provide that plaintiffs' expert reports are due by September 19, 2007, and defendants' expert reports are due by October 17, 2007.

B.  Paragraph 5 is hereby amended to change the date for serving and filing dispositive motions to November 21, 2007.

C. Paragraph 7 is hereby amended to provide that the date and time for the Pretrial Conference is changed to FEBRUARY 7, 2008 at 1:00 a.m./p.m.

D. Paragraph 8 is hereby amended to provide that Trial will commence at 9:30 a.m./p.m. on MARCH 3, 2008.*

**BLANK ROME LLP**

/s/ Dale R. Dubé
Dale R. Dubé (DE No. 2863)
David W. Carickhoff, Jr. (No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801

*Attorneys for Plaintiff Magten Asset Management Corp.*

**GREENBERG TRAURIG LLP**

/s/ Victoria Watson Counihan
Victoria Watson Counihan (D.E. No. 3488)
Dennis A. Meloro
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Attorneys for Defendant NorthWestern Corporation*

**SMITH KATZENSTEIN & FURLOW LLP**

/s/ Kathleen M. Miller
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*Attorneys for Plaintiff Law Debenture Trust Company of New York*

**EDWARDS ANGELL PALMER & DODGE LLP**

/s/ Denise Seastone Kraft
Denise Seastone Kraft (DE No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
Phone: (302) 425-7106

*Attorneys for Defendants Mike J. Hanson and Ernie J. Kindt*

SO ORDERED this 18 day of July, 2007.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge

---

* The parties respectfully request that trial commence at the Court's earliest convenience in or after early February 2008.

120087.01600/40169837v.1