IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1494-(JJF) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. Action No. 05-499 (JJF) |

## NOTICE OF SERVICE OF PLAINTIFFS' EXPERT REPORTS

PLEASE TAKE NOTICE that on the 19th day of September, 2007, pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiffs served the Expert Reports of (a) Robert W. Berliner and (b) Paul A. Marcus upon the following counsel, in the manner indicated:

### BY EMAIL AND HAND DELIVERY

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

### BY EMAIL AND FEDERAL EXPRESS

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

120087.01600/40171216v.1

| | |
|---|---|
| Dated: September 20, 2007 | **BLANK ROME LLP**<br><br>*/s/ Dale R. Dubé*<br>_____<br>Dale R. Dubé (No. 2863)<br>David W. Carickhoff (No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone:  (302) 425-6400<br>Facsimile:  (302) 425-6464<br><br>**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>Bonnie Steingart<br>Gary L. Kaplan<br>John W. Brewer<br>One New York Plaza<br>New York, NY 10004<br>Telephone:  (212) 859-8000<br>Facsimile:  (212) 859-4000<br><br>*Counsel for Magten Asset Management Corporation*<br><br>- and -<br><br>**SMITH KATZENSTEIN & FURLOW LLP**<br>Kathleen M. Miller, Esquire<br>800 Delaware Avenue<br>P. O. Box 410<br>Wilmington, DE 19899<br><br>**NIXON PEABODY LLP**<br>John V. Snellings, Esquire<br>Amanda D. Darwin, Esquire<br>100 Summer Street<br>Boston, Massachusetts 02110-1832<br><br>*Counsel for Law Debenture Trust Company of New York* |

2

120087.01600/40171216v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2007, I served by hand delivery and electronic filing the NOTICE OF SERVICE OF PLAINTIFFS' EXPERT REPORTS using CM/ECF which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 20th day of September, 2007, I served the aforementioned document, by e-mail and U.S. Mail, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_Dale R. Dubé_
Dale R. Dubé  (No. 2863)