IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 04-1494-(JJF) ) ) ) ) ) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. Action No. 05-499 (JJF) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 19th day of October, 2007, PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MICHAEL J. HANSON AND ERNIE J. KINDT, and this NOTICE OF SERVICE were served upon the following counsel, in the manner indicated:

### BY EMAIL AND HAND DELIVERY

| | |
|---|---|
| Denise Seastone Kraft, Esquire <br> Edwards Angell Palmer & Dodge LLP <br> 919 North Market Street, 15th Floor <br> Wilmington, DE 19801 | Victoria Watson Counihan, Esquire <br> Dennis A. Meloro, Esquire <br> Greenberg Traurig LLP <br> The Nemours Building <br> 1007 North Orange Street, Suite 1200 <br> Wilmington, DE 19801 |

<u>**BY EMAIL AND FEDERAL EXPRESS**</u>

| | |
|---|---|
| Stanley T. Kaleczyc, Esquire | Steven J. Reisman, Esquire |
| Kimberly A. Beatty, Esquire | Joseph D. Pizzurro, Esquire |
| Browning, Kaleczyc, Berry & Hoven, P.C. | Nancy E. Delaney, Esquire |
| 139 North Last Chance Gulch | Miriam K. Harwood, Esquire |
| P.O. Box 1697 | Curtis, Mallet-Prevost, Colt & Mosle LLP |
| Helena, Mt 59624 | 101 Park Avenue |
| | New York, New York 10178-0061 |

Dated: October 19, 2007         **BLANK ROME LLP**

_/s/ Dale R. Dubé_
Dale R. Dubé (No. 2863)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile:  (212) 859-4000

*Counsel for Magten Asset Management Corporation*

- and -

**SMITH KATZENSTEIN & FURLOW LLP**
Kathleen M. Miller, Esquire
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

**NIXON PEABODY LLP**
John V. Snellings, Esquire
Amanda D. Darwin, Esquire
100 Summer Street
Boston, Massachusetts 02110-1832

*Counsel for Law Debenture Trust Company of New York*

2