IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN CORPORATION,<br><br>　　　　Defendants. | )<br>)<br>)<br>)   C.A. No. 04-1494-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-499-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF MAGTEN ASSET MANAGEMENT CORPORATION AND MICHAEL J. HANSON AND ERNIE J. KINDT'S TO FILE BRIEFS IN EXCESS OF THE PAGE LIMITS SET FORTH IN LOCAL RULE 7.1.3(a)(4)**

　　　　IT IS HEREBY STIPULATED by and between Magten Asset Management Corporation ("Plaintiff") and Michael J. Hanson and Ernie J. Kindt (collectively, "Defendants") subject to approval of this Court, that the parties to C. A. No. 05-499 (JJF) as set forth above, may file briefs in excess of the page limits set by Local Rule 7.1.3(a)(4). In support of this Stipulation, the parties state as follows:

　　　　1.　This litigation is factually and legally complex.

　　　　2.　Because these factual and legal issues are complex, they may not be adequately briefed to the Court within the forty (40) page limits normally applicable to opening briefs and

answering briefs and the twenty (20) page limit normally applicable to reply briefs involving motions for summary judgment.

3. Accordingly, the parties agree that the opening and answering briefs shall not exceed sixty (60) pages and the reply brief shall not exceed thirty (30) pages.

Accordingly, for the reasons stated above, the parties respectfully request that the Court approve the Stipulation entered into by the parties.

EDWARDS ANGELL PALMER & DODGE LLP

*/s/ Denise Seastone Kraft*

Denise Seastone Kraft, Esquire (No. 2778)
919 North Market Street
Suite 1500
Wilmington, DE 19801

BLANK ROME LLP

*/s/ Dale R. Dubé*

Dale R. Dubé, Esquire (No. 2863)
Mark J. Packel, Esquire
1201 Market Street, Suite 800
Wilmington, DE 19801

SO ORDERED this _____ day of _____, 2007.

United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2007, the attached **STIPULATION OF MAGTEN ASSET MANAGEMENT CORPORATION AND MICHAEL J. HANSON AND ERNIE J. KINDT'S TO FILE BRIEFS IN EXCESS OF THE PAGE LIMITS SET FORTH IN LOCAL RULE 7.1.3(a)(4)** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

> Dale R. Dubé, Esquire
> Blank Rome LLP
>
> Victoria Watson Counihan, Esquire
> Greenberg Traurig, LLP
>
> Kathleen M. Miller, Esquire
> Smith, Katzenstein & Furlow LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

**BY E-MAIL AND HAND-DELIVERY**

Victoria W. Counihan, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

Dale R. Dubé, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE  19801

**BY E-MAIL AND FIRST-CLASS MAIL**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY  10178-0061

John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA  02110-2131

2

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  1004-1980

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
Edwards Angell Palmer & Dodge LLP
Wilmington, DE  19801
(302) 777-7770
*dkraft@eapdlaw.com*