# Exhibit 6

Case 1:04-cv-01494-JJF    Document 241-8    Filed 11/30/2007    Page 1 of 8

## SECRETARY OF STATE
### STATE OF MONTANA
### MIKE COONEY





Business Services Bureau
LesLee Shell-Beckert, Deputy

Montana State Capitol
PO Box 202801
Helena, MT 59620-2801
(406)444-3665
http://www.state.mt.us/sos/

PAM MERRELL
THE MONTANA POWER COMPANY
40 E BROADWAY
BUTTE MT 59701-9394

RE: THE MONTANA POWER, L.L.C.
ARTICLES OF ORGANIZATION
Date of Filing: September 28, 2000
Filing Number: 372934 - C105835

September 29, 2000

Dear Ms. Merrell:

I've approved the filing of the documents for the above named entity. The document number and filing date have been recorded on the original document. This letter serves as your certificate of filing and should be maintained in your files for future reference.

Pursuant to your request, I have deducted $90.00 from your prepaid account to cover the costs of this transaction.

Thank you for giving this office the opportunity to serve you. If you have any questions in this regard, or need additional assistance, please do not hesitate to contact the Business Services Bureau professionals at (406) 444-3665.

Sincerely,

*Mike Cooney*

Mike Cooney
Secretary of State
Enclosure

You can correspond with our office via facsimile. Our fax number is (406) 444-3976. You can now fax in your search, copy, and certificate requests.

Confidential



# ARTICLES OF ORGANIZATION
# OF
# THE MONTANA POWER, L.L.C.

STATE OF MONTANA
**FILED**
SEP 2 8 2000
C- 136835
SECRETARY OF STATE

The undersigned, acting as organizer of The Montana Power, L.L.C., under the Montana Limited Liability Company Act, (hereinafter the "Act") adopt the following Articles of Organization for said Limited Liability Company:

## I.
## NAME OF COMPANY

The name of the limited liability company is The Montana Power, L.L.C. (the "Company").

## II.
## PERIOD OF DURATION

The Company shall be an "At Will" company as defined in §35-8-102(2) of the Act.

## III.
## PURPOSE

The Company is organized for any legal and lawful purpose pursuant to the Montana Limited Liability Company Act, except for the purpose of banking or insurance.

## IV.
## PRINCIPAL PLACE OF BUSINESS

The Company's principal place of business in Montana is:

40 E Broadway
Butte, Montana 59701-9394

## V.
## REGISTERED AGENT

The Company's registered agent and address is as follows:

Corporation Service Company
26 West Sixth Avenue
Helena, Montana 59601

## VI.
## MEMBERS

The total amount of cash contributed by check or wire or certified funds and the fair market value of property contributed by the Member is $500.00. The Member has not agreed to

R:\G-Ivs-AIRINV\Companies\holdco\pkma5.art.doc

Page 1

Confidential

NOR200844

make any additional contributions, but may agree to do so in the future upon the terms and conditions set forth in the Operating Agreement.

## VII.
## ADDITIONAL MEMBERS

The Member reserves the right to admit additional Members upon the unanimous agreement of the Member as to the admission of, and the consideration to be paid by, such new Members, and subject to the terms and conditions of the Company's Operating Agreement.

## VIII.
## OPERATING AGREEMENT

The Operating Agreement of the Company shall be executed by each Member of the Company and shall set forth all provisions for the affairs of the Company and the conduct of its business to the extent that such provisions are not inconsistent with law or these Articles.

## IX.
## LIABILITIES OF MEMBERS AND MANAGERS

Members and managers of the Company are not liable under a judgment, decree or order of a court, or in any other manner, for a debt, obligation or liability of the Company.

## X.
## MANAGERS

The Company will be managed by its member. The name and business address of which is:

Touch America Holdings, Inc.
40 East Broadway Street
Butte, Montana, 59701-9394

The manager may be removed and replaced by the Member, as provided in the Operating Agreement.

IN WITNESS WHEREOF, the undersigned have caused these Articles of Organization to be executed this 28th day of September, 2000.

By: _____
Pamela K. Merrell
Organizer

Confidential                                                                    NOR200845

THE MONTANA POWER COMPANY
40 E. BROADWAY
BUTTE, MONTANA

CONSENT

I, P. K. Merrell, Vice President and Secretary of The Montana Power Company, do hereby consent to the use of the name The Montana Power, L.L.C. by Touch America Holdings, Inc., for its special use subsidiary.

Dated September 28, 2000.

The Montana Power Company

*P. K. Merrell*
Vice President and Secretary

Attest:

*S. D. Brimming*
Assistant Secretary

Confidential                                                                 NOR200846

## Acceptance of Appointment of Registered Agent

For the purpose of having and continuously maintaining a registered agent at a registered office within the state of Montana, the undersigned submits the following statements of fact to the Secretary of State:

The exact name of the entity is: The Montana Power, L.L.C.

The street address of the initial registered office of the corporation in the State of Montana is 26 West Sixth Avenue, P.O. Box 1691, Helena, Montana 59624.

The name of the initial registered agent of the corporation at the said registered office is Corporation Service Company.

## STATEMENT IN WRITING BY REGISTERED AGENT ACCEPTING ITS APPOINTMENT

The undersigned registered agent hereby states that it accepts its appointment.

Corporation Service Company

By: _____
Vivien Mitchell, Assistant Vice President

Confidential

NOR200847

## Acceptance of Appointment of Registered Agent

For the purpose of having and continuously maintaining a registered agent at a registered office within the state of Montana, the undersigned submits the following statements of fact to the Secretary of State:

The exact name of the entity is: The Montana Power, L.L.C.

The street address of the initial registered office of the corporation in the State of Montana is 26 West Sixth Avenue, P.O. Box 1691, Helena, Montana 59624.

The name of the initial registered agent of the corporation at the said registered office is Corporation Service Company.

## STATEMENT IN WRITING BY REGISTERED AGENT ACCEPTING ITS APPOINTMENT

The undersigned registered agent hereby states that it accepts its appointment.

Corporation Service Company

By: _____
Vivien Mitchell, Assistant Vice President

Confidential

NOR200848

Case 1:04-cv-01494-JJF   Document 241-8   Filed 11/30/2007   Page 8 of 8



**STATE OF MONTANA**
Office of the Secretary of State

I hereby certify this is a true and correct copy, consisting of 10 pages, as taken from the original on file in this office. Originally of this certification can be determined by the color blue.

DATED: 2-12-02

BY: _____
    Bob Brown
    Secretary of State

Confidential                                    NOR200849