# Exhibit 13

EXHIBIT
Hansen 23

## NORTHWESTERN ENERGY, L.L.C.

### OFFICER'S CERTIFICATE PURSUANT TO SECTION 102 OF THE INDENTURE

Pursuant to Section 102 of the Indenture, dated as of November 1, 1996, between The Montana Power Company, predecessor to NorthWestern Energy, L.L.C., and The Bank of New York, as Trustee (the "Trustee"), as supplemented by the First Supplemental Indenture, dated as of February 13, 2002, between NorthWestern Energy, L.L.C. ("NorthWestern Energy LLC") and the Trustee (as supplemented, the "Indenture"), the undersigned, David A. Monaghan, in his capacity as Chief Finanial Officer of NorthWestern Energy LLC, does hereby certify on behalf of NorthWestern Energy LLC that:

1. He is the duly elected and acting President and Chief Executive Officer of NorthWestern Energy LLC, a Montana limited liability company and wholly-owned subsidiary of NorthWestern Corporation, a Delaware corporation ("NOR").

2. He is an Authorized Officer.

3. All conditions precedent provided for in the Indenture relating to the execution and delivery of the Second Supplemental Indenture (the "Second Supplemental Indenture"), dated as of the date hereof, among NorthWestern Energy LLC, NOR and the Trustee (including any covenants compliance with which constitutes a condition precedent) have been complied with.

4. He has read the applicable provisions of the Indenture, including all covenants and conditions and definitions relating to the execution and delivery of the Second Supplemental Indenture. He has also examined originals, or copies certified to his satisfaction, of the various certificates and instruments prepared in connection with the execution and delivery of the Second Supplemental Indenture, as well as the Indenture and such corporate records and other instruments and documents and made such examination and investigation as, in his opinion, is necessary to enable him to express an informed opinion as to whether or not such covenants and conditions have been complied with, and in his opinion, such conditions and covenants have been complied with.

5. Capitalized terms used herein and not otherwise defined herein shall have the respective meanings set forth in the Indenture.

6. The undersigned acknowledges that Paul, Hastings, Janofsky & Walker LLP will rely upon the accuracy and truth of the foregoing representations, warranties, opinions and certificates for purposes of rendering its opinions to the Trustee pursuant to Section 102 and 1203 of the Indenture and to the New York Stock Exchange and hereby consents to such reliance.

BNY-M 00446

IN WITNESS WHEREOF, the undersigned has executed and delivered this Officer's Certificate this ___ day of August, 2002

By: _____
Michael J. Hanson
President and Chief Executive Officer

-2-

BNY-M 00447