# Exhibit 25



# FORM 8-K

## NORTHWESTERN CORP - NWEC

**Filed: April 16, 2003 (period: April 16, 2003)**

Report of unscheduled material events or corporate changes.

**Item 5.**  Other Events and Regulation FD Disclosure.

**Item 7.**  Financial Statements and Exhibits

SIGNATURES

Index to Exhibits

EX-99 (Exhibits not specifically designated by another number and by investment companies)

--------------------------------------------------------------------------------

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549


FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934


Date of Report (Date of earliest event reported): April 16, 2003


NorthWestern Corporation
(Exact name of registrant as specified in its charter)



| Delaware | 0-692 | 46-0172280 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |


| 125 South Dakota Avenue | 57104 |
|---|---|
| Sioux Falls, South Dakota | (Zip Code) |
| (Address of principal executive offices) | |

(605) 978-2908
(Registrant's telephone number, including area code)


================================================================================

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

Item 5.  Other Events and Regulation FD Disclosure.

On April 16, 2003, NorthWestern Corporation (the "Company") issued a press release discussing results for the fourth quarter of 2002 and for the full year of 2002. The press release also discussed the restatement of the Company's quarterly results for the first three fiscal quarters of 2002, each of which were included in Quarterly Reports on Form 10-Q/A that were filed with the Securities and Exchange Commission on April 15, 2003. The press release also provided an update on the Company's previously-announced turnaround plan. The press release is included as Exhibit 99.1 hereto and is incorporated herein by reference. The press release contains forward-looking statements regarding the Company and includes a cautionary statement identifying important factors that could cause actual results to differ materially from those anticipated.

Item 7.  Financial Statements and Exhibits

EXHIBIT NO.      DESCRIPTION OF DOCUMENT
------------------------------------------------------------------------------
99.1*            Press Release of NorthWestern Corporation dated April 16, 2003
* filed herewith

1

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

NorthWestern Corporation

By: /s/ Kipp D. Orme
    --------------------------------------------
    Kipp D. Orme
    Vice President and Chief Financial Officer

Date:  April 16, 2003

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

```
                              Index to Exhibits
                              -----------------

EXHIBIT NO.       DESCRIPTION OF DOCUMENT
--------------------------------------------------------------------------------
99.1*             Press Release of NorthWestern Corporation dated April 16, 2003
* filed herewith

</TEXT>
</DOCUMENT>
```

```
NorthWestern                                          News Release
Corporation                                           NYSE:NOR
```

Investors/Media:

Roger Schrum
605-978-2848
roger.schrum@northwestern.com

--------------------------------------------------------------------------------
          NORTHWESTERN CORPORATION REPORTS 2002 FININCAL RESULTS

          Company Reports Loss of $892.9 Million for Full-Year 2002

                   Update Provided on Turnaround Plan
--------------------------------------------------------------------------------

SIOUX FALLS, S.D. - April 16, 2003 - NorthWestern Corporation (NYSE:NOR), one of
the largest providers of electricity and natural gas in the Upper Midwest and
Northwest, today reported its financial results for the year ended Dec. 31,
2002, following the filing with the Securities and Exchange Commission of its
Annual Report on Form 10-K and amended Quarterly Reports on Form 10-Q/A which
restated prior unaudited results for the first three quarters of 2002. In
addition, the Company updated the progress of its turnaround plan.

The Company reported a loss on common stock for the year ended Dec. 31, 2002, of
$892.9 million, or $30.04 per diluted share, compared with earnings on common
stock of $37.5 million or $1.53 per diluted share in 2001. Full-year 2002
results were negatively impacted by $878.5 million in charges.

Consolidated revenues for 2002 were $2.0 billion, a 15.5 percent increase from
$1.7 billion in 2001. Revenue increased in 2002 due to the addition of the newly
acquired Montana electric and natural gas utility operations as well as
increased revenue at Blue Dot, the Company's heating, ventilation and air
conditioning business, primarily as the result of several acquisitions. However,
consolidated revenues were adversely impacted by a substantial decrease in
revenue from Expanets, the Company's communications services business, due
primarily to deteriorating telecommunications markets and problems caused by
complications with its EXPERT billing and collection system.

