# Exhibit 30

# MAGTEN ASSET MANAGEMENT CORP,INC



7/27/2004

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

MONTANA POWER CAP I QUIPS 8 10 MTPPQ YIELD = .00 X DATE:06-30-2003
8.450% / 32.1125

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM | C / U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELEANOR | ELENOR- | | 07-14-03 | 350 | 8.591 | 3,007.13 | 3,500.00 | 492.87 | 16.39 | .00 | LT | |
| ELEANOR | ELENOR- | | 08-12-03 | 700 | 7.546 | 5,282.68 | 7,000.00 | 1,717.32 | 32.51 | .00 | 081304 | |
| MTEMBRY IRA | MTEIRA- | | 06-11-03 | 2,000 | 9.810 | 19,620.00 | 20,000.00 | 380.00 | 1.94 | .00 | LT | |
| MTEMBRY IRA | MTEIRA- | | 08-14-03 | 100 | 8.160 | 816.00 | 1,000.00 | 184.00 | 22.55 | .00 | 081504 | |
| MTEMBRY IRA | MTEIRA- | | 05-14-04 | 1,000 | 13.550 | 13,550.00 | 10,000.00 | 3,550.00- | 26.20- | .00 | 051505 | |
| MTEMBRY IRA | MTEIRA- | | 05-18-04 | 1,500 | 13.810 | 20,715.00 | 15,000.00 | 5,715.00- | 27.59- | .00 | 051905 | |
| MTEMBRY IRA | MTEIRA- | | 05-19-04 | 500 | 13.710 | 6,855.00 | 5,000.00 | 1,855.00- | 27.06- | .00 | 052005 | |
| MTEMBRY IRA | MTEIRA- | | 05-20-04 | 1,250 | 14.060 | 17,575.00 | 12,500.00 | 5,075.00- | 28.88- | .00 | 052105 | |
| OLIVER | OLIVER- | | 07-14-03 | 2,150 | 8.591 | 18,472.37 | 21,500.00 | 3,027.63 | 16.39 | .00 | LT | |
| OLIVER | OLIVER- | | 08-13-03 | 1,000 | 7.810 | 7,810.00 | 10,000.00 | 2,190.00 | 28.04 | .00 | 081404 | |
| OLIVER | OLIVER- | | 08-14-03 | 500 | 8.160 | 4,080.00 | 5,000.00 | 920.00 | 22.55 | .00 | 081504 | |
| SEBONAC RD | SEBONC- | | 06-27-03 | 100 | 10.660 | 1,066.00 | 1,000.00 | 66.00- | 6.19- | .00 | LT | |
| SEBONAC RD | SEBONC- | | 07-23-03 | 8,600 | 6.698 | 57,606.24 | 86,000.00 | 28,393.76 | 49.29 | .00 | LT | |
| SEBONAC RD | SEBONC- | | 07-24-03 | 2,900 | 7.310 | 21,199.00 | 29,000.00 | 7,801.00 | 36.80 | .00 | LT | |
| SEBONAC RD | SEBONC- | | 07-25-03 | 900 | 8.060 | 7,254.00 | 9,000.00 | 1,746.00 | 24.07 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 06-06-03 | 2,000 | 9.408 | 18,817.40 | 20,000.00 | 1,182.60 | 6.28 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 06-10-03 | 3,100 | 9.739 | 30,191.83 | 31,000.00 | 808.17 | 2.68 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 06-11-03 | 900 | 9.810 | 8,829.00 | 9,000.00 | 171.00 | 1.94 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-02-03 | 2,000 | 8.960 | 17,920.00 | 20,000.00 | 2,080.00 | 11.61 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-03-03 | 1,000 | 9.032 | 9,032.70 | 10,000.00 | 967.30 | 10.71 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-09-03 | 300 | 8.060 | 2,418.00 | 3,000.00 | 582.00 | 24.07 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-10-03 | 500 | 7.810 | 3,905.00 | 5,000.00 | 1,095.00 | 28.04 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-11-03 | 3,800 | 8.310 | 31,578.00 | 38,000.00 | 6,422.00 | 20.34 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-14-03 | 9,000 | 8.591 | 77,326.20 | 90,000.00 | 12,673.80 | 16.39 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-15-03 | 11,000 | 8.086 | 88,951.50 | 110,000.00 | 21,048.50 | 23.66 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-18-03 | 2,900 | 6.146 | 17,823.98 | 29,000.00 | 11,176.02 | 62.70 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-21-03 | 15,700 | 6.056 | 95,082.34 | 157,000.00 | 61,917.66 | 65.12 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-22-03 | 8,200 | 6.360 | 52,152.00 | 82,000.00 | 29,848.00 | 57.23 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-25-03 | 19,100 | 8.060 | 153,946.00 | 191,000.00 | 37,054.00 | 24.07 | .00 | LT | |
| TREMBRY IRA | TREIRA- | | 07-28-03 | 1,500 | 8.160 | 12,240.00 | 15,000.00 | 2,760.00 | 22.55 | .00 | 072904 | |
| TREMBRY IRA | TREIRA- | | 07-29-03 | 4,600 | 8.076 | 37,350.52 | 46,000.00 | 8,649.48 | 23.82 | .00 | 073004 | |
| TREMBRY IRA | TREIRA- | | 05-14-04 | 1,000 | 13.550 | 13,550.00 | 10,000.00 | 3,550.00- | 26.20- | .00 | 052505 | |
| TREMBRY IRA | TREIRA- | | 05-18-04 | 1,500 | 13.810 | 20,715.00 | 15,000.00 | 5,715.00- | 27.59- | .00 | 051905 | |
| TREMBRY IRA | TREIRA- | | 05-19-04 | 500 | 13.710 | 6,855.00 | 5,000.00 | 1,835.00- | 27.06- | .00 | 052005 | |
| TREMBRY IRA | TREIRA- | | 05-20-04 | 1,300 | 14.060 | 18,278.00 | 13,000.00 | 5,278.00- | 28.88- | .00 | 052105 | |
| THE PERSONAL | TREPER- | | 06-06-03 | 1,000 | 9.408 | 9,408.70 | 10,000.00 | 591.30 | 6.28 | .00 | LT | |
| THE PERSONAL | TREPER- | | 06-11-03 | 100 | 9.810 | 981.00 | 1,000.00 | 19.00 | 1.94 | .00 | LT | |
| | | | TOTAL | 114,550 | | 932,060.60 | 1145,500.00 | 213,439.40 | | | | |
| | | | | | | 932,060.60 | 1145,500.00 | 213,439.40 | | | | |
| NUMBER OF ISSUES 1 | | | | | | .00 | .00 | .00 | | | | |

