IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1494 (JJF)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-499 (JJF)<br>)<br>)<br>)<br>) |

## (PROPOSED) ORDER

AND NOW upon Defendant NorthWestern Corporation's Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56;

IT IS HEREBY ORDERED THAT:

1. NorthWestern Corporation is entitled to judgment as a matter of law.

SO ORDERED this ____ day of _____, 2008.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court Judge