# EXHIBIT 36

PLAINTIFF'S EXHIBIT

BNY 0105

Issue

| DocumentNumber | OFFICE | UNIT | RM | IA | IssueDescription | STATUS | DateOpened |
|---|---|---|---|---|---|---|---|
| 22867 | New York | Corporate | Jeremy Finkelstein | LAURA CANALES | (f/k/a Northwestern Energy Corporation) 8.45% Junior subordinated deferrable interest debentures due 2036 | Terminated | 12/31/1996 |

Tickers

| TicklerNumber | TicklerDescription | LeadTimeinmonths | StartDate | EndDate | Frequency | TYPE | CompletionStatus |
|---|---|---|---|---|---|---|---|
| 1 | D/S - Debt Service Payment | 1 | 3/31/2001 | 12/31/2056 | Quarterly on due date | Administrative | Open |

| DueDate | LeadDate | CompletionStatus | ClosedDate |
|---|---|---|---|
| 3/31/1999 | 2/28/1999 | Closed | 3/31/1999 |
| 9/30/1999 | 8/30/1999 | Closed | 9/27/1999 |
| 3/31/2000 | 2/29/2000 | Closed | 3/31/2000 |
| 9/30/2000 | 8/30/2000 | Closed | 10/2/2000 |
| 3/31/2001 | 2/28/2001 | Closed | 3/30/2001 |
| 6/30/2001 | 5/30/2001 | Closed | 7/2/2001 |
| 12/31/2001 | 11/30/2001 | Closed | 10/22/2001 |
| 3/31/2002 | 2/28/2002 | Closed | 12/28/2001 |
| 6/30/2002 | 5/30/2002 | Closed | 3/25/2002 |
| 9/30/2002 | 8/30/2002 | Closed | 6/26/2002 |
| 12/31/2002 | 11/30/2002 | Closed | 9/27/2002 |
| 3/31/2003 | 2/28/2003 | Closed | 12/23/2002 |
| 6/30/2003 | 5/30/2003 | Closed | 3/31/2003 |
| 9/30/2003 | 8/30/2003 | Closed | 6/26/2003 |
| 12/31/2003 | 11/30/2003 | Closed | 12/30/2003 |
| 3/31/2004 | 2/29/2004 | Closed | 3/30/2004 |
| 6/30/2004 | 5/30/2004 | Closed | 6/30/2004 |

CONFIDENTIAL



| | ActionSetpNo | Action | |
|---|---|---|---|
| 9/30/2004 | 8/30/2004 | 6.28.04 Company in Bankruptcy. | |
| | | Open | |
| | ActionSetpNo | Action | |
| 12/31/2004 | 11/30/2004 | 9/30/04 Company in Default | 12/31/2004 |
| 3/31/2005 | 2/28/2005 | Closed | 3/31/2005 |
| 5/30/2005 | 5/30/2005 | Closed | 6/5/2005 |
| | ActionSetpNo | Action | |
| | | 06/05/05 - Confirmed with DAG group the BNY has resigned on Issue and it has moved to Law Debenture | |
| 9/30/2005 | 8/30/2005 | Open | |
| 12/31/2005 | 11/30/2005 | Open | |
| 3/31/2006 | 2/28/2006 | Open | |
| 6/30/2006 | 5/30/2006 | Open | |
| 9/30/2006 | 8/30/2006 | Open | |
| 12/31/2006 | 11/30/2006 | Open | |
| 3/31/2007 | 2/28/2007 | Open | |
| 6/30/2007 | 5/30/2007 | Open | |
| 9/30/2007 | 8/30/2007 | Open | |
| 12/31/2007 | 11/30/2007 | Open | |
| 3/31/2008 | 2/29/2008 | Open | |
| 6/30/2008 | 5/30/2008 | Open | |
| 9/30/2008 | 8/30/2008 | Open | |
| 12/31/2008 | 11/30/2008 | Open | |
| 3/31/2009 | 2/28/2009 | Open | |
| 6/30/2009 | 5/30/2009 | Open | |
| 9/30/2009 | 8/30/2009 | Open | |
| 12/31/2009 | 11/30/2009 | Open | |
| 3/31/2010 | 2/28/2010 | Open | |
| 6/30/2010 | 5/30/2010 | Open | |
| 9/30/2010 | 8/30/2010 | Open | |
| 12/31/2010 | 11/30/2010 | Open | |
| 3/31/2011 | 2/28/2011 | Open | |
| 6/30/2011 | 5/30/2011 | Open | |
| 9/30/2011 | 8/30/2011 | Open | |

CONFIDENTIAL

BNY 0106