IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 04-1494-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-499-JJF<br>)<br>) RE: D.I. 278<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF MAGTEN ASSET MANAGEMENT CORPORATION
AND MICHAEL J. HANSON AND ERNIE J. KINDT
TO AMEND THE BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED by and between Magten Asset Management Corporation ("Plaintiff") and Michael J. Hanson and Ernie J. Kindt (collectively, "Defendants") subject to approval of this Court, that the parties to C.A. No. 05-499 (JJF) as set forth above, hereby stipulate and agree to amend the briefing schedule:

On November 30, 2007, Plaintiff filed a Renewed Motion for Leave to Amend Complaint ("Motion") [D.I. 278] in C.A. No. 05-499 (JJF). The parties have agreed that the following briefing scheduling is in effect:

(i) answering brief in response to the Motion to be served and filed no later than 2:00 p.m. Eastern Time on December 21, 2007; and

(ii) reply brief to be served and filed by January 14, 2008.

EDWARDS ANGELL PALMER & DODGE LLP         BLANK ROME LLP

/s/ Denise Seastone Kraft
Denise Seastone Kraft (#2778)
919 N. Market Street
Suite 1500
Wilmington, DE 19801
(302) 777-7770
*dkraft@eapdlaw.com*
  *Counsel to Michael J. Hanson and*
  *Ernie J. Kindt*

/s/ Dale Dubé
Dale Dubé (#2863)
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6467
*dubé@blankrome.com*
  *Attorneys for Plaintiff Magten Asset*
  *Management Corp.*

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2007, the attached **STIPULATION OF MAGTEN ASSET MANAGEMENT CORPORATION AND MICHAEL J. HANSON AND ERNIE J. KINDT TO AMEND THE BRIEFING SCHEDULE ORDER** was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following counsel of record:

    Dale R. Dubé, Esquire
    Blank Rome LLP

    Victoria Watson Counihan, Esquire
    Greenberg Traurig, LLP

    Kathleen M. Miller, Esquire
    Smith, Katzenstein & Furlow LLP

In addition, the undersigned forwarded a copy of same in the manner indicated below to:

### BY E-MAIL AND HAND-DELIVERY

    Dale R. Dubé, Esquire
    Blank Rome LLP
    1201 Market Street, Suite 800
    Wilmington, DE  19801

    Victoria W. Counihan, Esquire
    Greenberg Traurig, LLP
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, DE  19801

    Kathleen M. Miller, Esquire
    Smith Katzenstein & Furlow LLP
    800 Delaware Avenue
    Wilmington, DE  19801

**BY E-MAIL AND FIRST-CLASS MAIL**

John Snellings, Esquire
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110-2131

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 1004-1980

/s/ *Denise Seastone Kraft*
Denise Seastone Kraft (#2778)
Edwards Angell Palmer & Dodge LLP
919 N. Market Street
Suite 1500
Wilmington, DE 19801
(302) 777-7770
*dkraft@eapdlaw.com*

2