IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | Bankruptcy Case No. 03-12872 |
| Debtor. : | |
| : | |
| MAGTEN ASSET MANAGEMENT CORP. and : | |
| LAW DEBENTURE TRUST COMPANY OF : | |
| NEW YORK, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 04-1494-JJF |
| v. : | |
| : | |
| NORTHWESTERN CORPORATION, : | |
| : | |
| Defendant. : | |
| : | |
| MAGTEN ASSET MANAGEMENT CORP., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-499-JJF |
| : | |
| MIKE J. HANSON and ERNIE J. : | |
| KINDT, : | |
| : | |
| Defendants. : | |

**O R D E R**

WHEREAS, the Debtor, Northwestern Corporation has filed, in each of the above-captioned actions, a Motion In Limine Striking Expert Reports and Precluding Testimony of Paul A. Marcus and Robert W. Berliner (D.I. 267 in Civil Action No. 04-1494; D.I. 304 in Civil Action No. 05-499);

WHEREAS, Defendants Ernie Kindt and Mike Hanson have filed in the action to which they are a party, a Motion in Limine To

Strike And Exclude Expert Witnesses (D.I. 302 in Civil Action No. 05-499);

WHEREAS, Plaintiffs in the above-captioned actions, have requested the Court to stay briefing on all of the Motions In Limine which implicate issues under Daubert v. Merrell Dow Pharm, Inc., 509 U.S. 579 (1993);

WHEREAS, separate responses have been filed by Northwestern Corporation and Defendants Kindt and Hanson;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Briefing on Northwestern's Motion In Limine Striking Expert Reports and Precluding Testimony of Paul A. Marcus and Robert W. Berliner (D.I. 267 in Civil Action No. 04-1494; D.I. 304 in Civil Action No. 05-499) is **STAYED**.

2. Briefing on the Motion To Strike And Exclude Expert Witnesses filed by Defendants Hanson and Kindt (D.I. 302 in Civil Action No. 05-499) is **STAYED**.

3. Any motions in limine to be filed in the above-captioned actions shall be filed with the respective Pre-Trial Order.

_January 18, 2008_  
DATE

/s/ Joseph J. Farnan, Jr.  
UNITED STATES DISTRICT JUDGE