IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1494-JJF<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MIKE J. HANSON and ERNIE J. KINDT.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-499-JJF<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE OF SUBPOENA
### (CHARLES A. PATRIZIA, ESQUIRE)

PLEASE TAKE NOTICE that on January 25, 2008, a subpoena in the form attached hereto as Exhibit A was served upon Charles A. Patrizia, Esquire, by personal service to Kathryn M. Medina, who is authorized to accept service of the subpoena on behalf of Charles A. Patrizia, at the offices of Paul Hastings Janofsky & Walker LLP, 875 15th Street, N.W., Washington, DC 20005.

DATED: January 28, 2008

BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (No. 2863)
David W. Carickhoff, Jr. (No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

120087.01600/40173164v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2008, I served by hand delivery and electronic filing the NOTICE OF SERVICE OF SUBPOENA (Charles A. Patrizia, Esquire), using CM/ECF, which will send notification of such filing(s) to the following:

Denise Seastone Kraft, Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 28th day of January, 2008, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
Browning, Kaleczyc, Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt 59624

John V. Snellings, Esquire
Amanda Darwin, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

_/s/ Dale R. Dubé_
Dale R. Dubé (No. 2863)

120087.01600/40173164v.1