# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | : : : : : : : : : : : : : <br><br> Civil Action No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MIKE J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | : : : : : : : : : : : <br><br> Civil Action No. 05-499-JJF |

## MOTION *IN LIMINE* TO EXCLUDE SEC EVIDENCE

Defendant NorthWestern Corporation ("NorthWestern") by and through its undersigned counsel, hereby submits its motion *in limine* to exclude from evidence certain documents related to the Security and Exchange Commission's investigation of NorthWestern and certain of its or its subsidiary's former directors and officers concerning NorthWestern's restated 2002 quarterly financial statements at trial currently scheduled for March 3, 2008, and in support hereof, relies upon the Memorandum of Law in Support of Motion *in Limine* to Exclude SEC Evidence filed contemporaneously herewith.

-2-

| | |
|---|---|
| Dated: January 31, 2008 | **GREENBERG TRAURIG LLP** |

/s/ Dennis A. Meloro
Victoria W. Counihan (I.D. No. 3488)
Dennis A. Meloro (I.D. No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 661-7000
Fax: (302) 661-7360
counihanv@gtlaw.com
melorod@gtlaw.com

and

**CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**
Joseph D. Pizzurro
Nancy E. Delaney
Myles K. Bartley
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

Attorneys for NorthWestern Corporation

-2-

-3-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 04-1494 (JJF) ) ) ) ) ) ) |
| MAGTEN ASSET MANAGEMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> MIKE J. HANSON and ERNIE J. KINDT, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 05-499 (JJF) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the NorthWestern Corporation, and that on January 31, 2008, I caused to be served copies of the following to be served upon the parties listed below via: (i) Electronic Mail upon all parties; (ii) Hand Delivery upon Local Counsel; and (iii) Federal Express delivery upon the remaining parties.

- Motion *in Limine* to Exclude SEC Evidence
- Memorandum of Law in Support of Motion *in Limine* to Exclude SEC Evidence

| | |
|---|---|
| Dale Dube, Esq. <br> David Carickhoff, Esq. <br> Blank Rome LLP <br> 1201 Market Street, Suite 800 <br> Wilmington DE 19801 <br> (Magten) | Bonnie Steingart, Esq. <br> Gary L. Kaplan, Esq. <br> Fried Frank Harris Shriver & Jacobson LLP <br> One New York Plaza <br> New York NY 10004 <br> (Magten) |

-3-

-4-

| | |
|---|---|
| Kathleen M. Miller, Esquire<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>Wilmington, DE  19801<br>(Law Debenture) | John V. Snellings, Esq.<br>Amanda Darwin, Esq.<br>Nixon & Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts  02100<br>(Law Debenture) |
| Stanley T. Kaleczyc<br>Kimberly A. Beatty<br>Browning, Kaleczyc, Berry & Hoven, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624<br>(M Hanson/E Kindt) | Denise Seastone Kraft<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>(M Hanson/E Kindt) |

Date: January 31, 2008                    GREENBERG TRAURIG, LLP

<u>/s/ Dennis A. Meloro</u>
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: 302-661-7000
melorod@gtlaw.com

-4-