IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1494-(JJF)<br>)<br>)<br>)<br>)<br>)<br>) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. HANSON and ERNIE J. KINDT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. Action No. 05-499 (JJF)<br>)<br>)<br>)<br>) |

**MAGTEN ASSET MANAGEMENT CORPORATION AND LAW
DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION
TO EXCLUDE THE TESTIMONY OF CHARLES A. PATRIZIA
<u>PURSUANT TO FED. R. CIV. P. 37(c)</u>**

Plaintiffs Magten Asset Management Corporation and the Law Debenture Trust Company of New York (collectively, the "Plaintiffs") hereby move, pursuant to Rule 701 of the Federal Rules of Evidence and Rule 37(c) of the Federal Rules of Civil Procedure, to exclude the testimony of Charles A. Patrizia for the reasons set forth in Plaintiffs' Memorandum of Law and Declaration of John W. Brewer filed contemporaneously herewith.

120087.01600/40173251v.1

|  |  |
|---|---|
| Dated: January 31, 2008 | Respectfully submitted,<br><br>**BLANK ROME LLP**<br><br>*/s/ Dale R. Dubé*<br>Dale R. Dubé (No. 2863)<br>David W. Carickhoff (No. 3715)<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br><br>Bonnie Steingart<br>Gary L. Kaplan<br>John W. Brewer<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br><br>*Counsel for Magten Asset Management Corporation*<br><br>- and -<br><br>/s/ Kathleen M. Miller<br>Kathleen M. Miller (No. 2898)<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 Delaware Avenue<br>P. O. Box 410<br>Wilmington, DE 19899<br>Telephone (302) 652-8400<br>Facsimile ((302) 652-8405<br><br>John V. Snellings<br>Amanda D. Darwin<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110-1832<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br><br>*Counsel for Law Debenture Trust Company of New York* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2008, I served by hand delivery and electronic filing MAGTEN ASSET MANAGEMENT CORPORATION AND LAW DEBENTURE TRUST COMPANY OF NEW YORK'S MOTION TO EXCLUDE THE TESTIMONY OF CHARLES A. PATRIZIA PURSUANT TO FED. R. CIV. P. 37(c) using CM/ECF, which will send notification of such filing(s) to the following:

| | |
|---|---|
| Denise Seastone Kraft, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, 15th Floor<br>Wilmington, DE 19801 | Victoria Watson Counihan, Esquire<br>Dennis A. Meloro, Esquire<br>Greenberg Traurig LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 |

I also certify that, on this 31st day of January, 2008, I served the aforementioned document, by email and Federal Express, upon the following participants:

| | |
|---|---|
| Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>Browning, Kaleczyc, Berry & Hoven, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt 59624 | Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam K. Harwood, Esquire<br>Myles Bartley, Esquire<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061 |

_____
Dale R. Dubé  (No. 2863)