

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6467
Fax:    (302) 425-6464
Email:  dube@blankrome.com

February 12, 2008

**BY CM/ECF AND EMAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re: • *Magten Asset Management Corp. and Law Debenture Trust Co. v. Northwestern Corp.*; C.A. No. 04-1494-JJF

Your Honor:

    The parties in the above captioned action, and all other related actions pending before Your Honor and elsewhere in this District, have reached an agreement in principle on the terms of a global compromise and settlement. Accordingly, counsel for Magten, Law Debenture and NorthWestern jointly request that the matters pending before the Court be stayed or adjourned in order to allow the parties time to document the agreement in principle that has been reached among Magten, Law Debenture, NorthWestern, and various other parties.

    The contemplated settlement would resolve <u>all</u> matters currently pending before Your Honor, the Third Circuit and the Bankruptcy Court. In that regard, the appeals pending before the Third Circuit, including oral arguments that were previously scheduled for yesterday, have been stayed and the parties have made a submission to the Bankruptcy Court stating that they expect to present a global compromise and settlement in the near term. Therefore, we respectfully make a joint request that all arguments and briefing scheduled for this and next week, as well as the March 5 trial date, be stayed or adjourned while the parties work to document the agreement. In the unlikely event that these processes do not result in a global compromise and settlement, the parties will respectfully request that the matters before Your Honor be placed back on your "active" calendar in a manner that is both convenient for Your Honor and preserves the status quo of timing that exists with respect to the argument of the summary judgment motion, submission of responses to motions in limine and other matters currently pending.



**BLANK ROME LLP**
COUNSELORS AT LAW

The Honorable Joseph J. Farnan, Jr.
February 12, 2008
Page 2

    We greatly appreciate Your Honor's assistance in aiding the parties to reach a final resolution of all pending disputes and litigations.

                                    Respectfully submitted,

                                      /s/ Dale R. Dubé
                                    Dale R. Dubé (I.D. No. 2863)
                                    *Counsel for Magten Asset Management Corp.*

                                    /s/ Kathleen M. Miller
                                    Kathleen M. Miller I(I.D. No. 2898)
                                    SMITH KATZENSTEIN & FURLOW LLP
                                    800 Delaware Avenue
                                    P. O. Box 410
                                    Wilmington, DE 19899
                                    *Counsel for Law Debenture Trust Co.*

                                    /s/ Victoria Watson Counihan
                                    Victoria Watson Counihan (I.D. No. 3488)
                                    GREENBERG TRAURIG LLP
                                    The Nemours Building
                                    1007 North Orange Street, Suite 1200
                                    Wilmington, DE 19801
                                    *Counsel for NorthWestern Corp.*

cc:    Clerk of Court (via hand delivery)
        Myles Bartley, Esquire (via e-mail and Federal Express)
        Kimberly A. Beatty, Esquire (via e-mail and Federal Express)
        John W. Brewer, Esquire
        Amanda Darwin, Esquire (via e-mail and Federal Express)
        Nancy E. Delaney, Esquire (via e-mail and Federal Express)
        Miriam K. Harwood, Esquire (via e-mail and Federal Express)
        Stanley T. Kaleczyc, Esquire (via e-mail and Federal Express)
        Gary L. Kaplan, Esquire
        Denise Seastone Kraft, Esquire (via e-mail and hand delivery)
        Dennis A. Meloro, Esquire (via e-mail and hand delivery)
        Jordanna L. Nadritch, Esquire
        Joseph D. Pizzurro, Esquire (via e-mail and Federal Express)
        Steven J. Reisman, Esquire (via e-mail and Federal Express)
        Peter B. Siroka, Esquire
        John V. Snellings (via e-mail and Federal Express)
        Bonnie Steingart