IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1494-JJF |
| v. | : : | |
| NORTHWESTERN CORPORATION, | : : | |
| Defendant. | : : | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Magten Asset Management Corporation, Law Debenture Trust Company of New York, and NorthWestern Corporation, comprising all of the parties to the above action, represent and stipulate by and through their undersigned counsel that the above matter has been settled and subject to the Court's approval is hereby DISMISSED with prejudice, with each party to bear its own costs.

Dated: July 30, 2008

| **BLANK ROME LLP** | **GREENBERG TRAURIG LLP** |
|---|---|
| /s/ Dale R. Dubé | /s/ Victoria W. Counihan |
| Dale R. Dubé (No. 2863) | Victoria W. Counihan (No. 3488) |
| David W. Carickhoff, Jr. (No. 3715) | Dennis A. Meloro (No. 4435) |
| 1201 Market Street, Suite 800 | The Nemours Building |
| Wilmington DE 19801 | 1007 North Orange Street, Suite 1200 |
| (302) 425-6400 | Wilmington, DE 19801 |
| dube@blankrome.com | (302) 661-7000 |
| carickhoff@blankrome.com | counihanv@gtlaw.com |
| | melorod@gtlaw.com |
| - and - | - and - |

120087.01600/40175856v.1

| | |
|---|---|
| **FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>Bonnie Steingart, Esq.<br>Gary L. Kaplan, Esq.<br>One New York Plaza<br>New York NY 10004 | **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP**<br>Joseph D. Pizzurro, Esq.<br>Steven J. Reisman, Esq.<br>Nancy E. Delaney, Esq.<br>Jerrold L. Bregman, Esq.<br>101 Park Avenue<br>New York, NY 10178 |
| *Attorneys for Magten Asset Management Corporation* | *Attorneys for NorthWestern Corporation* |

**SMITH KATZENSTEIN & FURLOW LLP**

/s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(302) 652-8400
kmiller@skfdelaware.com

- and -

**NIXON & PEABODY LLP**
John V. Snellings, Esq.
Amanda Darwin, Esq.
100 Summer Street
Boston, MA 02100

*Attorneys for Law Debenture Trust Company of New York*

SO ORDERED this __1__ day of __August__, 2008.

_____
United States District Court Judge

-2-