2002 Charges
As previously announced, NorthWestern reported significant charges in 2002
totaling $878.5 million. The breakdown of the charges are as follows:

```
    o   Impairment of Blue Dot goodwill and other long-lived assets        $301.7 million
    o   Impairment of Expanets goodwill and other long-lived assets        $288.7 million
    o   Discontinued operations of CornerStone Propane, net of tax benefits $101.7 million
```

                              -MORE-

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 2

|  |  |
|---|---|
| o   Valuation allowance for deferred tax asset | $71.5 million |
| o   Expanets billing adjustments and accounts receivable write-offs and reserves | $65.8 million |
| o   Impairment of Montana First Megawatts project | $35.7 million |
| o   Retirement of acquisition term loan, net of tax benefits | $13.4 million |

Restatement of Quarterly Results
Immediately prior to filing NorthWestern's 2002 Annual Report on Form 10-K,
NorthWestern filed amended Quarterly Reports on Form 10-Q/A for the periods
ended March 31, 2002, June 30, 2002, and Sept. 30, 2002. The quarterly reports
were restated and include additional disclosures in the appropriate periods
related to:

- o   billing adjustments reducing revenues and increases in accounts
  receivable reserves and write-offs resulting from significant
  deficiencies in Expanets' EXPERT billing and collection system;
- o   the inadequacy of data to support recording certain revenues on a
  percentage of completion basis, thereby requiring utilization of
  completed contract revenue recognition methodology for such revenues
  and cost recognition;
- o   the impact resulting from the finalization of the purchase accounting
  for the acquisition of the Montana utility operations;
- o   the reversal of losses previously allocated to minority shareholders
  of Blue Dot as a result of the finalization of the purchase accounting
  for acquisitions made in 2002;
- o   the timing, amount and disclosure of adjustment to certain accruals;
- o   the quarterly impact of certain other adjustments.

Results from Core Utility Operations for 2002 NorthWestern's core electric and
natural gas utility, NorthWestern Energy, reported operating income of $145.0
million, compared with operating income of $45.9 million in 2001. Revenues for
2002 increased to $775.4 million, up substantially from revenues of $251.2
million in 2001. Results for 2002 include 11 months of Montana energy
operations, which were acquired in February 2002. In 2002, Montana utility
operations contributed $113.1 million in operating income, with revenues of
$562.6 million, excluding results from January 2002. South Dakota and Nebraska
operations contributed $31.9 million in operating income in 2002, with revenues
of $212.7 million.

Total sales of electricity increased to approximately 9.4 million megawatt hours
in 2002, compared with 1.6 million megawatt hours in 2001. Total sales of
natural gas grew to approximately 36.7 million MMBTU, compared with 18.3 million
MMBTU in 2001. Energy sales in 2002 reflect 11 months of results from Montana
operations.

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 3


Results from Nonutility Operations for 2002
For 2002, Expanets reported an operating loss of $391.9 million, compared with
an operating loss of $102.6 million in 2001. Full-year 2002 results were
adversely impacted by goodwill and other long-lived asset impairments in the
fourth quarter of 2002 of $288.7 million and a $65.8 million increase in
reserves and write-offs for billing adjustments and accounts receivable and
ongoing complications with Expanets' EXPERT enterprise billing and collection
system. Revenues decreased in 2002 to $710.5 million, compared with $1.0 billion
in 2001, due to deteriorating telecommunications markets and ongoing
complications with the EXPERT system.

Blue Dot reported an operating loss in 2002 of $311.3 million, compared with an
operating loss of $13.8 million in 2001. Blue Dot's results were adversely
impacted by goodwill and other long-lived asset impairments of $301.7 million
and challenging economic conditions. Revenues were $471.8 million in 2002,
compared with revenues in 2001 of $423.8 million. The increase in revenues was
primarily due to acquisitions made during 2001 and 2002.

Turnaround Plan Update
As previously announced, NorthWestern is implementing a turnaround plan
involving the following actions:
   o   Focusing on the Company's core electric and natural gas utility
       business.
   o   Reducing debt by applying net proceeds from the sale of noncore assets
       and businesses, including Blue Dot, Expanets, the Montana First
       Megawatts generation project and the Colstrip (Montana) transmission
       line.
   o   Reducing costs and improving cash flow.
   o   Strengthening internal financial controls and procedures.