NUMBER OF ISSUES

HIGHLY CONFIDENTIAL

MAGTEN ASSET MANAGEMENT CORP.,INC



7/27/2004

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

MONTANA POWER CAP I QUIPS 8 10 MTPPQ YIELD = .00 X DATE:06-30-2003
8.450% / $2.1125

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | | | 05-12-03 | 3,000 | 9.323 | 27,969.90 | 30,000.00 | 2,030.10 | 7.26 | .00 | LT |
| | | | 06-11-03 | 700 | 9.810 | 6,867.00 | 7,000.00 | 133.00 | 1.94 | .00 | LT |
| | | | 06-26-03 | 2,300 | 10.670 | 24,541.00 | 23,000.00 | 1,541.00- | 6.28- | .00 | LT |
| | | | 08-19-03 | 12,000 | 8.060 | 96,720.00 | 120,000.00 | 23,280.00 | 24.07 | .00 | 082004 |
| | | | 09-23-03 | 2,000 | 14.034 | 28,069.20 | 20,000.00 | 8,069.20- | 28.75- | .00 | 092404 |
| | | | 10-17-03 | 3,300 | 14.600 | 48,180.00 | 33,000.00 | 15,180.00- | 31.51- | .00 | 101804 |
| | | | 10-23-03 | 4,200 | 14.881 | 62,501.46 | 42,000.00 | 20,501.46- | 32.80- | .00 | 103004 |
| | | | 12-01-03 | 1,800 | 15.600 | 28,080.00 | 18,000.00 | 10,080.00- | 35.90- | .00 | 120204 |
| EMBRY DORIS | DORIS - | | 08-12-03 | 500 | 7.220 | 3,605.00 | 5,000.00 | 1,395.00 | 38.70 | .00 | 081304 |
| EMBRY DORIS | DORIS - | | 08-12-03 | 800 | 7.546 | 6,037.36 | 8,000.00 | 1,962.64 | 32.51 | .00 | 081304 |
| EMBRY DORIS | DORIS - | | 08-13-03 | 2,700 | 7.660 | 20,682.00 | 27,000.00 | 6,318.00 | 30.55 | .00 | 081404 |
| EMBRY DORIS | DORIS - | | 08-14-03 | 100 | 8.160 | 816.00 | 1,000.00 | 184.00 | 22.55 | .00 | 081504 |
| EMBRY DORIS | DORIS - | | 09-09-03 | 3,100 | 12.554 | 38,918.02 | 31,000.00 | 7,918.02- | 20.35- | .00 | 091004 |
| EMBRY DORIS | DORIS - | | 09-18-03 | 1,100 | 15.030 | 16,533.66 | 11,000.00 | 5,533.66- | 33.47- | .00 | 091904 |
| EMBRY DORIS | DORIS - | | 10-14-03 | 2,200 | 14.463 | 31,815.96 | 22,000.00 | 9,815.96- | 30.85- | .00 | 101504 |
| EMBRY DORIS | DORIS - | | 05-20-04 | 2,000 | 14.060 | 28,120.00 | 20,000.00 | 8,120.00- | 28.88- | .00 | 052105 |
| EMBRY/KAMMERER | EMBKAM- | | 06-13-03 | 2,100 | 9.810 | 20,601.00 | 21,000.00 | 399.00 | 1.94 | .00 | LT |
| EMBRY/KAMMERER | EMBKAM- | | 06-27-03 | 3,000 | 10.660 | 31,980.00 | 30,000.00 | 1,980.00- | 6.19- | .00 | LT |
| EMBRY/KAMMERER | EMBKAM- | | 09-18-03 | 4,900 | 15.030 | 73,648.94 | 49,000.00 | 24,648.94- | 33.47- | .00 | 091904 |
| EMBRY/KAMMERER | EMBKAM- | | 09-25-03 | 4,700 | 14.272 | 67,082.16 | 47,000.00 | 20,082.16- | 29.94- | .00 | 093004 |
| EMBRY/KAMMERER | EMBKAM- | | 09-30-03 | 5,300 | 14.813 | 78,512.08 | 53,000.00 | 25,512.08- | 32.49- | .00 | 100104 |
| EMBRY/KAMMERER | EMBKAM- | | 10-20-03 | 1,800 | 14.836 | 26,704.98 | 18,000.00 | 8,704.98- | 32.60- | .00 | 102104 |
| EMBRY/KAMMERER | EMBKAM- | | 10-24-03 | 1,493 | 14.900 | 22,245.70 | 14,910.00 | 7,335.70- | 32.89- | .00 | 102504 |
| EMBRY/KAMMERER | EMBKAM- | | 12-01-03 | 3,500 | 15.600 | 54,600.00 | 35,000.00 | 19,600.00- | 35.90- | .00 | 120204 |
| MAGTEN GROUP TR | MAGGT - | | 04-30-03 | 9,000 | 9.310 | 83,790.00 | 90,000.00 | 6,210.00 | 7.41 | .00 | LT |
| MAGTEN GROUP TR | MAGGT - | | 06-20-03 | 2,300 | 10.627 | 24,442.10 | 23,000.00 | 1,442.10- | 5.90- | .00 | LT |
| MAGTEN GROUP TR | MAGGT - | | 06-25-03 | 4,200 | 10.660 | 44,772.00 | 42,000.00 | 2,772.00- | 6.19- | .00 | LT |
| MAGTEN GROUP TR | MAGGT - | | 07-14-03 | 2,100 | 5.163 | 10,842.78 | 21,000.00 | 10,157.22 | 93.68 | .00 | LT |
| MAGTEN GROUP TR | MAGGT - | | 07-16-03 | 13,800 | 7.682 | 106,018.50 | 138,000.00 | 31,981.50 | 30.17 | .00 | LT |
| MAGTEN GROUP TR | MAGGT - | | 07-29-03 | 19,200 | 8.076 | 155,063.04 | 192,000.00 | 36,936.96 | 23.82 | .00 | 073004 |
| MAGTEN GROUP TR | MAGGT - | | 07-30-03 | 6,700 | 8.160 | 54,672.00 | 67,000.00 | 12,328.00 | 22.55 | .00 | 073104 |
| MAGTEN GROUP TR | MAGGT - | | 08-01-03 | 16,700 | 7.710 | 128,757.00 | 167,000.00 | 38,243.00 | 29.70 | .00 | 080204 |
| MAGTEN GROUP TR | MAGGT - | | 08-01-03 | 4,300 | 7.310 | 31,433.00 | 43,000.00 | 11,567.00 | 36.80 | .00 | 080204 |
| MAGTEN GROUP TR | MAGGT - | | 08-11-03 | 9,000 | 7.210 | 64,690.00 | 90,000.00 | 25,310.00 | 38.70 | .00 | 081204 |
| MAGTEN GROUP TR | MAGGT - | | 08-14-03 | 6,600 | 8.286 | 54,689.58 | 66,000.00 | 11,310.42 | 20.68 | .00 | 081504 |
| MAGTEN GROUP TR | MAGGT - | | 08-15-03 | 35,000 | 8.368 | 292,897.50 | 350,000.00 | 57,102.50 | 19.50 | .00 | 081604 |
| MAGTEN GROUP TR | MAGGT - | | 08-19-03 | 21,800 | 8.060 | 175,708.00 | 218,000.00 | 42,292.00 | 24.07 | .00 | 082004 |
| MAGTEN GROUP TR | MAGGT - | | 08-21-03 | 5,200 | 8.018 | 41,697.24 | 52,000.00 | 10,302.76 | 24.71 | .00 | 082204 |
| MAGTEN GROUP TR | MAGGT - | | 08-22-03 | 13,200 | 8.805 | 116,227.23 | 132,000.00 | 15,772.77 | 13.57 | .00 | 082304 |