NorthWestern reported that progress has been made on several
fronts regarding its turnaround plan, including:
   o   As part of a new agreement, Avaya, Inc. relinquished its equity
       interest in Expanets and canceled a noninterest bearing subordinated
       note with Expanets in the face amount of $35 million due in 2005,
       which had a carrying value of approximately $27 million. In addition,
       Expanets extended the payment schedule for approximately $27 million
       of debt owed to Avaya, originally due Dec. 31, 2002, and now due in
       three equal payments on Jan. 1, April 1 and July 1, 2004. NorthWestern
       has an obligation to purchase inventory and receivables in an amount
       equal to the outstanding balance in the event it is not repaid by
       Expanets.
   o   NorthWestern has engaged an investment advisor to pursue a possible
       sale or disposition of Blue Dot and Expanets. In addition, the Company
       does not intend to make additional significant investments in Blue Dot
       and Expanets and is working to improve their financial independence.

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 4

- o   Blue Dot has sold 15 of 16 noncore business locations that it had
      previously targeted for sale. Selling these underperforming locations,
      along with reductions in corporate overhead, will help Blue Dot to
      become more self sufficient.
- o   The Company has hired a chief restructuring officer, reporting
      directly to the Chief Executive Officer, and retained advisors to
      assist in developing strategic alternatives to reduce costs, improve
      cash flow and reduce debt.

- o   The Company has hired a vice president of audit and controls,
      reporting directly to the Chief Executive Officer, to assess,
      implement and monitor internal controls.

NorthWestern said that based on current plans and business conditions, the
Company expects that its cash flows from operations, cash and cash equivalents
will be sufficient to meet its cash requirements for the next 12 months. The
Company believes that it may need additional funding sources or proceeds from
the sale of noncore assets by the end of 2004 or early 2005. In 2005, the
Company faces substantial debt maturities.

Given the Company's significant debt, the board of directors intends to review
the appropriateness of each periodic interest payment of its trust preferred
securities in light of, among other things, the progress of its turnaround plan
and the Company's liquidity needs. The Company has the right to defer interest
payments for up to 20 consecutive quarters. If interest payments are deferred,
cash distributions on the trust preferred securities will also be deferred. In
each case, interest would accrue on deferred payments.

Absent the receipt of significant proceeds from the sale of noncore assets, the
raising of additional capital or a restructuring of existing debt, the Company
will not be able to meet its substantial debt maturities. The Company is
currently working with outside advisors to identify alternatives to restructure
its long-term debt.

"Recognizing our significant challenges, we are taking steps to try and
stabilize NorthWestern's current financial position and ensure that we maintain
sufficient funds to support our core utility business and meet our obligations,"
said Gary G. Drook, NorthWestern's Chief Executive Officer. "In the near term,
we are taking actions intended to assist us in reducing debt and returning our
focus to our core utility business. In the longer term, we are evaluating our
options for restructuring our indebtedness."

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 5

About NorthWestern

NorthWestern Corporation is one of the largest providers of electricity and natural gas in the Upper Midwest and Northwest, serving approximately 598,000 customers in Montana, South Dakota and Nebraska. NorthWestern also has investments in Expanets, Inc., a leading nationwide provider of networked communications and data services to small and mid-sized businesses, and Blue Dot Services Inc., a provider of heating, ventilation and air conditioning services to residential and commercial customers.