HIGHLY CONFIDENTIAL

# MAGTEN ASSET MANAGEMENT CORP.,INC

7/27/2004

PAGE: 2

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

MONTANA POWER CAP I QUIPS # 10 MTPPQ YIELD = .00 X DATE:06-30-2003
8.450% / 52.1125

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM | C / U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAGTEN GROUP TR | MAGGT - | | 08-22-03 | 5,000 | 8.583 | 42,915.60 | 50,000.00 | 7,085.00 | 16.51 | .00 | 082304 | |
| MAGTEN GROUP TR | MAGGT - | | 08-25-03 | 6,800 | 8.810 | 59,908.00 | 68,000.00 | 8,092.00 | 13.51 | .00 | 082604 | |
| MAGTEN GROUP TR | MAGGT - | | 08-26-03 | 3,900 | 8.753 | 34,139.04 | 39,000.00 | 4,860.96 | 14.24 | .00 | 082704 | |
| MAGTEN GROUP TR | MAGGT - | | 08-27-03 | 22,300 | 8.809 | 196,445.16 | 223,000.00 | 26,554.84 | 13.52 | .00 | 082804 | |
| MAGTEN GROUP TR | MAGGT - | | 08-28-03 | 21,600 | 9.577 | 206,880.48 | 216,000.00 | 9,119.52 | 4.41 | .00 | 082904 | |
| MAGTEN GROUP TR | MAGGT - | | 08-29-03 | 11,200 | 9.800 | 109,760.00 | 112,000.00 | 2,240.00 | 2.04 | .00 | 083004 | |
| MAGTEN GROUP TR | MAGGT - | | 09-02-03 | 5,800 | 9.800 | 56,840.00 | 58,000.00 | 1,160.00 | 2.04 | .00 | 090304 | |
| MAGTEN GROUP TR | MAGGT - | | 09-03-03 | 40,300 | 9.994 | 402,794.07 | 403,000.00 | 205.93 | .05 | .00 | 090404 | |
| MAGTEN GROUP TR | MAGGT - | | 09-04-03 | 7,900 | 9.943 | 78,555.23 | 79,000.00 | 444.77 | .57 | .00 | 090504 | |
| MAGTEN GROUP TR | MAGGT - | | 09-05-03 | 10,600 | 10.698 | 113,405.16 | 106,000.00 | 7,405.16- | 6.53- | .00 | 090604 | |
| MAGTEN GROUP TR | MAGGT - | | 09-08-03 | 3,000 | 11.362 | 34,086.90 | 30,000.00 | 4,086.90- | 11.99- | .00 | 090904 | |
| MAGTEN GROUP TR | MAGGT - | | 09-08-03 | 15,900 | 12.063 | 191,803.29 | 159,000.00 | 32,803.29- | 17.10- | .00 | 090904 | |
| MAGTEN GROUP TR | MAGGT - | | 09-09-03 | 1,400 | 12.610 | 17,654.00 | 14,000.00 | 3,654.00- | 20.70- | .00 | 091004 | |
| MAGTEN GROUP TR | MAGGT - | | 09-10-03 | 2,500 | 12.694 | 31,735.00 | 25,000.00 | 6,735.00- | 21.22- | .00 | 091104 | |
| MAGTEN GROUP TR | MAGGT - | | 09-10-03 | 13,400 | 12.629 | 169,229.94 | 134,000.00 | 35,229.94- | 20.82- | .00 | 091104 | |
| MAGTEN GROUP TR | MAGGT - | | 09-11-03 | 20,200 | 13.665 | 276,045.12 | 202,000.00 | 74,045.12- | 26.82- | .00 | 091204 | |
| MAGTEN GROUP TR | MAGGT - | | 09-12-03 | 9,900 | 14.225 | 140,835.42 | 99,000.00 | 41,835.42- | 29.71- | .00 | 091304 | |
| MAGTEN GROUP TR | MAGGT - | | 09-16-03 | 9,700 | 13.181 | 127,859.58 | 97,000.00 | 30,859.58- | 24.14- | .00 | 091704 | |
| MAGTEN GROUP TR | MAGGT - | | 09-18-03 | 9,100 | 15.030 | 136,778.46 | 91,000.00 | 45,778.46- | 33.47- | .00 | 091904 | |
| MAGTEN GROUP TR | MAGGT - | | 09-24-03 | 6,800 | 14.058 | 95,599.84 | 68,000.00 | 27,599.84- | 28.87- | .00 | 092504 | |
| MAGTEN GROUP TR | MAGGT - | | 10-31-03 | 5,330 | 15.050 | 80,216.50 | 53,300.00 | 26,916.50- | 33.55- | .00 | 110104 | |
| MAGTEN GROUP TR | MAGGT - | | 11-05-03 | 1,000 | 15.150 | 15,150.00 | 10,000.00 | 5,150.00- | 33.99- | .00 | 110604 | |
| MAGTEN GROUP TR | MAGGT - | | 11-10-03 | 9,736 | 15.150 | 147,500.40 | 97,360.00 | 50,140.40- | 33.99- | .00 | 111304 | |
| MAGTEN GROUP TR | MAGGT - | | 11-11-03 | 5,900 | 15.150 | 89,385.00 | 59,000.00 | 30,385.00- | 33.99- | .00 | 111204 | |
| MAGTEN GROUP TR | MAGGT - | | 11-13-03 | 2,200 | 15.150 | 33,330.00 | 22,000.00 | 11,330.00- | 33.99- | .00 | 111404 | |
| MAGTEN GROUP TR | MAGGT - | | 11-17-03 | 4,750 | 15.500 | 73,625.00 | 47,500.00 | 26,125.00- | 35.48- | .00 | 111804 | |
| MAGTEN GROUP TR | MAGGT - | | 11-18-03 | 1,832 | 15.150 | 27,754.80 | 18,320.00 | 9,434.80- | 33.99- | .00 | 111904 | |
| MAGTEN GROUP TR | MAGGT - | | 11-24-03 | 2,200 | 15.150 | 33,330.00 | 22,000.00 | 11,330.00- | 33.99- | .00 | 112504 | |
| MAGTEN GROUP TR | MAGGT - | | 12-03-03 | 1,000 | 15.500 | 15,500.00 | 10,000.00 | 5,500.00- | 35.48- | .00 | 120404 | |
| MAGTEN GROUP TR | MAGGT - | | 12-05-03 | 7,500 | 15.400 | 115,500.00 | 75,000.00 | 40,500.00- | 35.06- | .00 | 120604 | |
| MAGTEN GROUP TR | MAGGT - | | 01-21-04 | 1,000 | 15.500 | 15,500.00 | 10,000.00 | 5,500.00- | 35.48- | .00 | 012205 | |
| MAGTEN GROUP TR | MAGGT - | | 05-28-04 | 1,200 | 10.960 | 13,152.00 | 12,000.00 | 1,152.00- | 8.76- | .00 | 052905 | |
| MAGTEN GROUP TR | MAGGT - | | 06-01-04 | 1,000 | 11.010 | 11,010.00 | 10,000.00 | 1,010.00- | 9.17- | .00 | 060205 | |
| MAGTEN GROUP TR | MAGGT - | | 06-03-04 | 5,000 | 13.060 | 65,300.00 | 50,000.00 | 15,300.00- | 23.43- | .00 | 060405 | |
| MAGTEN GROUP TR | MAGGT - | | 06-07-04 | 800 | 13.060 | 10,448.00 | 8,000.00 | 2,448.00- | 23.43- | .00 | 060805 | |
| MAGTEN GROUP TR | MAGGT - | | 06-08-04 | 10,500 | 13.610 | 142,905.00 | 105,000.00 | 37,905.00- | 26.52- | .00 | 060905 | |
| MAGTEN GROUP TR | MAGGT - | | 06-09-04 | 1,500 | 13.660 | 20,490.00 | 15,000.00 | 5,490.00- | 26.79- | .00 | 061005 | |
| MAGTEN GROUP TR | MAGGT - | | 06-15-04 | 11,600 | 13.220 | 153,352.00 | 116,000.00 | 37,352.00- | 24.36- | .00 | 061605 | |
| MAGTEN GROUP TR | MAGGT - | | 06-16-04 | 4,000 | 12.470 | 49,880.00 | 40,000.00 | 9,880.00- | 19.81- | .00 | 061705 | |