Forward-Looking Statements

STATEMENT UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995: All statements contained herein, as well as statements made in press releases and oral statements that may be made by us or by officers, directors or employees acting on our behalf, that are not statements of historical fact constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Such forward-looking statements involve known and unknown risks, uncertainties and other factors that could cause our actual results to be materially different from historical results or from any future results expressed or implied by such forward-looking statements. Among the factors that could cause our actual results or outcomes to differ materially are: the adverse impact of weather conditions and seasonal fluctuations; unscheduled generation outages, maintenance or repairs; unanticipated changes to fuel supply costs or availability due to higher demand, shortages, transportation problems or other developments; developments in the federal and state regulatory environment and the terms associated with obtaining regulatory approvals and rate orders; costs associated with environmental liabilities and compliance with environmental laws; the rate of growth and economic conditions in our service territories and those of our subsidiaries; the speed and degree to which competition enters the industries and markets in which our businesses operate; the timing and extent of changes in interest rates and fluctuations in energy-related commodity prices; risks associated with acquisitions, transition and integration of acquired companies, including the transmission and distribution business of the former Montana Power Company and the Growing and Emerging Markets Division of Lucent Technologies, Inc., and the implementation of information systems and realization of efficiencies in excess of any related restructuring charges; pending litigation relating to our acquisition of the former Montana Power Company; a lack of minority interest basis, which requires us to recognize an increased share of operating losses at certain of our subsidiaries; our ability to recover transition costs; disallowance by the Montana Public Service Commission of the recovery of the costs incurred in entering into our default supply portfolio contracts while we are required to act as the "default supplier;" disruptions and adverse effects in the capital markets due to the changing economic environment; our ability to maintain effective systems of internal controls, including significant implementation difficulties with the Expert system at Expanets; the impact of war, hostilities or terrorist actions; our credit ratings with Moody's, Standard & Poor's and Fitch; potential delays in financings or Securities and Exchange Commission filings because we changed auditors; our substantial indebtedness, which could limit our operating flexibility and ability to borrow additional funds; our ability to obtain additional capital to refinance our indebtedness that is scheduled to mature and for working capital purposes; our ability to identify and successfully complete proposed asset divestitures and additional impairment charges that may result from sales below book value; the ability of our unregulated businesses to obtain independent financing without reliance on us; changes in customer usage patterns and preferences; possible

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 6

future actions and developments of CornerStone Propane Partners L.P., Expanets,
Inc. and Blue Dot Services Inc.; and other factors identified from time to time
in our filings with the SEC. This news release should be read in conjunction
with our Annual Report on Form 10-K for 2001, as amended, and any subsequent
quarterly reports on Form 10-Q and current reports on Form 8-K, which can be
located at www.sec.gov or requested from the Company. Any forward-looking
statement speaks only as of the date on which such statement is made, and,
except as required by law, we undertake no obligation to update any
forward-looking statement to reflect events or circumstances after the date on
which such statement is made or to reflect the occurrence of unanticipated
events. New factors emerge from time to time, and it is not possible for
management to predict all such factors.

                                    ###

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 7

NORTHWESTERN CORPORATION
CONSOLIDATED STATEMENTS OF INCOME
(In Thousands, Except Per Share Amounts)

|  | Year Ended December 31 | |
|  | 2002 | 2001 |
|---|---|---|
| Operating Revenues | $ 1,991,509 | $ 1,723,978 |
| Cost of Sales | 1,095,409 | 1,069,356 |
| Gross Margin | 896,100 | 654,622 |
| Operating Expenses: | | |
|   Selling, general and administrative | 771,626 | 642,379 |
|   Goodwill and other impairment charges | 626,123 | -- |
|   Depreciation | 98,567 | 41,036 |
|   Amortization of intangibles and other intangibles | 29,418 | 43,161 |
|   Restructuring charge | -- | 24,916 |
| | 1,525,734 | 751,492 |
| Operating Loss from Continuing Operations | (629,634) | (96,870) |
| Interest Expense | (129,536) | (49,248) |
| Investment Income and Other | (5,382) | 8,023 |
| Loss from Continuing Operations before Income Taxes and Minority Interests | (764,552) | (138,095) |
| Benefit for Income Taxes | 798 | 42,470 |
| Loss from Continuing Operations before Minority Interests | (763,754) | (95,625) |
| Minority Interests in Net Loss of Consolidated Subsidiaries | 14,914 | 141,448 |
| Income (Loss) from Continuing Operations | (748,840) | 45,823 |
| Discontinued Operations, Net of Tax and Minority Interests | (101,655) | (1,291) |
| Income (Loss) before Extraordinary Item | (850,495) | 44,532 |
| Extraordinary Item, Net of Tax of $7,241 | (13,447) | -- |
| Net Income (Loss) | (863,942) | 44,532 |
| Minority Interests on Preferred Securities of Subsidiary Trusts | (28,610) | (6,827) |
| Dividends and Redemption Premium on Preferred Stock | (391) | (191) |
| Earnings (Loss) on Common Stock | $ (892,943) | $ 37,514 |
| Average Common Shares Outstanding | 29,726 | 24,390 |
| Earnings (Loss) Per Average Common Share | | |
|   Continuing operations | $ (26.17) | $ 1.59 |
|   Discontinued operations | (3.42) | (0.05) |
|   Extraordinary item | (0.45) | -- |
|     Basic | $ (30.04) | $ 1.54 |
|   Continuing operations | $ (26.17) | $ 1.58 |
|   Discontinued operations | (3.42) | (0.05) |
|   Extraordinary item | (0.45) | -- |
|     Diluted | $ (30.04) | $ 1.53 |