HIGHLY CONFIDENTIAL

# MAGTEN ASSET MANAGEMENT CORP.,INC

7/27/2004

PAGE: 3

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

MONTANA POWER CAP I QUIPS 8 10 MTPPQ YIELD = .00 X DATE:06-30-2003
8.450% / 12.1125

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM | C/U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAGTEN GROUP TR | MAGGT - | | 06-17-04 | 8,700 | 13.500 | 117,450.00 | 87,000.00 | 30,450.00- | 25.93- | .00 | 061805 | |
| MAGTEN GROUP TR | MAGGT - | | 06-18-04 | 14,000 | 13.650 | 191,100.00 | 140,000.00 | 51,100.00- | 26.74- | .00 | 061905 | |
| MAGTEN GROUP TR | MAGGT - | | 06-21-04 | 4,000 | 13.790 | 55,160.00 | 40,000.00 | 15,160.00- | 27.48- | .00 | 062205 | |
| MAGTEN GROUP TR | MAGGT - | | 06-23-04 | 2,000 | 13.860 | 27,720.00 | 20,000.00 | 7,720.00- | 27.85- | .00 | 062405 | |
| MAGTEN GROUP TR | MAGGT - | | 06-25-04 | 6,800 | 13.980 | 95,064.00 | 68,000.00 | 27,064.00- | 28.47- | .00 | 063005 | |
| MAGTEN GROUP TR | MAGGT - | | 07-02-04 | 600 | 14.125 | 8,475.00 | 6,000.00 | 2,475.00- | 29.20- | .00 | 070305 | |
| MAGTEN GROUP TR | MAGGT - | | 07-06-04 | 3,500 | 13.910 | 48,685.00 | 35,000.00 | 13,685.00- | 28.11- | .00 | 070705 | |
| MAGTEN GROUP TR | MAGGT - | | 07-08-04 | 4,800 | 13.560 | 65,088.00 | 48,000.00 | 17,088.00- | 26.25- | .00 | 070905 | |
| MAGTEN PARTNERS | MAGPAR- | | 06-23-03 | 3,700 | 10.748 | 39,770.56 | 37,000.00 | 2,770.56- | 6.97- | .00 | LT | |
| MAGTEN PARTNERS | MAGPAR- | | 06-24-03 | 10,000 | 10.810 | 108,100.00 | 100,000.00 | 8,100.00- | 7.49- | .00 | LT | |
| MAGTEN PARTNERS | MAGPAR- | | 07-03-03 | 1,200 | 9.032 | 10,839.24 | 12,000.00 | 1,160.76 | 10.71 | .00 | LT | |
| MAGTEN PARTNERS | MAGPAR- | | 07-15-03 | 9,000 | 8.086 | 72,778.50 | 90,000.00 | 17,221.50 | 23.66 | .00 | LT | |
| MAGTEN PARTNERS | MAGPAR- | | 07-29-03 | 38,300 | 8.076 | 309,318.46 | 383,000.00 | 73,681.54 | 23.82 | .00 | 073004 | |
| MAGTEN PARTNERS | MAGPAR- | | 07-30-03 | 13,300 | 8.160 | 108,528.00 | 133,000.00 | 24,472.00 | 22.55 | .00 | 073104 | |
| MAGTEN PARTNERS | MAGPAR- | | 08-01-03 | 33,300 | .771 | 25,674.00 | 333,000.00 | 307,326.00 | 1197.03 | .00 | 080204 | |
| MAGTEN PARTNERS | MAGPAR- | | 08-04-03 | 8,400 | 7.310 | 81,404.00 | 84,000.00 | 22,596.00 | 36.80 | .00 | 080504 | |
| MAGTEN PARTNERS | MAGPAR- | | 08-11-03 | 11,000 | 7.210 | 79,310.00 | 110,000.00 | 30,690.00 | 38.70 | .00 | 081204 | |
| MAGTEN PARTNERS | MAGPAR- | | 08-15-03 | 23,900 | 8.368 | 200,007.15 | 239,000.00 | 38,992.85 | 19.50 | .00 | 081604 | |
| MAGTEN PARTNERS | MAGPAR- | | 08-18-03 | 37,900 | 7.340 | 278,216.32 | 379,000.00 | 100,783.68 | 36.22 | .00 | 081904 | |
| MAGTEN PARTNERS | MAGPAR- | | 08-19-03 | 8,800 | 8.060 | 70,928.00 | 88,000.00 | 17,072.00 | 24.07 | .00 | 082004 | |
| MAGTEN PARTNERS | MAGPAR- | | 09-17-03 | 4,009 | 15.050 | 60,335.45 | 40,090.00 | 20,245.45- | 33.55- | .00 | 091804 | |
| MAGTEN PARTNERS | MAGPAR- | | 09-18-03 | 2,060 | 15.030 | 30,963.04 | 20,600.00 | 10,363.04- | 33.47- | .00 | 091904 | |
| MAGTEN PARTNERS | MAGPAR- | | 09-19-03 | 10,045 | 13.899 | 139,617.46 | 100,450.00 | 39,167.46- | 28.05- | .00 | 092004 | |
| MAGTEN PARTNERS | MAGPAR- | | 09-22-03 | 86 | 14.134 | 1,215.58 | 860.00 | 355.58- | 29.25- | .00 | 092304 | |
| MAGTEN PARTNERS | MAGPAR- | | 10-29-03 | 3,800 | 14.750 | 56,050.00 | 38,000.00 | 18,050.00- | 32.20- | .00 | 103004 | |
| MAGTEN PARTNERS | MAGPAR- | | 10-29-03 | 2,200 | 14.881 | 32,738.86 | 22,000.00 | 10,738.86- | 32.80- | .00 | 103004 | |
| MAGTEN PARTNERS | MAGPAR- | | 11-17-03 | 8,100 | 15.500 | 125,550.00 | 81,000.00 | 44,550.00- | 35.48- | .00 | 111804 | |
| MAGTEN PARTNERS | MAGPAR- | | 11-20-03 | 5,900 | 15.260 | 90,034.00 | 59,000.00 | 31,034.00- | 34.47- | .00 | 112104 | |
| MAGTEN PARTNERS | MAGPAR- | | 12-03-03 | 2,440 | 15.500 | 37,820.00 | 24,400.00 | 13,420.00- | 35.48- | .00 | 120404 | |
| MAGTEN PARTNERS | MAGPAR- | | 05-20-04 | 4,450 | 14.060 | 62,567.00 | 44,500.00 | 18,067.00- | 28.88- | .00 | 052105 | |
| MAGTEN PARTNERS | MAGPAR- | | 06-11-03 | 3,000 | 9.810 | 29,430.00 | 30,000.00 | 570.00 | 1.94 | .00 | LT | |
| REDACTED | | | 06-27-03 | 4,400 | 10.660 | 46,904.00 | 44,000.00 | 2,904.00- | 6.19- | .00 | LT | |
| | | | 09-18-03 | 6,200 | 15.030 | 93,187.72 | 62,000.00 | 31,187.72- | 33.47- | .00 | 091904 | |
| | | | 09-22-03 | 1,400 | 14.134 | 19,788.58 | 14,000.00 | 5,788.58- | 29.25- | .00 | 092304 | |
| | | | 09-30-03 | 2,367 | 14.813 | 35,063.79 | 23,670.00 | 11,393.79- | 32.49- | .00 | 100104 | |
| | | | 10-01-03 | 1,400 | 14.300 | 20,020.00 | 14,000.00 | 6,020.00- | 30.07- | .00 | 100204 | |
| | | | 10-02-03 | 3,730 | 14.512 | 54,131.63 | 37,300.00 | 16,831.63- | 31.09- | .00 | 100304 | |
| | | | 10-06-03 | 4,600 | 14.050 | 64,630.00 | 46,000.00 | 18,630.00- | 28.83- | .00 | 100704 | |
| | | | 10-07-03 | 1,400 | 14.050 | 19,670.00 | 14,000.00 | 5,670.00- | 28.83- | .00 | 100804 | |