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 8

NORTHWESTERN CORPORATION
CONSOLIDATED BALANCE SHEETS
(In Thousands)

| | December 31, 2002 | December 31, 2001 |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash and cash equivalents | $ 45,569 | $ 34,789 |
| Restricted cash | 28,081 | 2,369 |
| Accounts receivable, net | 281,447 | 260,486 |
| Inventories | 86,650 | 79,719 |
| Regulatory assets | 15,430 | -- |
| Other | 56,516 | 69,486 |
| Assets held for sale | 42,665 | 50,800 |
| Current assets of discontinued operations | -- | 181,697 |
| Total current assets | 556,358 | 679,346 |
| Property, Plant and Equipment, Net | 1,253,746 | 445,441 |
| Goodwill | 400,095 | 405,734 |
| Other Intangible Assets, Net | 118,144 | 234,856 |
| Other: | | |
| Investments | 85,236 | 71,419 |
| Regulatory assets | 201,075 | 8,447 |
| Deferred tax asset | -- | 17,374 |
| Other | 58,271 | 83,871 |
| Noncurrent assets of discontinued operations | -- | 695,197 |
| Total assets | $ 2,672,925 | $ 2,641,685 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | |
| Current Liabilities: | | |
| Current maturities of long-term debt | $ 57,878 | $ 356,445 |
| Accounts payable | 101,779 | 122,266 |
| Accrued expenses | 345,602 | 216,345 |
| Regulatory liabilities | 32,236 | -- |
| Current liabilities of discontinued operations | -- | 230,070 |
| Total current liabilities | 537,495 | 925,126 |
| Long-term Debt | 1,704,016 | 411,349 |
| Deferred Income Taxes | 173 | -- |
| Noncurrent Regulatory Liabilities | 23,614 | 6,950 |
| Other Noncurrent Liabilities | 483,113 | 75,040 |
| Noncurrent Liabilities and Minority Interests of Discontinued Operations | -- | 605,325 |
| Total liabilities | 2,748,411 | 2,023,790 |
| Minority Interests | 10,340 | 30,067 |
| Preferred Stock, Preference Stock and Preferred Securities: | | |
| Preferred stock - 4 1/2% series | -- | 2,600 |
| Redeemable preferred stock - 6 1/2% series | -- | 1,150 |
| Company obligated mandatorily redeemable preferred securities of subsidiary trusts | 370,250 | 187,500 |
| Total preferred stock, preference stock and preferred securities | 370,250 | 191,250 |

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

```
Shareholders' Equity (Deficit)
 Common stock, par value $1.75;
  authorized 50,000,000 shares;
  issued and outstanding
  37,396,762 and 27,396,762                    65,444            47,942
 Paid-in capital                             304,781           240,797
 Treasury stock, 174,016 and 155,943 shares at cost
                                              (3,560)           (3,681)
 Retained earnings (deficit)                (818,604)          112,307
 Accumulated other comprehensive income (loss)
                                              (4,137)             (787)
                                       ---------------   ----------------
    Total shareholders' equity (deficit)    (456,076)          396,578
                                       ---------------   ----------------

    Total liabilities and shareholders' equity (deficit)  $ 2,672,925    $  2,641,685
                                       ===============   ================
```