HIGHLY CONFIDENTIAL

# MAGTEN ASSET MANAGEMENT CORP., INC

7/27/2004

PAGE: 4

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM | C / U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTANA POWER CAP I QUIPS 8.450% / 52.1125 | # | 10 | MTPPQ | | YIELD = .00 | % DATE:06-30-2003 | | | | | | |
| | | | 10-15-03 | 1,100 | 14.550 | 16,005.00 | 11,000.00 | 5,005.00- | 31.27- | .00 | 101604 | |
| | | | 10-20-03 | 1,000 | 14.836 | 14,836.10 | 10,000.00 | 4,836.10- | 32.60- | .00 | 102104 | |
| | | | 10-21-03 | 403 | 14.980 | 6,036.94 | 4,030.00 | 2,006.94- | 33.24- | .00 | 102204 | |
| | | | 06-11-03 | 1,800 | 9.810 | 17,658.00 | 18,000.00 | 342.00 | 1.94 | .00 | LT | |
| | | | 06-27-03 | 2,800 | 10.660 | 29,848.00 | 28,000.00 | 1,848.00- | 6.19- | .00 | LT | |
| REDACTED | | | 09-18-03 | 3,600 | 15.030 | 54,110.16 | 36,000.00 | 18,110.16- | 33.47- | .00 | 091804 | |
| | | | 09-22-03 | 800 | 14.134 | 11,307.76 | 8,000.00 | 3,307.76- | 29.25- | .00 | 092204 | |
| | | | 09-30-03 | 6,500 | 14.813 | 96,288.40 | 65,000.00 | 31,288.40- | 32.49- | .00 | 100104 | |
| | | | 10-15-03 | 1,000 | 14.550 | 14,550.00 | 10,000.00 | 4,550.00- | 31.27- | .00 | 101504 | |
| | | | 10-20-03 | 800 | 14.836 | 11,868.88 | 8,000.00 | 3,868.88- | 32.60- | .00 | 102104 | |
| | | | 12-01-03 | 1,000 | 15.600 | 15,600.00 | 10,000.00 | 5,600.00- | 35.90- | .00 | 120204 | |
| | | | TOTAL | 478,631 | | 9148,773.36 | 8786,310.00 | 362,463.36- | | | | |
| NUMBER OF ISSUES 1 | | | | | | 9148,773.36 | 8786,310.00 | 362,463.36- | | | | |
| NUMBER OF ISSUES | | | | | | .00 | .00 | .00 | | | | |