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 9

NORTHWESTERN CORPORATION
CONSOLIDATED STATEMENTS OF CASH FLOWS
(In Thousands)

| | Year Ended December 31 | |
|---|---|---|
| | 2002 | 2001 |
| Operating Activities: | | |
| Net income (loss) | $ (863,942) | $ 44,532 |
| Items not affecting cash: | | |
| Depreciation | 98,567 | 41,036 |
| Amortization | 29,418 | 43,161 |
| Impairment charges | 626,123 | -- |
| Provision for uncollectible accounts | 44,764 | 13,972 |
| Loss on discontinued operations, net of taxes | 101,655 | -- |
| Extraordinary item, net of taxes | 13,447 | -- |
| Deferred income taxes | 35,643 | (33,661) |
| Minority interests in net losses of consolidated subsidiaries | (14,914) | (141,448) |
| Loss on disposal of other assets | 17,783 | -- |
| Changes in operating assets and liabilities, net of acquisitions: | | |
| Restricted cash | 4,288 | (2,369) |
| Accounts receivable | 41,991 | 6,353 |
| Inventories | 5,931 | (15,989) |
| Other current assets | 35,819 | (19,046) |
| Accounts payable | (50,694) | 50,965 |
| Accrued expenses | 18,349 | 63,535 |
| Changes in regulatory assets and liabilities | (80,629) | (369) |
| Other, net | 30,600 | 197 |
| Cash flows provided by continuing operations | 94,199 | 50,869 |
| Change in net assets of discontinued operations | (60,156) | 32,318 |
| Cash flows provided by operating activities | 34,043 | 83,187 |
| Investment Activities: | | |
| Property, plant and equipment additions | (115,939) | (163,857) |
| Proceeds from sale of assets | 33,760 | -- |
| Sale (purchase) of noncurrent investments and assets, net | 2,199 | (433) |
| Acquisitions, net of cash received | (574,322) | (18,767) |
| Cash flows used in investing activities | (654,302) | (183,057) |
| Financing Activities: | | |
| Dividends on common and preferred stock | (38,081) | (29,956) |
| Minority interest on preferred securities of subsidiary trusts | (28,610) | (6,827) |
| Redemption of preferred stock | (4,028) | -- |
| Proceeds from issuance of common stock | 81,031 | 74,868 |
| Issuance of long-term debt | 738,149 | 2,884 |
| Repayment of long-term debt | (313,536) | (23,766) |
| Line of credit borrowings, net | 123,000 | 16,931 |
| Repayment of discontinued operations debt | (26,059) | -- |
| Treasury stock activity | 121 | -- |

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

| | | |
|---|---:|---:|
| Financings | 507,813 | -- |
| Issuance of preferred securities of subsidiary trusts | 117,750 | 96,833 |
| Subsidiary repurchase of minority interests | (4,586) | (57,768) |
| Line of credit repayments of subsidiaries, net | (13,197) | (35,528) |
| Short-term borrowings of subsidiaries, net | -- | 53,603 |
| Proceeds from termination of hedge | 24,898 | -- |
| Cash flows provided by financing activities | 631,039 | 91,274 |
| Increase (Decrease) in Cash and Cash Equivalents | 10,780 | (8,596) |
| Cash and Cash Equivalents, beginning of period | 34,789 | 43,385 |
| Cash and Cash Equivalents, end of period | $ 45,569 | $ 34,789 |

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

NorthWestern Reports Financial Results for 2002
April 16, 2003
Page 10

Twelve Months Ended December 31, 2002

|  | PARENT COMPANY | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Electric | Natural Gas | Total Electric & Natural Gas | All Other | Total Parent Company | Communications |
| Operating Revenues | $ 535,043 | $ 240,326 | $ 775,369 | $ 33,864 | $ 809,233 | $    710,452 |
| Cost of Sales | 205,607 | 133,124 | 338,731 | 5,478 | 344,209 | 444,534 |
| Gross Margin | 329,436 | 107,202 | 436,638 | 28,386 | 465,024 | 265,918 |
| Selling, general and administrative | 169,439 | 60,764 | 230,203 | 61,102 | 291,305 | 314,025 |
| Goodwill & other impairment charges | -- | -- | -- | 35,729 | 35,729 | 288,741 |
| Depreciation | 48,888 | 12,551 | 61,439 | 2,957 | 64,396 | 26,238 |
| Amortization of goodwill and other intangibles | -- | -- | -- | 19 | 19 | 28,813 |
| Operating Income (Loss) | $ 111,109 | $ 33,887 | 144,996 | (71,421) | 73,575 | (391,899) |
| Interest expense |  |  | (81,149) | (16,997) | (98,146) | (30,903) |
| Investment income and other |  |  | 2,709 | (8,214) | (5,505) | -- |
| Income (loss) before taxes and minority interests |  |  | 66,556 | (96,632) | (30,076) | (422,802) |
| Benefit (Provision) for taxes |  |  | (10,190) | 42,839 | 32,649 | (22,780) |
| Income (loss) before minority interests |  |  | $ 56,366 | $ (53,793) | $ 2,573 | $    (445,582) |