HIGHLY CONFIDENTIAL

# MAGTEN ASSET MANAGEMENT CORP.,INC

7/27/2004

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

PAGE: 1

INCLUDE TERMINATED ACCOUNTS

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM | C / U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTANA POWER CAP I QUIPS 8.450% / $12.1125 | 8 | 10 | NT/PQ | | YIELD = .00 | % DATE:06-30-2003 | | | | | | |
| | | | 08-14-03 | 5,100 | 8.286 | 42,260.13 | 51,000.00 | 8,739.87 | 20.68 | .00 | 031504 | |
| | | | 09-05-03 | 1,900 | 12.554 | 23,852.98 | 19,000.00 | 4,852.98- | 20.35- | .00 | 091004 | |
| | | | 09-10-03 | 2,000 | 12.694 | 25,388.00 | 20,000.00 | 5,388.00- | 21.22- | .00 | 091104 | |
| | | | 09-18-03 | 1,500 | 15.030 | 22,545.90 | 15,000.00 | 7,545.90- | 33.47- | .00 | 091904 | |
| | | | 10-20-03 | 1,500 | 14.300 | 21,450.00 | 15,000.00 | 6,450.00- | 30.07- | .00 | 101304 | |
| | | | 11-20-03 | 1,500 | 15.150 | 22,725.00 | 15,000.00 | 7,725.00- | 33.99- | .00 | 112104 | |
| REDACTED | | | 06-03-03 | 1,200 | 8.360 | 10,032.00 | 12,000.00 | 1,968.00 | 19.62 | .00 | LT | |
| | | | 06-05-03 | 1,800 | 9.142 | 16,455.60 | 18,000.00 | 1,544.40 | 9.39 | .00 | LT | |
| | | | 06-11-03 | 2,700 | 9.810 | 26,487.00 | 27,000.00 | 513.00 | 1.94 | .00 | LT | |
| | | | 06-26-03 | 5,600 | 10.658 | 59,687.60 | 56,000.00 | 3,687.60- | 6.18- | .00 | LT | |
| | | | 06-27-03 | 2,500 | 10.660 | 26,650.00 | 25,000.00 | 1,650.00- | 6.19- | .00 | LT | |
| | | | 07-07-03 | 3,300 | 8.990 | 29,667.00 | 33,000.00 | 3,333.00 | 11.23 | .00 | LT | |
| | | | 08-25-03 | 600 | 8.193 | 4,915.80 | 6,000.00 | 1,084.20 | 22.06 | .00 | 082604 | |
| | | | 09-17-03 | 7,800 | 15.050 | 117,390.00 | 78,000.00 | 39,390.00- | 33.55- | .00 | 091804 | |
| | | | 09-18-03 | 5,200 | 15.030 | 78,159.12 | 52,000.00 | 26,159.12- | 33.47- | .00 | 091904 | |
| | | | 09-23-03 | 10,530 | 14.034 | 147,784.34 | 105,300.00 | 42,484.34- | 28.75- | .00 | 092404 | |
| | | | 09-25-03 | 5,450 | 13.978 | 76,181.74 | 54,500.00 | 21,681.74- | 28.46- | .00 | 092604 | |
| | | | 09-26-03 | 4,770 | 13.709 | 65,394.32 | 47,700.00 | 17,694.32- | 27.06- | .00 | 092704 | |
| | | | 09-29-03 | 6,600 | 14.272 | 94,200.48 | 66,000.00 | 28,200.48- | 29.94- | .00 | 093004 | |
| | | | 10-14-03 | 890 | 14.461 | 12,871.00 | 8,900.00 | 3,971.00- | 30.85- | .00 | 101504 | |
| | | | 10-15-03 | 1,100 | 14.550 | 16,005.00 | 11,000.00 | 5,005.00- | 31.27- | .00 | 101604 | |
| | | | 10-21-03 | 1,390 | 14.988 | 20,833.32 | 13,900.00 | 6,933.32- | 33.28- | .00 | 101204 | |
| | | | 10-22-03 | 1,700 | 14.900 | 25,330.00 | 17,000.00 | 8,330.00- | 32.88- | .00 | 102304 | |
| | | | 10-27-03 | 1,750 | 14.900 | 26,075.00 | 17,500.00 | 8,575.00- | 32.89- | .00 | 102804 | |
| | | | 10-29-03 | 2,000 | 14.750 | 29,500.00 | 20,000.00 | 9,500.00- | 32.20- | .00 | 103004 | |
| | | | 12-01-03 | 4,300 | 15.600 | 67,080.00 | 43,000.00 | 24,080.00- | 35.90- | .00 | 120204 | |
| REDACTED | | | 06-05-03 | 800 | 9.142 | 7,313.60 | 8,000.00 | 686.40 | 9.39 | .00 | LT | |
| | | | 06-11-03 | 700 | 9.810 | 6,867.00 | 7,000.00 | 133.00 | 1.94 | .00 | LT | |
| | | | 06-27-03 | 2,200 | 10.660 | 23,452.00 | 22,000.00 | 1,452.00- | 6.19- | .00 | LT | |
| | | | 07-07-03 | 900 | 8.990 | 8,091.00 | 9,000.00 | 909.00 | 11.23 | .00 | LT | |
| | | | 09-17-03 | 1,700 | 15.050 | 25,585.00 | 17,000.00 | 8,585.00- | 33.55- | .00 | 091804 | |
| | | | 09-18-03 | 2,000 | 15.030 | 30,061.20 | 20,000.00 | 10,061.20- | 33.47- | .00 | 091904 | |
| | | | 09-25-03 | 8,700 | 13.978 | 121,611.22 | 87,000.00 | 34,611.22- | 28.46- | .00 | 092604 | |
| | | | 10-21-03 | 1,500 | 14.988 | 22,482.00 | 15,000.00 | 7,482.00- | 33.28- | .00 | 102204 | |
| | | | 12-01-03 | 1,000 | 15.600 | 15,600.00 | 10,000.00 | 5,600.00- | 35.90- | .00 | 120204 | |
| | | | 06-04-03 | 200 | 8.710 | 1,742.00 | 2,000.00 | 258.00 | 14.81 | .00 | LT | |
| | | | 06-11-03 | 100 | 9.810 | 981.00 | 1,000.00 | 19.00 | 1.94 | .00 | LT | |
| | | | 06-26-03 | 500 | 10.658 | 5,329.25 | 5,000.00 | 329.25- | 6.18- | .00 | LT | |
| | | | 07-07-03 | 200 | 8.990 | 1,798.00 | 2,000.00 | 202.00 | 11.23 | .00 | LT | |