|  | HVAC | Total |
| --- | --- | --- |
| Operating Revenues | $ 471,824 | $ 1,991,509 |
| Cost of Sales | 306,666 | 1,095,409 |
| Gross Margin | 165,158 | 896,100 |
| Selling, general and administrative | 166,296 | 771,626 |
| Goodwill & other impairment charges | 301,653 | 626,123 |
| Depreciation | 7,933 | 98,567 |
| Amortization of goodwill and other intangibles | 586 | 29,418 |
| Operating Income (Loss) | (311,310) | (629,634) |
| Interest expense | (487) | (129,536) |
| Investment income and other | 123 | (5,382) |
| Income (loss) before taxes and minority interests | (311,674) | (764,552) |
| Benefit (Provision) for taxes | (9,071) | 798 |
| Income (loss) before minority interests | $(320,745) | $ (763,754) |

Twelve Months Ended December 31, 2001

|  | PARENT COMPANY | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Electric | Natural Gas | Total Electric & Natural Gas | All Other | Total Parent Company | Communications |
| Operating Revenues | $ 106,995 | $ 144,213 | $ 251,208 | $ 16,934 | $ 268,142 | $ 1,032,033 |
| Cost of Sales | 23,052 | 119,060 | 142,112 | 11,230 | 153,342 | 648,036 |
| Gross Margin | 83,943 | 25,153 | 109,096 | 5,704 | 114,800 | 383,997 |
| Selling, general and administrative | 27,734 | 14,550 | 42,284 | 22,664 | 64,948 | 431,477 |
| Restructuring charge | 3,329 | 1,170 | 4,499 | 7,272 | 11,771 | 5,906 |
| Depreciation | 13,193 | 3,235 | 16,428 | 1,942 | 18,370 | 13,518 |
| Amortization of goodwill and other intangibles | -- | -- | -- | 269 | 269 | 35,647 |

Source: NORTHWESTERN CORP, 8-K, April 16, 2003

```
Operating Income (Loss)              $  39,687   $   6,198     45,885    (26,443)     19,442   (102,551)
                                     =========   ===========

Interest expense                                               (8,692)   (19,391)   (28,083)   (17,330)
Investment income and other                                      306       6,830      7,136        683
                                                             ---------- ---------- ---------- -----------
Income (loss) before taxes and                                37,499    (39,004)    (1,505)   (119,198)
  minority interests
Benefit (Provision) for income taxes                         (11,857)    18,307      6,450     32,190
                                                             ---------- ---------- ---------- -----------
Income (loss) before minority interests                     $ 25,642  $ (20,697)  $   4,945  $ (87,008)
                                                             ========= ========== =========== ================
```

```
                                        HVAC         Total
                                     ----------  ----------------

Operating Revenues                   $ 423,803   $ 1,723,978
Cost of Sales                          267,978     1,069,356
                                     ----------  ----------------
Gross Margin                           155,825       654,622

Selling, general and administrative    145,954       642,379
Restructuring charge                     7,239        24,916
Depreciation                             9,148        41,036
Amortization of goodwill
  and other intangibles                  7,245        43,161
                                     ----------  ----------------
Operating Income (Loss)                (13,761)      (96,870)
                                     ==========  ================

Interest expense                        (3,835)      (49,248)
Investment income and other                204         8,023
                                     ----------  ----------------
Income (loss) before taxes and         (17,392)     (138,095)
  minority interests
Benefit (Provision) for income taxes     3,830        42,470
                                     ----------  ----------------
Income (loss) before minority interests $ (13,562) $  (95,625)
                                     ==========  ================
```

```
</TEXT>
</DOCUMENT>
```

Created by 10KWizard    www.10KWizard.com

Source: NORTHWESTERN CORP, 8-K, April 16, 2003