HIGHLY CONFIDENTIAL

# MAGTEN ASSET MANAGEMENT CORP.,INC



7/27/2004

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE LONG TERM | C / U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTANA POWER CAP I QUIPS 8.450% / $2.1125 | | 8 | 10 | | HTPPQ | YIELD = .00 | % DATE:06-30-2003 | | | | | |
| | | | 09-10-03 | 500 | 12.694 | 6,347.00 | 5,000.00 | 1,347.00- | 21.22- | .00 | 091304 | |
| | | | 09-18-03 | 300 | 15.030 | 4,509.13 | 3,000.00 | 1,509.13- | 33.47- | .00 | 091904 | |
| | | | 09-23-03 | 2,200 | 14.034 | 30,876.12 | 22,000.00 | 8,876.12- | 28.75- | .00 | 092404 | |
| | | | 12-01-03 | 500 | 15.600 | 7,800.00 | 5,000.00 | 2,800.00- | 35.90- | .00 | 120204 | |
| | | | 06-04-03 | 900 | 8.710 | 7,839.00 | 9,000.00 | 1,161.00 | 14.81 | .00 | LT | |
| | | | 06-11-03 | 700 | 9.810 | 6,867.00 | 7,000.00 | 133.00 | 1.94 | .00 | LT | |
| | | | 06-26-03 | 2,200 | 10.658 | 23,448.70 | 22,000.00 | 1,448.70- | 6.18- | .00 | LT | |
| REDACTED | | | 07-07-03 | 900 | 8.990 | 8,091.00 | 9,000.00 | 909.00 | 11.23 | .00 | LT | |
| | | | 09-18-03 | 3,000 | 15.030 | 45,091.80 | 30,000.00 | 15,091.80- | 33.47- | .00 | 091904 | |
| | | | 09-29-03 | 6,800 | 14.375 | 97,750.00 | 68,000.00 | 29,750.00- | 30.43- | .00 | 093004 | |
| | | | 10-29-03 | 2,300 | 14.750 | 33,925.00 | 23,000.00 | 10,925.00- | 32.20- | .00 | 103004 | |
| | | | 11-20-03 | 3,250 | 15.150 | 49,237.50 | 32,500.00 | 16,737.50- | 33.99- | .00 | 112104 | |
| | | | 06-05-03 | 2,000 | 9.142 | 18,284.00 | 20,000.00 | 1,716.00 | 9.39 | .00 | LT | |
| | | | 06-11-03 | 1,600 | 9.980 | 15,969.00 | 16,000.00 | 31.00 | .19 | .00 | LT | |
| | | | 06-26-03 | 5,100 | 10.658 | 54,358.35 | 51,000.00 | 3,358.35- | 6.18- | .00 | LT | |
| | | | 07-07-03 | 2,200 | 8.990 | 19,778.00 | 22,000.00 | 2,222.00 | 11.23 | .00 | LT | |
| | | | 09-18-03 | 7,900 | 15.030 | 118,741.74 | 79,000.00 | 39,741.74- | 33.47- | .00 | 091904 | |
| | | | 09-25-03 | 1,200 | 13.978 | 16,773.96 | 12,000.00 | 4,773.96- | 28.46- | .00 | 092604 | |
| | | | 10-21-03 | 2,000 | 14.988 | 29,976.00 | 20,000.00 | 9,976.00- | 33.28- | .00 | 102204 | |
| | | | 06-04-03 | 1,000 | 8.710 | 8,710.00 | 10,000.00 | 1,290.00 | 14.81 | .00 | LT | |
| | | | 06-11-03 | 700 | 9.810 | 6,867.00 | 7,000.00 | 133.00 | 1.94 | .00 | LT | |
| | | | 06-27-03 | 2,500 | 10.660 | 26,650.00 | 25,000.00 | 1,650.00- | 6.19- | .00 | LT | |
| | | | 07-07-03 | 1,000 | 8.990 | 8,990.00 | 10,000.00 | 1,010.00 | 11.23 | .00 | LT | |
| | | | 09-18-03 | 4,200 | 15.030 | 63,126.52 | 42,000.00 | 21,126.52- | 33.47- | .00 | 091904 | |
| | | | 09-29-03 | 9,100 | 14.375 | 130,812.50 | 91,000.00 | 39,812.50- | 30.43- | .00 | 093004 | |
| | | | 10-24-03 | 2,900 | 14.900 | 43,210.00 | 29,000.00 | 14,210.00- | 32.89- | .00 | 102504 | |
| | | | 12-01-03 | 1,000 | 15.600 | 15,600.00 | 10,000.00 | 5,600.00- | 35.90- | .00 | 120204 | |
| | | | 06-04-03 | 900 | 8.710 | 7,839.00 | 9,000.00 | 1,161.00 | 14.81 | .00 | LT | |
| | | | 06-11-03 | 700 | 9.810 | 6,867.00 | 7,000.00 | 133.00 | 1.94 | .00 | LT | |
| REDACTED | | | 06-26-03 | 2,200 | 10.658 | 23,448.70 | 22,000.00 | 1,448.70- | 6.18- | .00 | LT | |
| | | | 07-07-03 | 900 | 8.990 | 8,091.00 | 9,000.00 | 909.00 | 11.23 | .00 | LT | |
| | | | 09-18-03 | 3,500 | 15.030 | 52,607.10 | 35,000.00 | 17,607.10- | 33.47- | .00 | 091904 | |
| | | | 09-29-03 | 4,100 | 14.375 | 58,937.50 | 41,000.00 | 17,937.50- | 30.43- | .00 | 093004 | |
| | | | 09-29-03 | 3,400 | 14.272 | 48,527.52 | 34,000.00 | 14,527.52- | 29.94- | .00 | 093004 | |
| | | | 10-21-03 | 2,200 | 14.988 | 32,973.60 | 22,000.00 | 10,973.60- | 33.28- | .00 | 102204 | |
| | | | 12-01-03 | 1,100 | 15.600 | 17,160.00 | 11,000.00 | 6,160.00- | 35.90- | .00 | 120204 | |
| | | | 06-04-03 | 600 | 8.710 | 5,226.00 | 6,000.00 | 774.00 | 14.81 | .00 | LT | |
| | | | 06-11-03 | 400 | 9.810 | 3,924.00 | 4,000.00 | 76.00 | 1.94 | .00 | LT | |
| | | | 06-26-03 | 1,500 | 10.658 | 15,987.75 | 15,000.00 | 987.75- | 6.18- | .00 | LT | |

HIGHLY CONFIDENTIAL

# MAGTEN ASSET MANAGEMENT CORP.,INC

PAGE: 3

7/27/2004

MASTER SUMMARY OF HOLDINGS AS OF 07-27-04

INCLUDE TERMINATED ACCOUNTS

| ACCOUNT NAME | ACCT. NO. | CAT. NO. | TRADE DATE | SHARES | AVG. COST | TOTAL COST | TOTAL VALUE | UNREALIZED GAIN/LOSS | % G/L | % OF ACCT EQTY | DATE < LONG / TERM # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTANA POWER CAP I QUIPS 8.450% / $2.1125 | 6 | 10 | MTPPQ | | YIELD = .00 | % DATE:06-30-2003 | | | | | |
| REDACTED | | | 07-07-03 | 600 | 8.950 | 5,394.00 | 6,000.00 | 606.00 | 11.23 | .00 | LT |
| | | | 09-18-03 | 2,300 | 15.030 | 34,570.38 | 23,000.00 | 11,570.38- | 33.47- | .00 | 091904 |
| | | | 09-26-03 | 5,000 | 13.709 | 68,547.50 | 50,000.00 | 18,547.50- | 27.06- | .00 | 092704 |
| | | | 10-21-03 | 1,200 | 14.988 | 17,985.60 | 12,000.00 | 5,985.60- | 33.28- | .00 | 102204 |
| | | | 12-01-03 | 1,400 | 15.600 | 21,840.00 | 14,000.00 | 7,840.00- | 35.90- | .00 | 120204 |
| | | | TOTAL | 205,130 | | 2709,392.61 | 2051.300.00 | 658,092.61- | | | |
| | | | | | | 2709,392.61 | 2051.300.00 | 658,092.61- | | | |
| NUMBER OF ISSUES 1 | | | | | | | | | | | |
| NUMBER OF ISSUES | | | | | | .00 | .00 | .00 | | | |

HIGHLY CONFIDENTIAL